FILED
CLERK, U.S. DISTRICT COURT

10/7/2019

CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CHRISTOPHER DUEKER, on behalf of himself and all persons similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> CRST EXPEDITED, INC., and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. 2:18-cv-08751-FMO-FFM <br><br> **ORDER GRANTING JOINT STIPULATION TO DISMISS COUNTS II, IV, V, AND X OF PLAINTIFF'S FIRST AMENDED COMPLAINT** |
|---|---|

This matter is before the Court on the parties' Joint Stipulation to Dismiss Counts II, IV, V, and X of Plaintiff's First Amended Complaint.

Pursuant to the parties' Joint Stipulation and good cause appearing therefore, IT IS ORDERED that Counts II, IV, V, and X of Plaintiff's First Amended Complaint are hereby dismissed without prejudice.

Dated: October 7, 2019

                                        /s/
                                   Fernando M. Olguin
                                   United States District Judge