| | |
|---|---|
| 1 | Christopher C. McNatt, Jr. (SBN 174559) |
| 2 | cmcnatt@scopelitis.com<br>SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP |
| 3 | 2 North Lake Avenue, Suite 560<br>Pasadena, CA 91101 |
| 4 | P: 626-795-4700<br>F: 626-795-4790 |
| 5 | Charles Andrewscavage (Admitted *Pro Hac Vice*) |
| 6 | candrewscavage@scopelitis.com<br>Jared S. Kramer (Admitted *Pro Hac Vice*) |
| 7 | jskramer@scopelitis.com<br>SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C. |
| 8 | 30 West Monroe Street, Suite 600<br>Chicago, IL 60603 |
| 9 | P: 312-255-7200<br>F: 312-422-1224 |
| 10 | James H. Hanson (Admitted *Pro Hac Vice*) |
| 11 | jhanson@scopelitis.com<br>R. Jay Taylor, Jr. (Admitted *Pro Hac Vice*) |
| 12 | jtaylor@scopelitis.com<br>Elizabeth M. Bolka (Admitted *Pro Hac Vice*) |
| 13 | ebolka@scopelitis.com<br>SCOPELITIS GARVIN LIGHT HANSON & FEARY, P.C. |
| 14 | 10 West Market Street, Suite 1400<br>Indianapolis, IN 46204 |
| 15 | P: 317-637-1777<br>F: 317-687-2414 |
| 16 | Attorneys for Defendant, CRST Expedited, Inc. |

**ADDITIONAL COUNSEL LISTED ON NEXT PAGE**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER DUEKER, on behalf of himself and all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CRST EXPEDITED, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-08751-FMO-FFM<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION IN LIMINE TO EXCLUDE PLAINTIFF'S EXPERTS**<br><br>Hearing Date: January 9, 2020<br>Time:            10:00 a.m.<br>Courtroom:   6D<br>Judge:           Fernando M. Olguin |

1

Case No. 2:18-cv-08751-FMO-FFM
Defendant's Notice of Motion and Motion in Limine to Exclude Plaintiff's Experts

1  Adam. C. Smedstad (SBN 303591)
2  asmedstad@scopelitis.com
   SCOPELITIS GARVIN LIGHT HANSON & FEARY, P.C.
3  3214 West McGraw Street, Suite 301F
   Seattle, WA 98199
4  P: 206-288-6192
   F: 206-299-9375

5  Attorneys for Defendant, CRST Expedited, Inc.

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. 2:18-cv-08751-FMO-FFM
Defendant's Notice of Motion and Motion in Limine
to Exclude Plaintiff's Experts

PLEASE TAKE NOTICE that on Thursday, January 9, 2020, at 10:00 a.m. in Courtroom 6D of the United States District Court for the Central District of California, 350 West First Street, Los Angeles, California 90012, of the Honorable Fernando M. Olguin, or as soon thereafter as the parties may be heard, Defendant, CRST Expedited, Inc. ("CRST"), will move and respectfully request the Court grant CRST's Motion in Limine to Exclude Plaintiff's Experts for the reasons set forth in CRST's portions of the Joint Brief re Defendant's Motion in Limine to Exclude Plaintiff's Experts accompanying this Motion.

1. This Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place in person on October 15, 2019 in Alexandria, Virginia. Adam Blair Corren, counsel for Plaintiff, and Charles Andrewscavage, counsel for CRST, participated in the meeting. Elizabeth Bolka, counsel for CRST also participated in the parties' meeting via telephone.

2. During the meeting, the parties discussed at length the issues the parties would need to address in their joint class certification briefing, one of which is CRST's position that Plaintiff's expert, Aaron Woolfson, is unqualified and his reports are unreliable and inadmissible. CRST's counsel raised the specific issues set forth in this motion for why it believed Mr. Woolfson's testimony was admissible. Plaintiff's counsel disagreed with CRST's positions. The parties were unable to reach an agreement during the meet and confer process.

3. The Parties agreed to separately brief the issue of the admissibility of Plaintiff's experts through this Joint Motion in Limine, in accordance with the Judge's Scheduling and Case Management Order. CRST outlined its planned approach to the briefing, and the Parties agreed to draft and exchange their briefing simultaneously with the parties' Joint Brief regarding Plaintiff's Motion for Class Certification.

WHEREFORE, CRST respectfully requests the Court grant its Motion in Limine and exclude the reports and testimony of Plaintiff's experts Aaron Woolfson and Jeffrey Petersen pursuant to *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579 (1993) and

Fed. R. Evid. 702-704.

Dated: November 22, 2019

**SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.**

By: */s/ Charles Andrewscavage*
Charles Andrewscavage
Attorney for Defendant

4812-0860-8941, v. 7