1  Adam Blair Corren, SBN: 183067
   acorren@correnlaw.com
2  Spencer D. Sinclair, SBN: 294340
   ssinclair@correnlaw.com
3  LAW OFFICES OF CORREN & CORREN
   5345 North El Dorado, Suite 7
4  Stockton, CA 95207
   P: 209-478-2621
5  F: 209-478-3038

6  Attorneys for Plaintiff, Christopher Dueker

7  Christopher C. McNatt, Jr. (SBN 174559)
   cmcnatt@scopelitis.com
8  SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
   2 North Lake Avenue, Suite 560
9  Pasadena, CA 91101
   P: 626-795-4700
10 F: 626-795-4790

11 Charles Andrewscavage (Admitted *Pro Hac Vice*)
   candrewscavage@scopelitis.com
12 Jared S. Kramer (Admitted *Pro Hac Vice*)
   jskramer@scopelitis.com
13 SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
   30 West Monroe Street, Suite 600
14 Chicago, IL 60603
   P: 312-255-7200
15 F: 312-422-1224

16 Attorneys for Defendant, CRST Expedited, Inc.

17 **ADDITIONAL COUNSEL LISTED ON NEXT PAGE**

18 UNITED STATES DISTRICT COURT

19 CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER DUEKER, on behalf of himself and all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CRST EXPEDITED, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-08751-FMO-FFM<br><br>**INDEX OF EVIDENCE CITED IN THE PARTIES' JOINT BRIEF RE DEFENDANT'S MOTION IN LIMINE TO EXCLUDE PLAINTIFF'S EXPERTS**<br><br>Hearing Date: January 9, 2020<br>Time: 10:00 a.m.<br>Courtroom: 6D<br>Judge: Fernando M. Olguin |

Case No. 2:18-cv-08751-FMO-FFM
Index of Evidence Cited in the Parties' Joint Brief re Defendant's
Motion in Limine to Exclude Plaintiff's Experts

James H. Hanson (Admitted *Pro Hac Vice*)
jhanson@scopelitis.com
R. Jay Taylor, Jr. (Admitted *Pro Hac Vice*)
jtaylor@scopelitis.com
Elizabeth M. Bolka (Admitted *Pro Hac Vice*)
ebolka@scopelitis.com
SCOPELITIS GARVIN LIGHT HANSON & FEARY, P.C.
10 West Market Street, Suite 1400
Indianapolis, IN 46204
P: 317-637-1777
F: 317-687-2414

Adam. C. Smedstad (SBN 303591)
asmedstad@scopelitis.com
SCOPELITIS GARVIN LIGHT HANSON & FEARY, P.C.
3214 West McGraw Street, Suite 301F
Seattle, WA 98199
P: 206-288-6192
F: 206-299-9375

Attorneys for Defendant, CRST Expedited, Inc.

Case No. 2:18-cv-08751-FMO-FFM
Index of Evidence Cited in the Parties' Joint Brief re Defendant's
Motion in Limine to Exclude Plaintiff's Experts

## Index Of Evidence Cited In The Parties' Joint Brief Re Defendant's Motion In Limine To Exclude Plaintiff's Experts

| Exhibit No. | Evidence | Page No. |
|---|---|---|
| A | June 2019 Expert Report of Aaron Woolfson ("Woolfson June Report") | 1-18 |
| B | September 2019 Expert Report of Aaron Woolfson, ("Woolfson Sept. Report") | 19-385 |
| C | September 2019 Expert Report of Jeffrey Petersen ("Petersen Sept. Report") | 386-412 |
| D | Transcript of Deposition of Aaron Woolfson ("Woolfson Tr.") | 413-438 |
| E | September 2019 Expert Report of Charles Platt ("Platt Report") | 439-494 |
| F | October 2019 Supplemental Expert Report of Charles Platt ("Platt Suppl. Report") | 495-568 |
| G | Transcript of the Deposition of Charles Platt ("Platt Tr.") | 569-585 |
| H | Trial Transcript from *Robinson v. Open Top Sightseeing San Francisco, LLC*, Case No. 4:14-cv-00852-PJH (Doc. 234) (N.D. Cal. Oct. 19, 2017) ("Robinson Tr.") | 586-685 |
| I | Declaration of Adam Blair Corren ("Corren Decl.") | 686-689 |
| J | Transcript of the Deposition of Margaret Davis ("Davis Tr.") | 690-694 |

1
Case No. 2:18-cv-08751-FMO-FFM
Index of Evidence Cited in the Parties' Joint Brief re Defendant's
Motion in Limine to Exclude Plaintiff's Experts

Dated: November 22, 2019

**LAW OFFICES OF CORREN & CORREN**

By: */s/ Spencer D. Sinclair*
Spencer D. Sinclair
Attorney for Plaintiff

Dated: November 22, 2019

**SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.**

By: */s/ Charles Andrewscavage*
Charles Andrewscavage
Attorney for Defendant

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Spencer D. Sinclair, counsel for Plaintiff, and that I have obtained the authorization from Spencer D. Sinclair to affix his electronic signature to this document.

Dated: November 22, 2019

*/s/ Charles Andrewscavage*
Charles Andrewscavage

4823-4730-1037, v. 1

2
Case No. 2:18-cv-08751-FMO-FFM
Index of Evidence Cited in the Parties' Joint Brief re Defendant's
Motion in Limine to Exclude Plaintiff's Experts