# EXHIBIT F

**October 2019 Supplemental Expert Report of Charles Platt
("Platt Suppl. Report")**

## UNITED STATES DISTRIC COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER DUEKER, individually, and on behalf of all other similarly situated current and former employees of Defendants,<br><br>     Plaintiffs,<br><br>v.<br><br>CRST EXPEDITED, INC. and DOES 1 through 50, inclusive,<br><br>     Defendants. | Case No.: 2:180cv008751-FMO-FEM<br>The Hon. Fernando M. Olguin<br><br><u>CLASS ACTION</u><br><br>**SUPPLEMENTAL REPORT OF CHARLES PLATT** |

## <u>SUPPLEMENTAL REPORT OF CHARLES PLATT</u>

## I.      Qualifications and Experience

1.      I, Charles Platt, state that I am providing this supplemental report as an expert retained to provide expert testimony in this case.  I maintain a reasonable degree of certainty of the opinions and conclusions stated herein.

2.      I am the Director of Structured Data Analytics at iDiscovery Solutions, Inc. ("iDS"), a consulting firm that provides digital forensics, data analytics, and electronic discovery services in conjunction with litigation and investigations.  I have held this position, among others, since I joined iDS in 2014.  Including at iDS, I have over twenty-nine (29) years of experience in information technology, relational database technology, digital forensics, and electronic discovery.  My CV is attached as Exhibit A to this Report.

3.      I have a bachelor's degree in Computer Information Systems and a master's degree in Management of Secure Information Systems.  I hold industry certifications in software development,

Dueker v. CRST                                                    Supplemental Report of Charles Platt
Case No. 2:180cv008751-FMO-FEM                                                    October 12, 2019

database administration, digital forensics, and cyber-security, including Microsoft Certified Database

Administrator (MCDBA), EnCase Certified Examiner (EnCE), C/C++ Certified Unix Developer, and

Certified Information Systems Security Professional (CISSP).

4.    I have provided consulting services related to litigation, electronic discovery and

structured data analysis for over 15 years and have testified in both state and federal court as an expert

related to the same.  I have analyzed and produced data from various database systems, including Driver

Logs, and have developed, described, and implemented methodologies for expert analysis of structured

data. I have previously evaluated and testified regarding another expert's methodology for analyzing

structured data (Rigzone v. Oilpro, Case No. 4:16-cv-01670).

5.    On June 14, 2019, Scopelitis, Garvin, Light, Hanson & Feary, P.C., Counsel for CRST

Expedited, Inc. ("CRST") retained iDS to assist with the analysis of data related to this matter.

Specifically, iDS was engaged to review the June 3, 2019 ("June Report") and September 6, 2019

("September Report") Expert Reports of Aaron Woolfson and provide an expert opinion regarding his

analysis.

6.    iDS is being compensated at the hourly rate of $495 for my time. The hourly rates of the

iDS professionals who have performed work at my direction in connection with my preparation of this

report range from $295 to $495. My compensation is unaffected by the content of this report, my

testimony, or the outcome in this matter.

7.    In addition to my own work, I was assisted by members of iDS' Data Analytics Team in

performing analysis in this matter.  When I state 'I,' 'Myself,' or 'iDS' I mean this work was done by

myself, or by people working at my direction within iDS.


## II.    Scope of Engagement and Summary of Supplemental Opinions

8.    Counsel for CRST has requested that iDS review and assess the methodology and

opinions of Aaron Woolfson.  This report supplements my prior rebuttal report, dated September 30,

Dueker v. CRST                                    Supplemental Report of Charles Platt
Case No. 2:180cv008751-FMO-FEM                                    October 12, 2019

2019, and specifically addresses the database ("the Database") that was produced by Mr. Woolfson on

October 4, 2019.

9.      Based on my analysis of the Database, I have made several conclusions that fall into three

general categories: Methodology, Quality Control, and Source Code.

10.     My **Methodology Conclusions** are related to the data that resulted from Mr. Woolfson's

implementation of his methodology. These conclusions include:

    a)  Despite claiming to have done so, Mr. Woolfson did not limit his damage calculations

        to sleeper berth segments shorter than 10 hours, or shorter than 14 hours.  In fact, it

        appears that Mr. Woolfson did not limit his damage calculations in any meaningful

        way. Over 44% of the time he looked at exceeded 10 hours. As a result, the time Mr.

        Woolfson counted as spent in the sleeper berth of a moving truck was significantly

        inflated.

    b)  Mr. Woolfson's methodology for calculating the time spent in the sleeper berth of a

        moving tractor was not based on Google Distance Matrix times, as Mr. Woolfson

        stated, and every instance that I reviewed exceeded the travel times indicated by the

        Google Distance Matrix.

11.     My **Quality Control Conclusions** are related to instances of data located in The

Database that defy logic and should have been identified during a Quality Control review.  These

conclusions include:

    a)  Mr. Woolfson's report states that The Database was designed in a manner such that

        "each employees' time-clock punches for a particular day appeared on the same row"[1]

        and that "all employee's recorded work time on a single day was represented on a

        single row."[2]  Contrary to this statement, the Database contains rows where this single

---

[1] Woolfson September Report, Page 12, Paragraph 36(d)
[2] Woolfson September Report, Page 13, Paragraph 36(h)

Dueker v. CRST                                              Supplemental Report of Charles Platt
Case No. 2:180cv008751-FMO-FEM                                          October 12, 2019

day spans more than 24 hours.  In fact, the Database contains rows where this single

day spans more than 1 year.

    b)  The Database contains the results of Mr. Woolfson's calculations of time spent and

       distance traveled while a driver was in the sleeper berth.  This includes instances

       where, if Mr. Woolfson's time and distance calculations are to be believed, the tractor

       was moving at over 100mph.  In fact, the Database contains instances where the

       tractor, as reported by Mr. Woolfson, would be moving in excess of 200mph,

       500mph, and 1,000mph.

12.     My **Source Code Conclusions** are related to using the Source Code provided by Mr.

Woolfson in his report with the Database.  These conclusions include:

    a)  There are instances where the Source Code will not execute properly when run in

       conjunction with the Database.

    b)  The Source Code references data tables that do not exist in the Database.

13.     The basis for my opinions is presented below.

## III.    Background Information

14.     This report is based upon my education, training, and years of experience, as well as the

Expert Reports of Aaron Woolfson, dated June 3, 2019 (the "June Report") and September 6, 2019 (the

"September Report") (collectively, "Woolfson Reports") and attached exhibits, the rough transcript of

Mr. Woolfson's September 25, 2019 Deposition, and the Database produced by Mr. Woolfson on October

4, 2019.

15.     The additional materials received and relied upon for this report are listed in Exhibit B.

This additional material is limited to the Database produced by Mr. Woolfson.

Dueker v. CRST                                      Supplemental Report of Charles Platt
Case No. 2:180cv008751-FMO-FEM                                          October 12, 2019

## IV.  My Methodology for Analysis

16.     In order to review and understand the Database which Mr. Woolfson relied upon for his

analysis, I used several industry standard tools and followed a specific methodology.

17.     The methodology I followed was:

    a) Cataloged and hashed the database backup produced by Mr. Woolfson (Included as

        Exhibit B to this report).

    b) Restored two copies of the database into iDS' SQL Server Environment.

        (i) Immediately marked one database as Read-Only in order to eliminate any chance

           of data modification during analysis.

        (ii) Left the other database in Read-Write mode so that I could test Mr. Woolfson's

           Source Code in a state compatible with normal database operations.

    c) Verified the data loaded into SQL Server:

        (i) Manually spot-checked tables and records.

        (ii) Reviewed table names and fields against the code provided by Mr. Woolfson.

        (iii) Counted and Reconciled Driver Log data in the Database against the data

           produced in this matter.

18.     I was then able to query the Database to view the results of Mr. Woolfson's methodology

and the data he relied upon for his damages calculations.  The SQL Queries I used to generate my results

are included in Exhibit C to this report.  They are all designed to be run against the Database produced by

Mr. Woolfson on October 4, 2019.

19.     It is my working assumption that the table relied upon by Mr. Woolfson for his final

calculations is the 'final' table.  This is not clearly stated by Mr. Woolfson, but this table includes data for

371 drivers, 344 drivers which Mr. Woolfson has assessed were in the sleeper berth while the truck was

moving in California, and 7,231 shifts[3].  These numbers match the numbers reported by Mr. Woolfson on

---

[3] SQL Query, Exhibit C, "Sleeper and Final Table Stats".

Dueker v. CRST                                        Supplemental Report of Charles Platt
Case No. 2:180cv008751-FMO-FEM                                          October 12, 2019

Page 15, Paragraph 38 of his September Report, leading me to conclude that this is the table that he relied

upon for his final results.

20.    It is also my working assumption that the 'final' table is a rollup of data that exists in the

'sleeper' table.  The 'final' table, when limited to the second, larger set of data produced, matches the

'sleeper' table in both unique driver counts (305) and total sleeper minutes (2,515,592)[4].

21.    I relied upon the following tools during my engagement and for the analyses contained

within this report:

    a)  Adobe Acrobat Pro DC (Version 2019.012.20035)

    b)  Microsoft® SQL Server (Enterprise, 13.0.4474.0)

    c)  Microsoft® SQL Server Management Studio 2016 (13.0.16000.28)

    d)  Microsoft® Excel (Version 16.0.11727.20210)

## V.    Conclusions Related to Methodology

22.    My first set of conclusions are related to the methodology that Mr. Woolfson stated he

used and how those statements match, or do not match, the data resident in the Database.

23.    Mr. Woolfson made two claims about his methodology during his deposition:  that he

relied upon the Google Distance Matrix to determine the travel time between two locations and that he

discarded instances where the total travel time for a specific day exceeded an unreasonable duration.  The

definition of unreasonable shifted during his deposition, but generally it fell between 10 and 14 hours.

Neither of these two claims are supported by the data in his Database.

<u>Travel Time Greater than 10 Hours</u>

24.    Mr. Woolfson did not mention in his September report excluding any data from his

analysis due to it being unreasonable or appearing to be inaccurate.  During his deposition, Mr. Woolfson

stated that he would not have included an individual's time in the sleeper berth if the duration exceeded

---

[4] SQL Query, Exhibit C, "Sleeper and Final Table Stats"

Dueker v. CRST                                           Supplemental Report of Charles Platt

Case No. 2:180cv008751-FMO-FEM                                    October 12, 2019

10, or possibly 14, hours. He was unclear of the exact time that he used, but he was clear that he did

account for, and exclude, long sleeper berth segments.

```
Page 76 of Rough Transcript Woolfson Deposition (emphasis added)
11 Q. Let's say that a truck moved eight miles over
12 the course of 10 hours; would you have considered that
13 the driver was in the sleeper berth of a moving truck
14 for the entire 10-hour period?
15 A. No. I don't think I would have.


Page 108 of Rough Transcript Woolfson Deposition (emphasis added)
17 A. Yeah, because that 600 minutes, they're not
18 going to be in the sleeper for 10 hours.


Page 91 of Rough Transcript Woolfson Deposition (emphasis added)
10 A. Wonderful question. I would be able to tell by
11 looking in my SQL database, and also at the code. But I
12 don't know sitting right here. I think I used -- I want
13 to say 14 hours as an indication that something was
14 misaligned or something didn't make reasonable sense,
15 but I don't remember factually what I did.


Page 90 of Rough Transcript Woolfson Deposition
6  Q. Did you write in your code something that would
7  exclude segments of time spent in the sleeper berth of a
8  moving truck in California that you considered to be
9  unreasonable?
10 A. I think I just answered that.
11 Q. I'm asking if it's in your code?
12 A. Yes.
13 Q. So this doesn't require you to go through and
14 manually spot-check to insure that your code operated
15 correctly?
16 A. I don't think it does, no.
```

25.    Mr. Woolfson stated that he did not feel the need to spot-check or review his data to

confirm that these exclusions took place properly. I did check. Mr. Woolfson's damages calculations

include sleeper berth segments of over 10 hours, over 14 hours, and even include a dozen segments that

exceed 24 hours for what Mr. Woolfson states is a single day's worth of activity. This can be seen in

*Figure 1* and *Figure 2* which show the durations of all sleeper shifts where Mr. Woolfson determined that

sleeper time was owed. Of the total hours Mr. Woolfson calculated as owed, 44% exceed Mr.

Woolfson's threshold of "they're not going to be in the sleeper for 10 hours."[5]

---

[5] Woolfson Rough Deposition Transcript, Page 108, Lines 17 – 18.

Dueker v. CRST                                                    Supplemental Report of Charles Platt

Case No. 2:180cv008751-FMO-FEM                                                    October 12, 2019



*Figure 1: Sleeper Shift Durations from The Database*

| Line No. | Sleeper Shift Duration | Total Records | % of All Records | Total Hours | % of All Hours |
|---|---|---|---|---|---|
| 001 | Less than 2 hrs | 426 | 6.8% | 629 | 1.5% |
| 002 | 2 hrs - 4 hrs | 1,516 | 24.2% | 4,465 | 10.6% |
| 003 | 4 hrs - 6 hrs | 1,476 | 23.6% | 7,269 | 17.3% |
| 004 | 6 hrs - 8 hrs | 846 | 13.5% | 5,905 | 14.1% |
| 005 | 8 hrs - 10 hrs | 596 | 9.5% | 5,335 | 12.7% |
| 006 | 10 hrs - 12 hrs | 541 | 8.6% | 5,943 | 14.2% |
| 007 | 12 hrs - 15 hrs | 664 | 10.6% | 8,845 | 21.1% |
| 008 | 15 hrs - 24 hrs | 179 | 2.9% | 3,211 | 7.7% |
| 009 | Exceeds 24 hrs | 12 | 0.2% | 325 | 0.8% |

*Figure 2: Sleeper Shift Durations from The Database – Details[6]*

26.    *Figure 3* shows the top 25 examples that are less than 24 hours[7] in length.  Note that all of these exceed 21 hours in total duration, and that there are 1,396 shifts that exceed 10 hours in the sleeper berth.

---

[6] SQL Query, Exhibit C, "Sleeper Shift Duration Analysis"
[7] The dozen sleeper shifts that according to the Database exceed 24 hours are discussed later in this report under the Quality Control section.

Dueker v. CRST                                    Supplemental Report of Charles Platt
Case No. 2:180cv008751-FMO-FEM                                   October 12, 2019

| Line No. | Driver ID | Start Date and Time | Woolfson's Calculated Sleeper Minutes | Sleeper Minutes Converted |
|---|---|---|---|---|
| 001 | X713D | 2/2/14 10:56 AM | 1,422 | 23 hours 42 minutes |
| 002 | 175LD | 5/14/15 12:31 PM | 1,419 | 23 hours 39 minutes |
| 003 | 141KD | 2/5/16 11:21 PM | 1,416 | 23 hours 36 minutes |
| 004 | 089DD | 2/3/14 1:15 PM | 1,408 | 23 hours 28 minutes |
| 005 | 573ZD | 2/18/14 11:53 AM | 1,403 | 23 hours 23 minutes |
| 006 | 103HD | 3/25/15 2:58 PM | 1,375 | 22 hours 55 minutes |
| 007 | BF08D | 1/31/17 12:00 AM | 1,370 | 22 hours 50 minutes |
| 008 | 093ED | 7/21/15 5:29 AM | 1,364 | 22 hours 44 minutes |
| 009 | K429D | 8/27/14 12:52 AM | 1,358 | 22 hours 38 minutes |
| 010 | 117FD | 8/3/15 1:25 AM | 1,355 | 22 hours 35 minutes |
| 011 | 141KD | 12/23/15 4:39 AM | 1,350 | 22 hours 30 minutes |
| 012 | 940KD | 7/7/15 10:20 AM | 1,350 | 22 hours 30 minutes |
| 013 | 702BD | 1/19/15 1:30 PM | 1,347 | 22 hours 27 minutes |
| 014 | 940KD | 4/21/17 6:44 AM | 1,338 | 22 hours 18 minutes |
| 015 | EU37D | 5/20/18 10:22 PM | 1,338 | 22 hours 18 minutes |
| 016 | CW92D | 5/12/17 9:54 AM | 1,314 | 21 hours 54 minutes |
| 017 | 922MD | 9/25/15 3:57 PM | 1,311 | 21 hours 51 minutes |
| 018 | 499AD | 1/22/14 11:41 AM | 1,302 | 21 hours 42 minutes |
| 019 | T714D | 6/9/15 5:03 AM | 1,301 | 21 hours 41 minutes |
| 020 | FY79D | 7/17/18 2:06 AM | 1,301 | 21 hours 41 minutes |
| 021 | 940KD | 3/29/15 3:47 PM | 1,299 | 21 hours 39 minutes |
| 022 | AH16D | 11/3/16 2:26 PM | 1,292 | 21 hours 32 minutes |
| 023 | T714D | 3/9/15 3:47 PM | 1,290 | 21 hours 30 minutes |
| 024 | 938ED | 6/8/15 10:57 AM | 1,280 | 21 hours 20 minutes |
| 025 | T714D | 7/27/14 2:41 PM | 1,278 | 21 hours 18 minutes |

*Figure 3: Top 25 Examples of Sleeper Berth Times exceeding 10 hours.[8]*

27.    Take a real driver as an example of why excessive sleeper berth times should be excluded and of how Mr. Woolfson failed to do so.  Driver 'B283D' went into sleeper status on October 9, 2015 at 1:49 am.  His log remains set to sleeper status for almost 6 days until when, on October 14, 2015 at 8:26 pm, it switches to OnDuty status.  The tractor's location ("4 mi WSW of Grand Terrace, CA") and the tractor's odometer reading (5808.30) does not change until October 13, 2015 at 11:15 pm, after the driver had been in sleeper status for almost 5 days.

28.    *Figure 4* shows the driver log data for driver 'B283D' from October 9, 2015 through the start of day on October 15, 2015.  Line No. 005 shows the driver entering sleeper status (October 9, 2015

---

[8] SQL Query, Exhibit C, "Sleeper Shift Duration Analysis"

Dueker v. CRST                                          Supplemental Report of Charles Platt
Case No. 2:180cv008751-FMO-FEM                                      October 12, 2019

- first highlighted row).  The tractor's odometer does not change until Line No. 011 (October 13, 2015 -

second highlighted row).

| Line No. | Driver ID | Driver Log Start Time | Log Status Description | Log Tractor Location | Log Tractor Odometer |
|---|---|---|---|---|---|
| 001 | B283D | 2015-10-09 00:00 | OnDuty | 3 mi ESE of Ontario, CA | 5806.50 |
| 002 | B283D | 2015-10-09 00:00 | OffDuty | 3 mi ESE of Ontario, CA | 5806.50 |
| 003 | B283D | 2015-10-09 00:27 | OffDuty | 3 mi ESE of Ontario, CA | 5806.60 |
| 004 | B283D | 2015-10-09 01:14 | Driving | 2 mi E of Ontario, CA | 5806.70 |
| 005 | B283D | 2015-10-09 01:49 | Sleeper | 4 mi W of Grand Terrace, CA | 5808.30 |
| 006 | B283D | 2015-10-10 00:00 | Sleeper | 4 mi WSW of Grand Terrace, CA | 5808.30 |
| 007 | B283D | 2015-10-11 00:00 | Sleeper | 4 mi WSW of Grand Terrace, CA | 5808.30 |
| 008 | B283D | 2015-10-12 00:00 | Sleeper | 4 mi WSW of Grand Terrace, CA | 5808.30 |
| 009 | B283D | 2015-10-13 00:00 | Sleeper | 4 mi WSW of Grand Terrace, CA | 5808.30 |
| 010 | B283D | 2015-10-13 11:20 | Sleeper | 4 mi WSW of Grand Terrace, CA | 5808.30 |
| 011 | B283D | 2015-10-13 23:15 | Sleeper | 7 mi N of Rialto, CA | 5810.90 |
| 012 | B283D | 2015-10-14 00:00 | Sleeper | 7 mi N of Rialto, CA | 5810.90 |
| 013 | B283D | 2015-10-14 02:27 | Sleeper | 7 mi N of Rialto, CA | 5810.90 |
| 014 | B283D | 2015-10-14 20:11 | Sleeper | 6 mi W of Gallup, NM | 5870.60 |
| 015 | B283D | 2015-10-14 20:26 | Driving | 6 mi W of Gallup, NM | 5870.60 |
| 016 | B283D | 2015-10-14 22:41 | OnDuty | 2 mi WSW of Albuquerque, NM | 5884.70 |
| 017 | B283D | 2015-10-14 23:04 | Driving | 2 mi WSW of Albuquerque, NM | 5884.80 |
| 018 | B283D | 2015-10-15 00:00 | Driving | 21 mi E of Moriarty, NM | 5890.70 |

*Figure 4: Driver Logs for driver B283D from 10/9/2015 through start of day 10/15/2015[9]*

29.    *Figure 5* shows Mr. Woolfson's sleeper assessments for driver 'B283D'.  The highlighted

row shows Mr. Woolfson's assessment for owed sleeper time for the period from October 9, 2015

through October 14, 2015, the same period as the driver logs shown in *Figure 4*.  Mr. Woolfson has

determined that this driver is owed 17 hours and 3 minutes of compensation for a tractor movement that

occurred over 5 days after the driver logged into the sleeper berth.

---

[9] SQL Query, Exhibit C, "Specific Sleeper Examples"

Dueker v. CRST                                    Supplemental Report of Charles Platt
Case No. 2:180cv008751-FMO-FEM                                    October 12, 2019

| Line No. | Driver ID | Shift Start Time | Shift End Time | Woolfson's Sleeper Time in Minutes | Woolfson's Sleeper Time in Hours and Minutes |
|---|---|---|---|---|---|
| 001 | B283D | 2015-08-12 09:16 | 2015-08-12 22:10 | 436 | 7 hours 16 minutes |
| 002 | B283D | 2015-09-22 06:52 | 2015-09-22 15:00 | 488 | 8 hours 8 minutes |
| 003 | B283D | 2015-09-22 15:35 | 2015-09-22 21:10 | 209 | 3 hours 29 minutes |
| 004 | B283D | 2015-09-29 01:27 | 2015-09-29 18:14 | 383 | 6 hours 23 minutes |
| 005 | B283D | 2015-10-09 01:49 | 2015-10-14 20:26 | 1,023 | 17 hours 3 minutes |
| 006 | B283D | 2015-10-29 02:24 | 2015-10-29 13:36 | 646 | 10 hours 46 minutes |
| 007 | B283D | 2015-11-19 21:09 | 2015-11-20 19:07 | 709 | 11 hours 49 minutes |
| 008 | B283D | 2015-12-13 06:59 | 2015-12-13 18:12 | 288 | 4 hours 48 minutes |
| 009 | B283D | 2015-12-14 07:39 | 2015-12-14 18:58 | 299 | 4 hours 59 minutes |

Figure 5: Driver Logs for driver B283D from 10/9/2015 through start of day 10/15/2015[10]

30.     Mr. Woolfson's failure to check his work[11] resulted in him vastly overstating his assessment of the total damage, and, in some cases, not only overestimating the damages, but assessing damages where no damage occurred.

31.     I also conclude that Mr. Woolfson inaccurately described the methodology he relied upon to arrive at his conclusions.

<u>Failure to Use Google Distance Matrix Times</u>

32.     In his September report, Mr. Woolfson does not mention using Google to estimate the time between two locations, though he does state that he used it to determine the mileage in California on multi-state segments.  In his deposition, Mr. Woolfson stated that he used the Google Distance Matrix to determine the total duration as well as distance travelled when the tractor moved between two locations. In my report[12] I stated that I was unable to locate his use of the Google Distance Matrix to determine the duration of a sleeper segment in his code.  Now, in reviewing the Database, I have confirmed that he did not use the Google Distance Matrix to determine the time it took to travel between two locations.

[10] SQL Query, Exhibit C, "Specific Sleeper Examples"
[11] Woolfson Rough Deposition Transcript, Page 90, Lines 13-16, when asked about excluding segments of time that he considered unreasonable, "Q. So this doesn't require you to go through and manually spot-check to insure that your code operated correctly? A. I don't think it does, no."
[12] Platt Rebuttal Report, Pages 10-12, Paragraphs 29-31.

Dueker v. CRST                                      Supplemental Report of Charles Platt
Case No. 2:180cv008751-FMO-FEM                                    October 12, 2019

33.    Mr. Woolfson stated in his deposition that he used the 'most reasonable' amount of time
between two locations.

**Page 79 of Rough Transcript Woolfson Deposition**
```
23 Q. How long did you assume that it was moving?
24 What would you have calculated that as?
25 A. I would have calculated that by looking at the
```

**Page 80 of Rough Transcript Woolfson Deposition (emphasis added)**
```
1  distance matrix and the amount of time that the Google
2  Distance Matrix said between those two points, because
3  the distance between those two points may have a GPS
4  actually indicated another point that isn't reflected
5  here. So I didn't use -- I didn't use this as the
6  amount of time. I would have attributed the amount of
7  time that the most reasonable between those two
8  locations and the most reasonable time between those two
9  locations, according to Google Distance Matrix.
10 Q. So you would have taken the location data of
11 four miles west of Grand Terrace California, and
12 measured the distance between that location and three
13 miles north of Huntington Park California, is that
14 correct?
15 A. Yes.
16 Q. Then you would have looked at how long Google
17 said it would have taken to travel that distance?
18 A. Yes.
19 Q. And that is the amount of time that you would
20 use?
21 A. That is.
```

34.    In fact, Mr. Woolfson did not rely upon the Google Distance Matrix to determine the
travel time between the two locations. Instead he used the total sleeper segment duration in a driver's log
for his calculations.  In every instance that I reviewed, the total sleeper segment duration in a driver's log
exceeded the Google Distance Matrix times, in most cases by a significant margin.  My analysis of this
falls into two categories:

    a)  Segments that were split between California and another State, and

    b)  Segments where the entire segment occurred within California.


*Multi-State Segment Analysis*

35.    When a segment is split between California and another State, Mr. Woolfson assumed
that the tractor passed through one of five egress cities.  With this in mind, I analyzed hundreds of multi-

Dueker v. CRST                                    Supplemental Report of Charles Platt
Case No. 2:180cv008751-FMO-FEM                                    October 12, 2019

state trips and found that Mr. Woolfson's assessment of the travel time far exceeded the Google Distance Matrix's estimated time.

36.    As an example, take a real trip that occurred on August 26, 2015 at 2:22am between Sedona, AZ and Grand Terrace, CA for Driver '028RD'.[13]  Mr. Woolfson determined that there were 8 hours and 52 minutes of uncompensated 'sleeper berth' time for this driver on this segment.  He also calculated a total distance of 172 miles for the segment.  This distance, 172 miles, is the same as the distance Mr. Woolfson has calculated between Blythe, CA and Grand Terrace, CA, which appears to indicate that he used Blythe as the egress city for this segment.

37.    I used Google Maps[14] to map a route from Sedona, AZ to Grand Terrace, CA passing through Blythe, CA.  The results of this can be seen in *Figure 6: Google Maps - Sedona, AZ to Grand Terrace, CA.*



*Figure 6: Google Maps – Sedona, AZ to Grand Terrace, CA*

38.    As can be seen in the Google Maps image, Google estimates that the entire trip from Sedona, AZ to Grand Terrace, CA, including the travel time spent in Arizona, to be 6 hours and 23 minutes.  If Mr. Woolfson was estimating the entire segment time, his estimate would have exceeded

---

[13] SQL Query, Exhibit C, "Specific Sleeper Examples"
[14] Google Maps and the Google Distance Matrix rely upon the same data and software to determine distance and travel time.

Dueker v. CRST                                    Supplemental Report of Charles Platt
Case No. 2:18cv008751-FMO-FEM                              October 12, 2019

Google's by 2 hours and 29 minutes. But, according to Mr. Woolfson's testimony and report, Mr.

Woolfson was not estimating the entire segment time. Instead, he was attempting to estimate only the

California segment time.

39.      I then used Google Maps to determine what Google estimated as the California segment

time. This can be seen in *Figure 7: Google Maps – Blythe, CA to Grand Terrace, CA*. The first item to

note is that the mileage, 170 miles, is quite close to Mr. Woolfson's total miles of 172[15]. This indicates

that we are indeed looking at the same Google Maps data that he claims to have relied upon. The second

item to note is that the total California travel time, as estimated by Google, and that Mr. Woolfson stated

he relied upon, is 2 hours and 41 minutes. This represents an overestimate of damages for this driver on

this single day by Mr. Woolfson of 6 hours and 11 minutes, or 330%.



*Figure 7: Google Maps – Blythe, CA to Grand Terrace, CA*

40.      I then queried the Database to find a representative sample of trips that included Grand

Terrace, CA and Arizona. I found over 250 examples of this occurring, with the first 25 included in

*Figure 8: Google Maps – Arizona to Grand Terrace, CA Examples*.

41.      Of the segments I inspected, Mr. Woolfson's estimates of the time required to travel from

Blythe, CA to Grand Terrace, CA range from 14 hours and 51 minutes to 3 hours and 5 minutes, or a

spread of over 11½ hours. This large spread is due to Mr. Woolfson not using the travel time between the

---

[15] The miles are not identical due to the generalized nature of the query and represent roughly a 1% difference. The
search I am performing in Google Maps is for Blythe, CA to Grand Terrace, CA. The Google software will
determine where in Blythe CA to locate the starting point and where in Grand Terrace CA to locate the end point.
If, on the other hand, both Mr. Woolfson and I were using a specific street address in each city I would expect the
miles to be identical.

Dueker v. CRST                                              Supplemental Report of Charles Platt
Case No. 2:180cv008751-FMO-FEM                                              October 12, 2019

two cities, but rather the sleeper berth time according to the driver's log, which can also include long

stationary periods.

| Line No. | Driver ID | Woolfson's Calculated Time | Date | Starting City | Ending City | Woolfson's Distance |
|---|---|---|---|---|---|---|
| 001 | 809HD | 14 hrs 51 mins | 5/6/15 12:00 AM | Grand Terrace, CA | Lake Havasu City, AZ | 172 Miles |
| 002 | 818VD | 14 hrs 32 mins | 11/30/16 1:47 AM | Grand Terrace, CA | Lake Havasu City, AZ | 172 Miles |
| 003 | FY79D | 14 hrs 10 mins | 1/3/19 9:19 AM | Grand Terrace, CA | Gila Bend, AZ | 172 Miles |
| 004 | 940KD | 13 hrs 57 mins | 2/6/19 10:23 AM | Grand Terrace, CA | Guadalupe, AZ | 172 Miles |
| 005 | ER19D | 13 hrs 10 mins | 3/28/18 11:29 PM | Grand Terrace, CA | Lake Havasu City, AZ | 172 Miles |
| 006 | 940KD | 13 hrs 7 mins | 11/9/18 7:11 PM | Grand Terrace, CA | Lake Havasu City, AZ | 172 Miles |
| 007 | CR94D | 12 hrs 23 mins | 6/30/18 1:03 AM | Grand Terrace, CA | Holbrook, AZ | 172 Miles |
| 008 | CR94D | 11 hrs 57 mins | 5/8/18 11:36 AM | Grand Terrace, CA | Flagstaff, AZ | 172 Miles |
| 009 | HS74D | 11 hrs 49 mins | 12/11/18 7:28 PM | Grand Terrace, CA | Holbrook, AZ | 172 Miles |
| 010 | 428MD | 11 hrs 15 mins | 7/20/15 12:00 AM | Grand Terrace, CA | Kingman, AZ | 172 Miles |
| 011 | HS74D | 10 hrs 58 mins | 12/9/18 7:40 PM | Phoenix, AZ | Grand Terrace, CA | 172 Miles |
| 012 | GU35D | 10 hrs 11 mins | 9/20/18 6:23 PM | Lake Havasu City, AZ | Grand Terrace, CA | 172 Miles |
| 013 | 532DD | 10 hrs 10 mins | 3/7/14 1:44 AM | Kingman, AZ | Grand Terrace, CA | 172 Miles |
| 014 | CY50D | 10 hrs 0 mins | 11/13/17 7:38 AM | Lake Havasu City, AZ | Grand Terrace, CA | 172 Miles |
| 015 | DD52D | 9 hrs 59 mins | 4/30/19 11:19 AM | Grand Terrace, CA | Quartzsite, AZ | 172 Miles |
| 016 | J665D | 9 hrs 56 mins | 10/8/18 12:13 PM | Grand Terrace, CA | Lake Havasu City, AZ | 172 Miles |
| 017 | S067D | 9 hrs 51 mins | 11/30/16 12:00 AM | Grand Terrace, CA | Prescott, AZ | 172 Miles |
| 018 | 864MD | 9 hrs 50 mins | 4/1/15 3:38 AM | Grand Terrace, CA | Lake Havasu City, AZ | 172 Miles |
| 019 | S067D | 9 hrs 40 mins | 4/30/15 9:24 AM | Grand Terrace, CA | Lake Havasu City, AZ | 172 Miles |
| 020 | EN39D | 9 hrs 18 mins | 8/7/18 9:38 PM | Grand Terrace, CA | Williams, AZ | 172 Miles |
| 021 | BF08D | 9 hrs 12 mins | 9/18/18 8:50 AM | Grand Terrace, CA | Lake Havasu City, AZ | 172 Miles |
| 022 | 775LD | 9 hrs 1 mins | 5/25/19 8:52 PM | Kingman, AZ | Grand Terrace, CA | 172 Miles |
| 023 | S067D | 8 hrs 51 mins | 5/22/18 10:56 PM | Grand Terrace, CA | Williams, AZ | 172 Miles |
| 024 | 677CD | 8 hrs 50 mins | 5/13/14 1:47 AM | Grand Terrace, CA | Glendale, AZ | 172 Miles |
| 025 | DD52D | 8 hrs 48 mins | 4/29/18 3:10 AM | Quartzsite, AZ | Grand Terrace, CA | 172 Miles |

*Figure 8: Google Maps – Arizona to Grand Terrace, CA Examples[16]*

42.    I then repeated this same analysis using Barstow to Nipton and Santa Fe Springs to

Blythe.  The results of this analysis can be seen in *Figure 9* and *Figure 10*.

---

[16] SQL Query, Exhibit C, "Sleeper Point to Point Duration Analysis"

Dueker v. CRST                                    Supplemental Report of Charles Platt
Case No. 2:180cv008751-FMO-FEM                                    October 12, 2019

| Location and Egress City | Google Maps Estimate | Woolfson Average[17] Duration | Woolfson Average Overestimate | Total Instances Identified in Database |
|---|---|---|---|---|
| Grand Terrace to Blythe: | 2.7 hrs | 5.9 hrs | 3.2 hrs | 286 |
| Santa Fe Springs to Blythe: | 3.4 hrs | 6.6 hrs | 3.2 hrs | 53 |
| Barstow to Nipton: | 1.7 hrs | 3.5 hrs | 1.8 hrs | 32 |

Figure 9: Google Maps Times – Multi-state Segments[18]



Figure 10: Percent Difference between Woolfson Travel Time and Google Maps Travel Time

43.      I therefore conclude that Mr. Woolfson did not use the Google Distance Matrix times or the 'most reasonable time'[19] as he has represented at times.  Instead he simply used a duration that appears to be on average more than double that of Google's estimate.

*Segments Entirely Within California Analysis*

44.      When a trip is entirely within California, Mr. Woolfson indicated in his deposition that he used the Google Distance Matrix time to determine the total travel time between the two locations.  I

---

[17] The Woolfson Average Duration is the average of all of the durations that I was able to identify.  I do not believe I have identified all instances of travel between the two locations and that there are additional instances in the Database.
[18] SQL Query, Exhibit C, "Sleeper Point to Point Duration Analysis"
[19] Woolfson Rough Deposition Transcript, Page 80, Line 8.

Dueker v. CRST                                    Supplemental Report of Charles Platt

Case No. 2:180cv008751-FMO-FEM                                    October 12, 2019

performed a similar analysis for trips within California as I did for multi-state trips. I found that Mr. Woolfson's durations for these trips were also inaccurate. In fact, they were even more inaccurate than his calculations were for the multi-state segments discussed previously.

45.    As an example, take a real trip that occurred on February 25, 2014 at 4:45am between Hesperia, CA and Grand Terrace, CA for Driver '702BD'.[20] Mr. Woolfson determined that there were 14 hours and 6 minutes of uncompensated 'sleeper berth' time for this driver on this segment. He also calculated a total distance of 40.3 miles for the segment.

46.    I used Google Maps to map a route from Hesperia, CA to Grand Terrace, CA. The results of this can be seen in *Figure 11: Google Maps – Hesperia, CA to Grand Terrace, CA*.

---

[20] SQL Query, Exhibit C, "Specific Sleeper Examples"

Dueker v. CRST                                             Supplemental Report of Charles Platt
Case No. 2:180cv008751-FMO-FEM                                              October 12, 2019



Figure 11: Google Maps – Hesperia, CA to Grand Terrace, CA

47.    As can be seen in the Google Maps image, Google estimates that the entire trip should take 47 minutes.  Mr. Woolfson's estimate exceeds this by over 13 hours.  Mr. Woolfson has represented that an individual who may have been in a sleeper berth while the tractor was in motion for 47 minutes deserves over 14 hours of paid compensation.

48.    Again, I queried the Database to find a representative sample of trips that included Hesperia, CA and Grand Terrace, CA.  I identified 25 examples of this occurring.  These are shown in *Figure 12: Google Maps – Hesperia, CA to Grand Terrace, CA Examples*.

Dueker v. CRST                                      Supplemental Report of Charles Platt
Case No. 2:180cv008751-FMO-FEM                                    October 12, 2019

49.    Of the segments I inspected, Mr. Woolfson's estimates of the time required to travel from Hesperia, CA to Grand Terrace, CA ranged from 14 hours and 6 minutes to 1 hour and 10 minutes, or a spread of almost 13 hours for the same 40 mile trip.

| Line No. | Driver ID | Woolfson's Calculated Time | Date | Starting City | Ending City | Woolfson's Distance |
|---|---|---|---|---|---|---|
| 001 | 702BD | 14 hrs 6 mins | 2/25/14 4:45 AM | Hesperia, CA | Grand Terrace, CA | 40.3 |
| 002 | BF08D | 12 hrs 1 mins | 6/28/18 5:50 AM | Hesperia, CA | Grand Terrace, CA | 40.3 |
| 003 | 940KD | 11 hrs 43 mins | 4/20/15 12:17 PM | Hesperia, CA | Grand Terrace, CA | 40.3 |
| 004 | 734SD | 11 hrs 36 mins | 12/9/15 12:00 AM | Grand Terrace, CA | Hesperia, CA | 39.4 |
| 005 | 396MD | 10 hrs 8 mins | 3/24/15 12:00 AM | Hesperia, CA | Grand Terrace, CA | 40.3 |
| 006 | 517SD | 9 hrs 6 mins | 12/10/15 2:54 PM | Hesperia, CA | Grand Terrace, CA | 40.3 |
| 007 | 573ZD | 8 hrs 58 mins | 2/15/17 12:00 AM | Grand Terrace, CA | Hesperia, CA | 39.4 |
| 008 | 573ZD | 6 hrs 51 mins | 5/10/17 12:03 AM | Grand Terrace, CA | Hesperia, CA | 39.4 |
| 009 | 517SD | 5 hrs 11 mins | 11/7/15 10:21 AM | Grand Terrace, CA | Hesperia, CA | 39.4 |
| 010 | 573ZD | 4 hrs 41 mins | 2/1/17 4:10 AM | Grand Terrace, CA | Hesperia, CA | 39.4 |
| 011 | J013D | 4 hrs 35 mins | 1/13/17 7:25 PM | Hesperia, CA | Grand Terrace, CA | 40.3 |
| 012 | J013D | 4 hrs 16 mins | 1/27/17 7:44 PM | Hesperia, CA | Grand Terrace, CA | 40.3 |
| 013 | 935MD | 3 hrs 52 mins | 6/7/19 4:54 PM | Hesperia, CA | Grand Terrace, CA | 40.3 |
| 014 | 573ZD | 3 hrs 41 mins | 6/14/17 4:03 AM | Grand Terrace, CA | Hesperia, CA | 39.4 |
| 015 | S067D | 3 hrs 20 mins | 6/16/19 5:40 PM | Hesperia, CA | Grand Terrace, CA | 40.3 |
| 016 | 573ZD | 3 hrs 13 mins | 2/22/17 4:08 AM | Grand Terrace, CA | Hesperia, CA | 39.4 |
| 017 | 573ZD | 3 hrs 13 mins | 3/22/17 4:07 AM | Grand Terrace, CA | Hesperia, CA | 39.4 |
| 018 | 573ZD | 3 hrs 8 mins | 6/7/17 4:01 AM | Grand Terrace, CA | Hesperia, CA | 39.4 |
| 019 | 573ZD | 3 hrs 7 mins | 4/19/17 4:10 AM | Grand Terrace, CA | Hesperia, CA | 39.4 |
| 020 | 573ZD | 3 hrs 5 mins | 4/9/17 4:23 PM | Hesperia, CA | Grand Terrace, CA | 40.3 |
| 021 | 175LD | 2 hrs 57 mins | 12/27/14 9:32 AM | Grand Terrace, CA | Hesperia, CA | 39.4 |
| 022 | GX85D | 2 hrs 25 mins | 10/29/18 3:18 AM | Hesperia, CA | Grand Terrace, CA | 40.3 |
| 023 | FY79D | 1 hrs 31 mins | 10/10/18 5:27 AM | Grand Terrace, CA | Hesperia, CA | 39.4 |
| 024 | 5886D | 1 hrs 25 mins | 10/26/16 12:00 AM | Hesperia, CA | Grand Terrace, CA | 40.3 |
| 025 | EN39D | 1 hrs 10 mins | 3/15/18 7:14 PM | Hesperia, CA | Grand Terrace, CA | 40.3 |

Figure 12: Google Maps – Hesperia, CA to Grand Terrace, CA Examples[21]

50.    I then repeated this same analysis using Barstow to Grand Terrace and Santa Fe Springs to Grand Terrace.  The results of this analysis can be seen in *Figure 13* and *Figure 14*.

---

[21] SQL Query, Exhibit C, "Sleeper Point to Point Duration Analysis"

Dueker v. CRST                                          Supplemental Report of Charles Platt
Case No. 2:180cv008751-FMO-FEM                                          October 12, 2019

| Location and Egress City | Google Maps Estimate | Woolfson Average[22] Duration | Woolfson Average Overestimate | Total Instances Identified in Database |
|---|---|---|---|---|
| Hesperia to Grand Terrace: | 0.7 hrs | 5.6 hrs | 4.9 hrs | 25 |
| Santa Fe Springs to Grand Terrace: | 1.0 hrs | 3.3 hrs | 2.3 hrs | 41 |
| Barstow to Grand Terrace: | 1.2 hrs | 5.9 hrs | 4.7 hrs | 54 |

*Figure 13: Google Maps Times – California Only Segments[23]*



*Figure 14: Percent Difference between Woolfson Travel Time and Google Maps Travel Time*

51.    I therefore conclude that Mr. Woolfson did not use the Google Distance Matrix times or the 'most reasonable time' for trips wholly within California. Rather he used a duration that appears to be on average more than five times that of Google's estimate, and in some instances exceeding Google's estimate by more than a factor of seven.

---

[22] The Woolfson Average Duration is the average of all of the durations that I was able to identify. I do not believe I have identified all instances of travel between the two locations and that there are additional instances in the Database.

[23] SQL Query, Exhibit C, "Sleeper Point to Point Duration Analysis"

Dueker v. CRST                                                    Supplemental Report of Charles Platt
Case No. 2:180cv008751-FMO-FEM                                                       October 12, 2019

## Methodology Conclusions

52.     First, I find that Mr. Woolfson failed to exclude sleeper segments that exceeded 10 hours
in duration, which he agreed are unreasonable, and in so doing overestimated the total number of hours in
his damage calculations by over 44%.

53.     Second, I find that for multi-state segments Mr. Woolfson overestimated the sleeper berth
duration for the segments I inspected by an average of over 100%.

54.     Third, I find that for California only segments Mr. Woolfson overestimated the sleeper
berth duration for the segments I inspected by an average of over 400%.

55.     Finally, I find that Mr. Woolfson misrepresented the methodology he used for his
analysis in his deposition.  First by stating that he excluded segments that exceeded a specific duration,
which he did not do, and second by stating that he relied upon specific data, the Google Distance Matrix
times, for his analysis, which he also did not do.  Both of these misrepresentations resulted a significant
impact to the overall damage estimates that Mr. Woolfson provided.

## VI.     Conclusions Related to Quality Control

56.     My second set of conclusions are related to the lack of quality control steps employed by
Mr. Woolfson to validate the data resident in the Database that his final results are based on.

## One Day One Row

57.     Mr. Woolfson's report clearly states that he converted the data into a format where one
database row, or record, would be equivalent to a single day's worth of activity.  Mr. Woolfson claims
that he "placed all employees' work day activities in a single row, so that each employee's row contained
the recorded time entries for that day. In other words, each employee's daily activity appeared on the
same row."[24]

---

[24] Woolfson September Report, Page 13, Paragraph 36(i).

Dueker v. CRST                                            Supplemental Report of Charles Platt
Case No. 2:180cv008751-FMO-FEM                                         October 12, 2019

58.    The "one row per day" records are located in the 'sleeper' table.  I inspected the sleeper table and found that there were numerous instances where the duration of a single row exceeded 24 hours. In total, I found that 21% of the sleeper rows exceeded 24 hours for rows where Mr. Woolfson had assessed that time was owed to a driver for that day.    *Figure 15* shows the distribution of the duration of these days.



*Figure 15: Distribution of Sleeper Shifts that Exceed 24 Hours.[25]*

59.    *Figure 16* shows the top 25 instances of "one row per day" records where the total duration exceeds 24 hours.  Shown in this table are "days" where Mr. Woolfson has assessed that a driver is owed compensation for time spent in the sleeper berth while the tractor was in motion.  Mr. Woolfson's data includes a single day that spans 8½ months. The Database includes over 1,300 days that are more than 24 hours in length, and 968 days that span more than 36 hours.

60.    This analysis was limited to days where Mr. Woolfson assessed that compensation was owed to drivers, but, if I expand it to include all records in the sleeper table, I find that the maximum

---

[25] SQL Query, Exhibit C, "Sleeper Day Duration Analysis"

Dueker v. CRST                                           Supplemental Report of Charles Platt
Case No. 2:180cv008751-FMO-FEM                                        October 12, 2019

length Mr. Woolfson assigns to a single day is over 3 years. This is for driver '738RD' and his day starts
on 12-23-2015 at 09:55am and ends on 4-19-2019 at 07:00pm.[26]

| Line No. | Driver ID | Starting Date | Finish Date | Total Duration in Minutes | Total Duration in Days, Hours, and Minutes |
|---|---|---|---|---|---|
| 001 | G444D | 12/12/15 9:22 AM | 9/1/16 7:00 PM | 380,738 | 264 Days 9 Hrs 38 Mins |
| 002 | 101ID | 8/28/15 6:06 PM | 3/24/16 7:00 PM | 301,014 | 209 Days 0 Hrs 54 Mins |
| 003 | 505VD | 8/29/16 12:00 AM | 9/16/16 10:46 AM | 26,566 | 18 Days 10 Hrs 46 Mins |
| 004 | 062JD | 3/15/16 1:17 PM | 3/30/16 3:44 AM | 21,027 | 14 Days 14 Hrs 27 Mins |
| 005 | CY50D | 12/23/18 2:57 AM | 1/4/19 11:01 AM | 17,764 | 12 Days 8 Hrs 4 Mins |
| 006 | HE49D | 12/18/18 8:50 PM | 12/31/18 12:00 AM | 17,470 | 12 Days 3 Hrs 10 Mins |
| 007 | S067D | 2/13/15 6:10 PM | 2/25/15 5:59 PM | 17,269 | 11 Days 23 Hrs 49 Mins |
| 008 | J013D | 5/10/17 4:47 PM | 5/22/17 12:50 PM | 17,043 | 11 Days 20 Hrs 3 Mins |
| 009 | 517SD | 1/21/16 10:45 AM | 2/1/16 7:40 PM | 16,375 | 11 Days 8 Hrs 55 Mins |
| 010 | 141KD | 12/23/15 4:39 AM | 1/3/16 11:23 AM | 16,244 | 11 Days 6 Hrs 44 Mins |
| 011 | 429UD | 7/1/16 1:19 PM | 7/12/16 8:59 AM | 15,580 | 10 Days 19 Hrs 40 Mins |
| 012 | 517SD | 4/12/16 1:37 PM | 4/22/16 10:25 PM | 14,928 | 10 Days 8 Hrs 48 Mins |
| 013 | 093ED | 6/13/15 7:33 AM | 6/23/15 3:36 PM | 14,883 | 10 Days 8 Hrs 3 Mins |
| 014 | 959RD | 8/7/16 2:22 PM | 8/17/16 9:51 PM | 14,849 | 10 Days 7 Hrs 29 Mins |
| 015 | 948QD | 3/10/16 12:56 AM | 3/20/16 8:11 AM | 14,835 | 10 Days 7 Hrs 15 Mins |
| 016 | 809HD | 6/23/15 3:01 AM | 7/3/15 9:48 AM | 14,807 | 10 Days 6 Hrs 47 Mins |
| 017 | 870TD | 2/28/16 4:07 PM | 3/9/16 8:34 PM | 14,667 | 10 Days 4 Hrs 27 Mins |
| 018 | 062JD | 2/27/16 7:21 AM | 3/8/16 10:39 AM | 14,598 | 10 Days 3 Hrs 18 Mins |
| 019 | DY50D | 11/23/17 3:03 PM | 12/3/17 4:06 PM | 14,463 | 10 Days 1 Hrs 3 Mins |
| 020 | 935MD | 1/12/19 4:49 PM | 1/22/19 1:48 PM | 14,219 | 9 Days 20 Hrs 59 Mins |
| 021 | 677CD | 12/20/14 4:09 PM | 12/30/14 10:52 AM | 14,083 | 9 Days 18 Hrs 43 Mins |
| 022 | G444D | 2/16/17 6:17 PM | 2/26/17 8:54 AM | 13,837 | 9 Days 14 Hrs 37 Mins |
| 023 | BE44D | 3/9/17 2:41 AM | 3/18/17 2:02 PM | 13,641 | 9 Days 11 Hrs 21 Mins |
| 024 | 959RD | 9/22/16 3:50 PM | 10/2/16 12:00 AM | 13,450 | 9 Days 8 Hrs 10 Mins |
| 025 | 062JD | 9/4/15 1:12 PM | 9/13/15 2:16 PM | 13,024 | 9 Days 1 Hrs 4 Mins |

*Figure 16: Examples from Sleeper Table where a single day exceeds 24 Hours*[27]

61.    *Figure 17* shows how many drivers and how much of Mr. Woolfson's computed damages
are impacted by days that exceed 24 hours. In total, 28% of the time that Mr. Woolfson has determined to
be owed to drivers is associated with days that exceed 24 hours.

---

[26] SQL Query, Exhibit C, "Specific Sleeper Examples"
[27] SQL Query, Exhibit C, "Sleeper Day Duration Analysis"

Dueker v. CRST                                          Supplemental Report of Charles Platt
Case No. 2:180cv008751-FMO-FEM                                         October 12, 2019

| Filter Applied | Unique Drivers | Total Sleeper Minutes Assigned | Percent of Total Sleeper Minutes | Total Rows Included | Percent of All Rows |
|---|---|---|---|---|---|
| Day Exceeds 24 Hours | 230 | 697,227 | 28% | 1,333 | 21% |
| All Days with Time | 305 | 2,515,592 | 100% | 6,256 | 100% |

*Figure 17: Records where a single 'day' exceeds 24 hours[28]*

62.    As previously stated, there are also a dozen instances where Mr. Woolfson has computed that a driver is owed time for a single shift that exceed 24 hours.  It is important to be clear on this point, *Figure 18* shows entries from the Database where Mr. Woolfson has determined that a single driver is owed more than 24 hours of compensation for a single day.

| Line No. | Driver ID | Starting Date and Time | Total Sleeper Berth Time in Minutes | Total Sleeper Berth Time in Hours, and Minutes |
|---|---|---|---|---|
| 001 | DM72D | 8/7/17 2:03 AM | 2,034 | 33 hours 54 minutes |
| 002 | 101ID | 8/28/15 6:06 PM | 1,794 | 29 hours 54 minutes |
| 003 | 604ID | 1/12/15 7:10 PM | 1,677 | 27 hours 57 minutes |
| 004 | H939D | 4/28/15 1:21 AM | 1,636 | 27 hours 16 minutes |
| 005 | 532DD | 3/25/15 11:24 AM | 1,629 | 27 hours 9 minutes |
| 006 | 117FD | 5/7/15 11:01 AM | 1,573 | 26 hours 13 minutes |
| 007 | C327D | 11/5/14 2:39 AM | 1,556 | 25 hours 56 minutes |
| 008 | 422BD | 6/12/14 4:39 AM | 1,551 | 25 hours 51 minutes |
| 009 | 604ID | 6/8/15 4:50 AM | 1,542 | 25 hours 42 minutes |
| 010 | 093FD | 10/11/15 9:18 AM | 1,535 | 25 hours 35 minutes |
| 011 | 093ED | 5/18/15 1:26 AM | 1,509 | 25 hours 9 minutes |
| 012 | 093FD | 7/14/14 9:22 AM | 1,486 | 24 hours 46 minutes |

*Figure 18: Examples from Sleeper Table where a single day's time owed exceeds 24 Hours[29]*

63.    These two issues, sleeper shifts that exceed 24 hours and driver work-days that exceed 24 hours, lead me to conclude that Mr. Woolfson did not perform quality control checks or validations on his results prior to submitting them.  This is the data that Mr. Woolfson relied upon for his analysis and his damage calculations.  Mr. Woolfson's methodology, source code, and Database cannot be relied upon to accurately calculate a days-worth of time records, Mr. Woolfson did not bother to check his own work, and the Database demonstrates that his final calculations were dramatically inflated.

---

[28] SQL Query, Exhibit C, "Sleeper Day Duration Analysis"
[29] SQL Query, Exhibit C, "Sleeper Shift Duration Analysis"

Dueker v. CRST                                              Supplemental Report of Charles Platt
Case No. 2:180cv008751-FMO-FEM                                        October 12, 2019

<u>Tractor Speeds</u>

64.     During his analysis, Mr. Woolfson determined what he believed to be the total miles

travelled by the tractor while a driver was in the sleeper berth.  He also determined the total amount of

time the tractor was in motion.  These values are stored in his database in the sleeper table.  It is a simple

matter to run a quality check against this data to determine the average speed of the tractor during the

segment.  To calculate this, I took the distance in miles and divided it by the total time in hours to arrive

at miles per hour ("MPH").



*Figure 19: Distribution of Average Tractor Speeds that Exceed 100mph.*[30]

65.     *Figure 19* shows that in over 60 instances Mr. Woolfson has the Tractor travelling at over

100mph.  He has instances where the tractor is travelling at over 200 mph, over 300 mph, and even a

single instance where the tractor's speed exceeds 1,500 mph.

66.     *Figure 20* shows the top 25 instances where the tractor speed exceeds 100 mph.

---

[30] SQL Query, Exhibit C, ""

Dueker v. CRST                                                  Supplemental Report of Charles Platt

Case No. 2:180cv008751-FMO-FEM                                                  October 12, 2019

| Line No. | Driver ID | Starting Date and Time | Total Duration in Hours | Total Distance | Average MPH |
|---|---|---|---|---|---|
| 001 | T714D | 2/26/15 12:05 PM | 0.23 | 408.0 | 1,749 mph |
| 002 | 940ED | 2/13/15 11:10 PM | 0.83 | 447.5 | 537 mph |
| 003 | N933D | 8/24/17 6:50 PM | 0.37 | 177.9 | 485 mph |
| 004 | BE44D | 3/9/17 2:41 AM | 2.92 | 969.0 | 332 mph |
| 005 | O93ED | 4/18/15 10:45 PM | 1.25 | 410.7 | 329 mph |
| 006 | 423CD | 2/27/15 12:00 AM | 0.40 | 131.0 | 328 mph |
| 007 | AA11D | 8/12/16 11:26 PM | 0.57 | 144.0 | 254 mph |
| 008 | FL05D | 5/15/18 8:03 AM | 2.15 | 536.0 | 249 mph |
| 009 | FH14D | 5/22/18 10:48 PM | 1.20 | 274.6 | 229 mph |
| 010 | F126D | 5/17/14 11:04 PM | 0.62 | 129.0 | 209 mph |
| 011 | N933D | 4/26/15 4:33 PM | 0.98 | 192.0 | 195 mph |
| 012 | O93ED | 1/19/15 9:00 PM | 3.00 | 577.0 | 192 mph |
| 013 | CL55D | 1/14/18 5:52 AM | 2.82 | 531.0 | 189 mph |
| 014 | 673RD | 2/27/16 8:14 PM | 1.27 | 237.3 | 187 mph |
| 015 | 384ID | 2/12/15 6:33 PM | 2.00 | 371.1 | 186 mph |
| 016 | 310HD | 4/17/15 9:45 PM | 2.25 | 412.9 | 184 mph |
| 017 | 997BD | 4/27/14 1:15 PM | 0.67 | 122.0 | 183 mph |
| 018 | 938ED | 5/17/15 8:34 PM | 1.88 | 343.6 | 182 mph |
| 019 | AK25D | 2/19/17 10:06 PM | 1.27 | 226.0 | 178 mph |
| 020 | 396MD | 11/15/15 7:16 PM | 1.52 | 267.0 | 176 mph |
| 021 | HE49D | 12/18/18 8:50 PM | 6.32 | 1,102.0 | 174 mph |
| 022 | FY79D | 6/18/18 8:59 AM | 1.05 | 180.8 | 172 mph |
| 023 | 834DD | 2/19/14 7:22 PM | 1.45 | 242.0 | 167 mph |
| 024 | 791HD | 5/11/15 12:00 AM | 1.02 | 166.3 | 164 mph |
| 025 | HZ46D | 5/29/19 10:52 PM | 1.82 | 279.8 | 154 mph |

*Figure 20: Examples from Sleeper Table where Tractor Speed exceeds 100mph[31]*

67.     Conversely, the Database also includes instances where the tractor's speed is very low for long periods of time.  *Figure 21* shows the amount of time associated with average speeds where the total duration exceeded 2 hours.  Almost 40% of the time Mr. Woolfson has determined to be owed to drivers has the tractor moving slower than 20 mph for more than 2 contiguous hours and over 25% shows the tractor moving slower than 15mph for two contiguous hours.  Contrastingly, only 20% of the time Mr. Woolfson's data has the tractor moving at typical highway speeds between 40 and 70mph.

| Line No. | Category | Total Instances | Total Drivers | Total Sleeper Berth Time in Minutes | Percent of All |
|---|---|---|---|---|---|
| 001 | All | 6256 | 305 | 2,515,592 | 100% |
| 002 | All where duration > 2hrs | 5,812 | 305 | 2,475,682 | 98% |

[31] SQL Query, Exhibit C, "Sleeper Tractor Speed Analysis"

Dueker v. CRST                                            Supplemental Report of Charles Platt

Case No. 2:180cv008751-FMO-FEM                                          October 12, 2019

| Line No. | Category | Total Instances | Total Drivers | Total Sleeper Berth Time in Minutes | Percent of All |
|---|---|---|---|---|---|
| 003 | Avg. Speed Between 40mph and 70mph | 1,937 | 254 | 493,054 | 20% |
| 004 | Avg. Speed Below 20mph | 1,523 | 258 | 973,958 | 39% |
| 005 | Avg. Speed Below 15mph | 992 | 235 | 648,631 | 26% |
| 006 | Avg. Speed Below 10mph | 541 | 193 | 342,279 | 14% |
| 007 | Avg. Speed Below 5mph | 184 | 108 | 116,952 | 5% |
| 008 | Avg. Speed Below 1mph | 24 | 23 | 14,838 | 1% |

*Figure 21: Summary from Sleeper Table where Tractor Speed is below 20mph and duration exceeds 2 hours[32]*

68.     *Figure 22* shows the Top 25 lowest average speeds found in the Database.  For example, (*Figure 22, Line No. 001*) Mr. Woolfson has determined that Driver 'J665D' is owed 12.8 hours of compensation on October 31, 2018 for being in the sleeper berth while the tractor moved a total of 2.3 miles at an average speed of 0.18mph.

| Line No. | Driver ID | Starting Date and Time | Total Duration in Hours | Total Distance | Average MPH |
|---|---|---|---|---|---|
| 001 | J665D | 10/31/18 12:45 AM | 12.8 | 2.3 | 0.18 |
| 002 | AG00D | 9/28/16 9:14 PM | 14.6 | 3.2 | 0.22 |
| 003 | 080HD | 1/20/15 11:38 AM | 12.4 | 3.2 | 0.26 |
| 004 | 894VD | 7/9/14 12:58 PM | 11.0 | 3.2 | 0.29 |
| 005 | EG61D | 3/29/18 11:50 AM | 10.6 | 3.7 | 0.35 |
| 006 | EN39D | 1/30/18 11:22 PM | 13.1 | 5.6 | 0.43 |
| 007 | 514ID | 3/30/15 3:04 AM | 7.2 | 3.2 | 0.44 |
| 008 | 525PD | 1/11/16 4:55 PM | 7.1 | 3.2 | 0.45 |
| 009 | CC78D | 2/12/18 5:48 PM | 12.5 | 5.6 | 0.45 |
| 010 | S067D | 7/30/15 12:55 PM | 11.1 | 5.6 | 0.51 |
| 011 | 940KD | 11/17/16 2:02 PM | 10.0 | 6.3 | 0.63 |
| 012 | 606ID | 11/23/14 1:59 AM | 5.0 | 3.2 | 0.64 |
| 013 | 940KD | 1/27/14 9:12 AM | 13.9 | 9.5 | 0.68 |
| 014 | 988PD | 8/1/15 5:44 PM | 4.7 | 3.2 | 0.68 |
| 015 | R315D | 6/30/14 3:17 PM | 8.7 | 6.6 | 0.76 |
| 016 | 762RD | 5/19/17 1:12 PM | 7.2 | 5.6 | 0.78 |
| 017 | 371QD | 8/18/15 5:04 AM | 11.3 | 9.5 | 0.84 |
| 018 | GN62D | 11/11/18 11:59 AM | 9.8 | 8.4 | 0.85 |
| 019 | GB12D | 9/14/18 7:50 PM | 10.3 | 9.0 | 0.88 |
| 020 | 175LD | 2/11/15 7:38 AM | 14.7 | 13.1 | 0.89 |
| 021 | 423CD | 5/13/15 12:00 AM | 10.4 | 9.5 | 0.91 |
| 022 | 028RD | 9/3/15 1:53 PM | 10.1 | 9.5 | 0.94 |
| 023 | 739FD | 8/8/14 10:54 AM | 13.1 | 12.7 | 0.97 |
| 024 | 604ID | 2/20/19 6:49 PM | 5.6 | 5.6 | 0.99 |

---

[32] SQL Query, Exhibit C, "Sleeper Tractor Speed Analysis"

Dueker v. CRST                                          Supplemental Report of Charles Platt
Case No. 2:180cv008751-FMO-FEM                                           October 12, 2019

| Line No. | Driver ID | Starting Date and Time | Total Duration in Hours | Total Distance | Average MPH |
|---|---|---|---|---|---|
| 025 | 940KD | 11/2/18 8:22 PM | 13.5 | 13.5 | 1.00 |

*Figure 22: Examples from Sleeper Table where Tractor speed is less than 5mph for over 4 Hours[33]*

69.      In my opinion these instances highlight data anomalies that should either be further researched and understood or discarded as unreliable.  Mr. Woolfson does neither, instead he simply includes these values in his total damages calculations.

70.      This again leads me to conclude that Mr. Woolfson did not perform any quality control checks or validations on his results prior to submitting them.  This is data that Mr. Woolfson relied upon for his analysis and his damage calculations, and yet it is clearly unreliable.  Accurately determining the miles and time spent while in motion is critical to the analysis Mr. Woolfson performed, and yet *Figure 20* contains miles and time from his Database that he used in his final calculations that cannot possibly be correct, and *Figure 22* contains miles and time from his Database that should have raised red flags as to flaws in his analysis and methodology.

<u>Quality Control Conclusions</u>

71.      It is my conclusion that Mr. Woolfson did not implement an adequate quality control process when preparing his analysis and his results.  The result of not performing quality control checks is that he did not catch and correct failures in his methodology and, ultimately, that his results are based on flawed data that should have been identified, researched, and either corrected or discarded prior to reporting his final results.

## VII.    Conclusions Related to Source Code

72.      My third set of conclusions are related to the source code provided by Mr. Woolfson. Mr. Woolfson states in his September Report that the code he produced with that report is the source code he relied upon to perform his analysis.  I would expect the final code he used to perform his calculations

---

[33] SQL Query, Exhibit C, "Sleeper Tractor Speed Analysis"

Dueker v. CRST                                         Supplemental Report of Charles Platt

Case No. 2:180cv008751-FMO-FEM                                              October 12, 2019

to run against the Database he produced without errors.  When I ran the code against the Database I found

that in many instances it produced errors.

73.    For example, I ran the following code from Exhibit J2 to his September report against the

Database and received the following errors:

**Exhibit J2 - b0. build and structure.sql – Page 2**
**Source Code:**
```
select top 1000 workdate, date, startTime, driverId, coDriver, descript,
sequence, crossRef from allDrivers order by recordId
```

**Results:**
```
Msg 207, Level 16, State 1, Line 2
Invalid column name 'recordId'.
```

**Exhibit J2 - a0. build and structure.sql – Page 5**
**Source Code:**
```
-- this is a nice output.
select descript, counter, startTime, workdate, driverId, isSleeper,
sleepcount, sequence , sequence2, odometer, '(' + state + ') ' + location
as
location, newId
from drivers where isSleeper is not null and sequence is not null order by
driverId, counter
```

**Results:**
```
Msg 208, Level 16, State 1, Line 2
Invalid object name 'drivers'.
```

**Exhibit J2 - b0. build and structure.sql – Page 3**
**Source Code:**
```
delete from allDriversEntirelyWithinCalifornia where crossRef in (select
crossRef from californiaOnlyDrivers where state <> 'CA')
```

**Results:**
```
Msg 208, Level 16, State 1, Line 1
Invalid object name 'allDriversEntirelyWithinCalifornia'.
```

**Exhibit J2 - b0. build and structure.sql – Page 3**
**Source Code:**
```
update allDriversEntirelyWithinCalifornia set crossRef =
convert(varchar(30),date,101) + '|' + driverId
```

**Results:**
```
Msg 208, Level 16, State 1, Line 1
Invalid object name 'allDriversEntirelyWithinCalifornia'.
```

Dueker v. CRST                                      Supplemental Report of Charles Platt
Case No. 2:180cv008751-FMO-FEM                                      October 12, 2019

**Exhibit J2 - b0. build and structure.sql - Page 38**
Source Code:
```
        update workstudy set source = (select top 1 source from workdata where
        workdata.reference = workstudy.reference)
```

Results:
        Msg 208, Level 16, State 1, Line 2
        Invalid object name 'workstudy'.


**Exhibit J2 - b0. build and structure.sql - Page 39**
Source Code:
```
        select top 10 * from payroll
```

Results:
        Msg 208, Level 16, State 1, Line 1
        Invalid object name 'payroll'.


**Exhibit J2 - b0. build and structure.sql - Page 1**
Source Code:
```
        delete from dueker2..alldrivers where start_date <'12/27/2013'
```

Results:
        Msg 207, Level 16, State 1, Line 1
        Invalid column name 'start_date'.

74.    Many of the errors indicate that tables and columns do not exist.  There are numerous
tables listed in his source code that do not appear in the database itself.  These include:

| Line No. | Table Name | Source |
|---|---|---|
| 001 | data | Exhibit J2, a0. build and structure.sql – Page 1 |
| 002 | b_drivers | Exhibit J2, a0. build and structure.sql – Page 2 |
| 003 | drivers | Exhibit J2, a0. build and structure.sql – Page 2 |
| 004 | b_trips | Exhibit J2, a0. build and structure.sql – Page 3 |
| 005 | trips | Exhibit J2, a0. build and structure.sql – Page 3 |
| 006 | drivers_including_all_duplicates | Exhibit J2, a0. build and structure.sql – Page 3 |
| 007 | driversEntirelyWithinCalifornia | Exhibit J2, a0. build and structure.sql – Page 4 |
| 008 | drivers_duplicate | Exhibit J2, a0. build and structure.sql – Page 34 |
| 009 | allDrivers_duplicate | Exhibit J2, b0. build and structure.sql – Page 43 |
| 010 | allDriversEntirelyWithinCalifornia | Exhibit J2, b0. build and structure.sql – Page 3 |
| 011 | payroll | Exhibit J2, b0. build and structure.sql – Page 39 |
| 012 | workstudy | Exhibit J2, b0. build and structure.sql – Page 38 |

*Figure 23: Tables from Source Code that do not appear in the Database*

75.    I conclude that the Source Code included in Mr. Woolfson's report contains statements
that do not match, and data tables that do not exist, in the Database he produced.  This leads me to

Dueker v. CRST                                            Supplemental Report of Charles Platt
Case No. 2:180cv008751-FMO-FEM                                              October 12, 2019

conclude that either the source code provided is not an accurate representation of the version he relied

upon, or the Database he produced is not the correct and complete database.

## VIII.  Overall Conclusion

76.      I make the following conclusions based upon my inspection of the Database used by Mr.

Woolfson:

a) Mr. Woolfson did not limit sleeper shift durations to reasonable durations, even

   though he claimed to have done so.

b) Mr. Woolfson did not use the Google Distance Matrix times for his calculations, even

   though he testified to have done so.

c) In every instance that I inspected, the duration assigned to sleeper shifts by Mr.

   Woolfson exceeded the Google Distance Matrix durations.  In many cases it far

   exceeded them.

d) Mr. Woolfson did not implement adequate quality control checks on his analysis.

   This resulted in single shifts that were in excees of months in duration and implied

   tractor speeds of over 100 mph.

e) Mr. Woolfson's calculations assess large durations of time owed for minor

   movements of the tractor, in one instance almost 15 hours for a movement of less than

   4 miles,

f) Mr. Woolfson's source code contains statements that do not match, and data tables

   that do not exist, in the Database he produced.

77.     Mr. Woolfson's methodology, database, and results are inconsistent with his testimony, contain significant errors and illogical situations, and it is my opinion that the final damages arrived at by Mr. Woolfson cannot be relied upon.

## IX.   Signature

78.     I provide these opinions with a reasonable degree of professional certainty, based on information available to me at this time, and I reserve the right to modify these opinions if more information is provided.  I also reserve the right to provide additional expert opinions based on any new information disclosed in this matter and to augment my opinions based on further analysis of Mr. Woolfson's code and database.

79.     I declare under penalty of perjury that, to the best of my knowledge, information, and belief, the foregoing is true and correct.

Executed this 12th day of October 2019.

_____
Charles Platt
Director, Structured Data Analytics
iDiscovery Solutions, Inc.

# EXHIBIT A

CV of Charles Platt



# CHARLIE PLATT

Director of the Data Analytics Practice



🏠 3000 K Street NW, Suite 330
Washington, DC 20007

☎ 703.489.7707

✉ cplatt@idsinc.com

in Profile on LinkedIn

🐦 @iDiscoveryInc

🌐 idiscoverysolutions.com

**<u>SUMMARY</u>**

Mr. Charlie Platt, Director of the Data Analytics Practice for iDiscovery Solutions (iDS) in Washington DC, has over 29 years' experience working on data systems, data analytics, digital forensics, cybersecurity strategic planning, incident response, information systems development, infrastructure planning, database design, eDiscovery, and project management. He has consulted on projects ranging from large-scale forensics investigations to highly complex intellectual property cases in the legal and eDiscovery industries. In addition, Mr. Platt has developed applications and managed projects for a variety of Fortune 50 corporations and large government clients and has managed comprehensive, multifaceted collections, both in the U.S. and internationally.

Mr. Platt is a Certified Ethical Hacker (CEH), Certified Information Systems Security Professional (CISSP), Certified Information Systems Management Professional (ISSMP), Certified Cloud Security Professional (CCSP), an EnCase Certified Examiner (EnCE), a Microsoft Certified DBA (MCDBA), and holds certifications in C/C++, Infrastructure and Networking. He has a Certificate in Information Risk Management from Harvard, an M.S. in Management of Secure Information Systems from George Mason University, and a B.S. in Computer Information Systems. Prior to iDS, he was the owner and founder of Bitscope Consulting, a Managing Consultant at LECG and manager of the DC Forensics Lab, and a Sr. Consultant at FTI.

# CHARLIE PLATT



## SELECT CONSULTING EXPERIENCE

1. Led the onsite team investigating an alleged internal breach and compromise for one of the largest naval architecture firms in the US.  Responded to FBI demands and allegations of breach.  Worked directly with client to document corporate infrastructure and defenses, reviewed forensic evidence produced by the FBI, and acquired and reviewed additional evidence.  I developed and tested theories for the incident and delivered an expert report documenting the breach and exposure for presentation to law enforcement.  I presented our findings orally to corporate executive staff, including the CEO and CISO.

2. Provided expert testimony for plaintiff in a McKesson Medical Records database systems and audit trail data case.  The court had significant concerns about HIPAA and the expertise required to review medical database records.  As a result of deposition and court testimony, the court ordered defendant to provide direct access to medical records systems for our expert review, as well as sanctions ordering defendant to pay a significant portion of the cost of the onsite review.  Onsite at defendant's IT offices I reviewed McKesson databases for missing or unproduced audit trail data, which resulted in an expert report and additional deposition testimony on the state of the McKesson records and audit trail data.  I was also able to identify and produce additional audit trail data that was previously undisclosed.

3. Assisted $200M government contractor with response to ransomware attack.  Developed and delivered expert report and reconstituted corporate IT infrastructure post-incident.  Successfully recovered critical data and had systems up and running at pre-incident levels in under 72 hours.

4. Testified for defendant in an expert role relating to McKesson Medical Records database systems and alleged data spoliation.  Analyzed metadata and database processes to understand current state of medical records metadata.  Testified in deposition and provided expert opinions related to the metadata.  Ultimately spoliation charges were dropped and client was found innocent of data destruction.

5. Authored report and ran incident response to remote desktop breach and instance of ransomware at a government contractor.  Ran triage and immediate response, planned short term objectives and managed the team that analyzed the incident and authored the final report.

6. Co-authored report on cyber breach of public utility and provided technical knowledge and analysis that was key in determining no need to disclose.  Was able to show that breach identified did not disclose PII.  Report clearly explained that, though the risk was present, there was no evidence proving the vulnerability had been exploited to a level that would have disclosed PII, and there was evidence indicating PII had not been disclosed.

7. Managed structured data discovery and putative collective analysis for large financial firm facing class action litigation.  Assisted counsel with identification and production of putative collective information, analysis of PC members to determine dis-similar situated members, and consulted on method and format of production from large structured data systems.

8. Managed structured data discovery project for Fortune 10 Company. Discovery encompassed multiple structured data sources and 100s of millions of records, majority of which were in non-standard proprietary formats. Reviewed infrastructure of client and identified of relevant systems for preservation. Assisted counsel with technical aspects of meet and confers and with written response to opposing counsel and experts requests as they related to technology and structured data.

9. Authored report to the ITC on cyber breach and inadvertent exposure of CBI to the Internet. Managed incident response process and authored final reports for submission to specific ITC courts involved.  Was

# CHARLIE PLATT



instrumental in taking a serious and potentially sanctionable security breach and providing solid analysis and reporting on the actual scope of the breach, resulting in no adverse consequences.

10. Led multi-disciplinary, international teams in responding to court order for forensic investigation into counterfeiting allegations. Forensic team onsite in Shenzhen, China performed onsite acquisition, processing and in country review of dozens of laptops, email and file servers and personal devices. Domestically, the Washington, DC and New York City teams performed structured data analytics against SQL Server databases to determine sales volumes and post-lawsuit alteration of sales records. Washington DC team wrote expert report and assisted with subsequent written testimony. Ultimately led to successful spoliation charges and sanctions.

11. Managed project schedule, budget and team for multiple country eDiscovery project. Reviewed over 500 backup tapes to be included in response, restoring and processing over 150. Processed over 6TB of data and analyzed content and extracted archived email for 50 relevant custodians.

12. For large litigation project, developed quality control application to review SQL data for consistency and accuracy. Designed SQL database for analysis of over 1billion records encompassing 1TB.

13. Managed project schedule, budget and team surrounding rebuilding a corrupt email archive for a large financial institution. Designed and developed the application used to analyze email data from the optical platters and load into SQL Server. Restored over 700 platters and processed over 4TB of email. Analyzed content and rebuilt SQL Server database for archive.

14. For large litigation project, developed methodology and architecture for analyzing 750GBs of mainframe reports and developed application to parse for bulk load to SQL Server.

15. Designed and developed application to process files and email for eDiscovery at a large company. Functionality included deduplication of email and electronic files, full-text indexing, keyword searching and exporting of relevant files.

16. Developed utility to analyze and export email from Lotus Notes NSF files into SQL Server and HTML for review by attorneys. Multi-Threaded application monitored processing queue in SQL Server for NSF files to convert, then loaded and exported email into HTML files and metadata into SQL Tables.

17. Created a Collection and Digitization Reporting System (CDRS) for the Smithsonian Institution. CDRS interacts with multiple databases to capture and report on collections and digitization data. CDRS is user configurable, with the system managers able to add and change the data being requested from the units on a macro- and micro-level.

18. Member of development team for the CARES-Medical System for the National Zoo's veterinary hospital. The project was initially tasked with evaluating and recommending a course of action for systems modernization of National Zoo's Medical Records System. Our project team deemed the existing architecture too high risk to continue operating, so a replacement was designed and developed to provide similar functionality while residing on a modern architecture with enhanced availability, reliability and disaster recovery capabilities. The system was released on time and under-budget to the accolades of the National Zoo's veterinary staff and administration.

19. Integrated third-party online booking platform for large travel company. Integration included SSO and Cryptography API. Developed security protocol and algorithm for secure handshake and single sign-on between both products.

# CHARLIE PLATT



20. Created a Personnel Security Case Management System (PSCMS) for the Smithsonian Institution. The PSCMS receives electronic delivery of background investigation results from OPM, as well as providing a case management framework for OPS to manage, work and review cases. The final system had a significant impact on the processing of background investigations.

**TESTIFYING EXPERIENCE**

1. **Rebuttal to Structured Data Analysis of Driver Logs**, expert report, Dueker v. CRST Expedited, Inc, US District Court, Central District of California, Case No. 2:180cv008751-FMO-FEM, September 2019.

2. **Digital Forensics Analysis of USB Device Use**, deposition testimony, Digital Assurance Certification, LLC v. Alex Pendolino, Jr., US District Court, Middle District of Florida, Case No. 6:17-cv-72-Orl-31TBS, December 2018.

3. **Rebuttal to Forensic Investigation Protocols and Methods**, declaration, Digital Assurance Certification, LLC v. Alex Pendolino, Jr., US District Court, Middle District of Florida, Case No. 6:17-cv-72-Orl-31TBS, November 2018.

4. **Analysis of Expert Report and Expert's Methodology**, declaration, DHI Group, Dice, Rigzone.com v. David Kent, Oilpro.com, US District Court, Southern District of Texas, Case No. 4:16-cv-01670, November 2018.

5. **Digital Forensics Analysis on USB Device Use**, expert report, Digital Assurance Certification, LLC v. Alex Pendolino, Jr., US District Court, Middle District of Florida, Case No. 6:17-cv-72-Orl-31TBS, November 2018.

6. **Incident Response Investigation / FBI Investigation**, Expert Report, Confidential Client, April 2018.

7. **Structured Data Analysis / Medical Records**, deposition testimony, Culpepper v. Wellstar Kennestone, State Court of Dekalb County, GA, Case No. 15A54645E7, January 2018.

8. **Forensic Analysis of Laptop**, affidavit, Gondolier Properties, LLC et. al. v. Joellen Tilseth, Don Tilseth, et. al., State Court of Lee County, FL, Case No. 16-CA-1206.

9. **PeopleSoft Database Forensics**, declaration, Private Internal Investigation, November 2017.

10. **Structured Data Analysis / Medical Records**, Expert Report, Culpepper v. Wellstar Kennestone, State Court of Dekalb County, GA, Case No. 15A54645E7, September 2017.

11. **Electronic Discovery and Forensics**, declaration, Digital Assurance Certification, LLC v. Alex Pendolino, Jr., US District Court, Middle District of Florida, Case No. 6:17-cv-72-Orl-31TBS, September 2017.

12. **Structured Data Analysis / Medical Records**, court hearing testimony, Culpepper v. Wellstar Kennestone, State Court of Dekalb County, GA, Case No. 15A54645E7, August 2017.

Ex. F, p. 532

## CHARLIE PLATT



13. **Structured Data Analysis / Medical Records**, deposition testimony, Culpepper v. Wellstar Kennestone, State Court of Dekalb County, GA, Case No. 15A54645E7, May 2017.

14. **Source Code Versioning System Forensics**, declaration, Sotera Wireless, Inc. Debtor, US Bankruptcy Court, Southern District of California, Case No. 16-05968-LT11, January 2017.

15. **USB Device Forensic Analysis**, declaration, Digital Assurance Certification, LLC v. Alex Pendolino, Jr., US District Court, Middle District of Florida, Case No. 6:17-cv-72-Orl-31TBS, January 2017.

16. **Structured Data Analysis / Medical Records**, deposition testimony, Ruchotzke v. Methodist Medical Center, Circuit Court, Tenth Judicial Circuit, Peoria County, IL, Case No. 13-L-78, September 2016.

17. **Cybersecurity Breach Response / Ransomware**, expert report, Government Contractor, Ransomware and Remote Desktop Breach, April 2016.

18. **Results of Cybersecurity / PII Exposure**, expert report, Public Utility, July 2015.

19. **Collection and Processing of Email from Webmail Systems**, declaration, Maddy et al v. General Electric Company, US District Court, District of New Jersey, Case No. 14-cv-00490-JEI-KMW, August 2015.

20. **Cost of Collecting and Processing of Email**, declaration, Maddy et al v. General Electric Company, US District Court, District of New Jersey, Case No. 14-cv-00490-JEI-KMW, November 2015.

21. **Preservation of Structured Data**, declaration, Maddy et al v. General Electric Company, US District Court, District of New Jersey, Case No. 14-cv-00490-JEI-KMW, December 2015.

22. **Preservation of Structured Data**, deposition testimony, Maddy et al v. General Electric Company, US District Court, District of New Jersey, Case No. 14-cv-00490-JEI-KMW, December 2015.

23. **Cybersecurity Breach Response / CBI Exposure**, expert reports, Multiple Related Cases, United States International Trade Commission, September 2014.

**EDUCATION**

1. Certificate in Information Risk Management, Harvard University, 2019
2. MS in Management of Secure Information Systems, George Mason University, 2013
3. George Washington University
   - Introduction to Criminal Investigations, 2006
   - Introduction to Criminal Procedure, 2005
   - C/CC++ and Unix Systems Development, 2002
4. BS in Computer Information Systems, Roanoke College, 1992

## CHARLIE PLATT



**CERTIFICATIONS/TRAINING**

1. Certified Information Systems Security Professional (CISSP)
2. Certified Information Systems Management Professional (ISSMP)
3. Certified Cloud Security Professional (CCSP)
4. Certified Ethical Hacker (CEH)
5. EnCase Certified Examiner (EnCE)
6. Microsoft Certified DBA (MCDBA)
7. A+ Certified
8. Network+ Certified
9. Microsoft Certified Professional (MCP)
10. Principal Certified Lotus Professional (PCLP)

**PUBLICATIONS**

1. C. Platt, _Java Mail Metadata Analysis_, Digital Forensics Magazine (November, 2017)
2. C. Platt, _Danger Lurking in the IT Shadows_, "The Forensicators" blog for iDiscovery Solutions (June, 2017)
3. C. Platt, D. Regard, _Turning Liabilities Into Assets_, Metropolitan Corporate Counsel (May, 2017)
4. C. Platt, _How to Protect Your Company from Ransomware Attacks_, "The Ethical Hacker: Data, Disputes, Discovery, and More…" website contribution for Metropolitan Corporate Counsel (May, 2017)
5. C. Platt, _Great Employee or Insider Threat_, "The Ethical Hacker: Data, Disputes, Discovery, and More…" column for Metropolitan Corporate Counsel (May, 2017)
6. C. Platt, _Technically Speaking, Cybersecurity Isn't About Speaking Technically_, "The Ethical Hacker: Data, Disputes, Discovery, and More…" column for Metropolitan Corporate Counsel (April, 2017)
7. C. Platt, _Leveraging IoT Data Isn't a Budget Killer_, "The Ethical Hacker: Data, Disputes, Discovery, and More…" column for Metropolitan Corporate Counsel (March, 2017)
8. C. Platt, _I Got 99 Problems, But No Data Ain't One_, "The Ethical Hacker: Data, Disputes, Discovery, and More…" column for Metropolitan Corporate Counsel (February, 2017)
9. C. Platt, _IoT Data: Objective, Consistent and Pervasive – Using Metadata to Build Compelling Narratives for Litigation_, Metropolitan Corporate Counsel (December, 2016)
10. C. Platt, B. Leatha, _Ten Key Legal Considerations for Cloud Solutions_, Metropolitan Corporate Counsel (November, 2016)
11. C. Platt, A. D'Ambra, S. Sessler, _Data Analytics: How Parties Are Using Tools Beyond TAR_, Law360 (November, 2016)
12. C. Platt, _Metadata Analysis in Email_, Digital Forensics Magazine (May, 2016)
13. C. Platt, D. Myers, _Big Data Yields Big Results_, Metropolitan Corporate Counsel (May, 2016)
14. C. Platt, _Data Breach & Incident Response_, Metropolitan Corporate Counsel (February, 2016)
15. D. Regard, C. Platt, _A Brief Legal History of Time: Part Two of Two_, Digital Discovery and E-Evidence (BNA, February, 2016).
16. D. Regard, C. Platt, _A Brief Legal History of Time: Part One of Two_, Digital Discovery and E-Evidence (BNA, January, 2016).
17. C. Platt, _The Most Crucial Time During a Data Breach_, BNA Bloomberg (January, 2016)

Ex. F, p. 534

# CHARLIE PLATT



18. C. Platt, B. Kim, _Structured What? Leveraging structured data to build a better story_, Metropolitan Corporate Counsel (November, 2015).

### SELECT SPEAKING ENGAGEMENTS

1. Metropolitan Corporate Counsel Webinar, "_IoT & Disparate Data for Labor & Employment Cases_", May 2017.
2. The Executive Employer, "_The Power of Your Electronic Data_", panelist, Phoenix, AZ, May 2017.
3. Temple Law School, "A Lawyer's Introduction to Computers", January 2017.
4. Today's General Counsel Institute, Data Privacy and Cybersecurity Forum, "Outsourcing Big Data to the Cloud", November 2016.
5. Organization of Legal Professionals, Webinar, "IoT: Content is the New Context", November 2016.
6. The Masters Conference, Panel Moderator, "The Internet of Things Creates a Thousand Points of (Evidentiary) Light: Can you see it?", Washington D.C., October 2016.
7. Littler Mendelson, "eDiscovery, Forensics and the Rise of Google Docs", October 2016.
8. University of Pennsylvania Law School, "A Lawyer's Introduction to Computers", September 2016
9. The Masters Conference, Panel Moderator, "The Internet of Things Creates a Thousand Points of (Evidentiary) Light: Can you see it?", New York City, July 2016.
10. Metropolitan Corporate Counsel Webinar, "The Internet of Things: How IoT Data and Relational Analytics Can Make or Break Your Case", June 2016.
11. The Masters Conference, "The Internet of Things Creates a Thousand Points of (Evidentiary) Light:  Can you see it?", Chicago, May 2016.
12. Pennsylvania Bar Association, "Practicing Law in the Cloud", January 2016 – multiple dates and locations.
13. American University Law School, "A Lawyer's Introduction to Computers", January 2016.
14. The Knowledge Group Webinar, "Structured Data Discovery", December 2015.
15. Today's General Counsel Institute, Data Privacy and Cyber Security Forum, "Breach Response:  What Do I Do Now?", November 2015.
16. Temple Law School, "A Lawyer's Introduction to Computers", January 2015.
17. American University Law School, "A Lawyer's Introduction to Computers", January 2015.
18. Browne Academy, "Securing the Academy, IT Security Plan for Browne Academy", June 2013.
19. Georgetown Law School, "Introduction to Computer Forensics", April 2006.
20. Merrill Lynch CLE, "Digital Discovery and Forensics", May 2006.

### ORGANIZATIONS

1. Chair of the Cyber Security committee for Board of Trustees, Browne Academy
2. Phi Kappa Phi Honor Society

# EXHIBIT B

Additional Data Source Materials Relied Upon

Dueker v. CRST

Supplemental Report of Charles Platt

Case No. 2:180cv008751-FMO-FEM

October 12, 2019

| Line No. | Filename | MD5 Hash | Size (bytes) |
|---|---|---|---|
| 001 | ..\Dueker_v_CRST_backup_msSql.zip | 98706C7436488003A0092B2E55DACB5E | 366,241,465 |
| 002 | ..\dueker2.bak | C9260A2A79A1C700499F791674CE80B6 | 1,937,857,024 |
| 003 | ..\version info.txt | 2E129692B645BC043BBF7C92A29D07F0 | 204 |

Exhibit B

Page 1

Additional Materials Relied Upon

# EXHIBIT C

SQL Queries

Dueker v. CRST                                                    Supplemental Report of Charles Platt

Case No. 2:180cv008751-FMO-FEM                                                  October 12, 2019

```sql
/*****************************************************************
 *****************************************************************

               CRSTX-02825 - Woolfson Database Analysis

                 Sleeper Tractor Speed Analysis

 *****************************************************************
 ****************************************************************/


/*****************************************************************
** Overall stats for the sleeper table where speed exceeds 100mph
**
** records drivers TotalMinutes
** ------- ------- -----------
** 61      51      6412.00
 ****************************************************************/

select   count(*) records
        ,count(distinct driverid) drivers
        ,sum(sleeperMinutes) TotalMinutes

from (
        select   distinct
                 driverid
                ,start1 StartingDate
                ,coalesce(finish40,  finish39,  finish38,  finish37,  finish36,  finish35,  finish34,
                          finish33,  finish32,  finish31,  finish30,  finish29,  finish28,  finish27,
                          finish26,  finish25,  finish24,  finish23,  finish22,  finish21,  finish20,
                          finish19,  finish18,  finish17,  finish16,  finish15,  finish14,  finish13,
                          finish12,  finish11,  finish10,  finish9,   finish8,   finish7,   finish6,
                          finish5,   finish4,   finish3,   finish2,   finish1,   start1) FinishDate
                ,sleeperMinutes
                ,IsNull([CaliforniaMiles1],0) +  IsNull([CaliforniaMiles2],0) + IsNull([CaliforniaMiles3],0)
                    + IsNull([CaliforniaMiles4],0) +  IsNull([CaliforniaMiles5],0) +
                      IsNull([CaliforniaMiles6],0) +  IsNull([CaliforniaMiles7],0) +
                      IsNull([CaliforniaMiles8],0) +  IsNull([CaliforniaMiles9],0) +
                      IsNull([CaliforniaMiles10],0) +  IsNull([CaliforniaMiles11],0) +
                      IsNull([CaliforniaMiles12],0) +  IsNull([CaliforniaMiles13],0) +
                      IsNull([CaliforniaMiles14],0) +  IsNull([CaliforniaMiles15],0) +
                      IsNull([CaliforniaMiles16],0) +  IsNull([CaliforniaMiles17],0) +
                      IsNull([CaliforniaMiles18],0) +  IsNull([CaliforniaMiles19],0) +
                      IsNull([CaliforniaMiles20],0) +  IsNull([CaliforniaMiles21],0) +
                      IsNull([CaliforniaMiles22],0) +  IsNull([CaliforniaMiles23],0) +
                      IsNull([CaliforniaMiles24],0) +  IsNull([CaliforniaMiles25],0) +
                      IsNull([CaliforniaMiles26],0) +  IsNull([CaliforniaMiles27],0) +
                      IsNull([CaliforniaMiles28],0) +  IsNull([CaliforniaMiles29],0) +
                      IsNull([CaliforniaMiles30],0) +  IsNull([CaliforniaMiles31],0) +
                      IsNull([CaliforniaMiles32],0) +  IsNull([CaliforniaMiles33],0) +
                      IsNull([CaliforniaMiles34],0) +  IsNull([CaliforniaMiles35],0) +
                      IsNull([CaliforniaMiles36],0) +  IsNull([CaliforniaMiles37],0) +
                      IsNull([CaliforniaMiles38],0) +  IsNull([CaliforniaMiles39],0) +
                      IsNull([CaliforniaMiles40],0) caMiles

        from     sleeper
        where    sleeperMinutes > 0
        ) as details
where cast((caMiles / (sleeperMinutes/60)) as numeric(18,2)) > 100

/*****************************************************************
** Top 25 records for the sleeper table where speed exceeds 100mph
**
** category                  DriverCount       sleepMinutes   records
** driverid  StartingDate  T imeHrs DistanceMiles          mph
** -------   -------------   -------  --------------   ----------
** T714D     2015-02-26 12:05   0.2333   408.00            1748.82
** 940ED     2015-02-13 23:10   0.8333   447.50            537.02
** N933D     2017-08-24 18:50   0.3666   177.90            485.27
** BE44D     2017-03-09 02:41   2.9166   969.00            332.24
** 093ED     2015-04-18 22:45   1.25     410.70            328.56
** 423CD     2015-02-27 00:00   0.40     131.00            327.50
```

Exhibit C                              Page 1                           SQL Queries

Dueker v. CRST                                                    Supplemental Report of Charles Platt

Case No. 2:180cv008751-FMO-FEM                                                    October 12, 2019

```
   ** AA11D      2016-08-12 23:26    0.5666  144.00          254.15
   ** FL05D      2018-05-15 08:03    2.15    536.00          249.30
   ** FH14D      2018-05-22 22:48    1.20    274.60          228.83
   ** F126D      2014-05-17 23:04    0.6166  129.00          209.21
   ** N933D      2015-04-26 16:33    0.9833  192.00          195.26
   ** 093ED      2015-01-19 21:00    3.00    577.00          192.33
   ** CL55D      2018-01-14 05:52    2.8166  531.00          188.53
   ** 673RD      2016-02-27 20:14    1.2666  237.30          187.35
   ** 384ID      2015-02-12 18:33    2.00    371.10          185.55
   ** 310HD      2015-04-17 21:45    2.25    412.90          183.51
   ** 997BD      2014-04-27 13:15    0.6666  122.00          183.02
   ** 938ED      2015-05-17 20:34    1.8833  343.60          182.45
   ** AK25D      2017-02-19 22:06    1.2666  226.00          178.43
   ** 396MD      2015-11-15 19:16    1.5166  267.00          176.05
   ** HE49D      2018-12-18 20:50    6.3166  1102.00         174.46
   ** FY79D      2018-06-18 08:59    1.05    180.80          172.19
   ** 834DD      2014-02-19 19:22    1.45    242.00          166.90
   ** 791HD      2015-05-11 00:00    1.0166  166.30          163.58
   ** HZ46D      2019-05-29 22:52    1.8166  279.80          154.02
   **************************************************************/

select    top 25
           driverid
          ,StartingDate
          ,SleeperMinutes/60 TimeHrs
          ,caMiles DistanceMiles
          ,cast((caMiles / (sleeperMinutes/60)) as numeric(18,2)) mph

from (
       select    distinct
                 driverid
                ,start1 StartingDate
                ,coalesce(finish40,   finish39,   finish38,   finish37,   finish36,   finish35,   finish34,
                          finish33,   finish32,   finish31,   finish30,   finish29,   finish28,   finish27,
                          finish26,   finish25,   finish24,   finish23,   finish22,   finish21,   finish20,
                          finish19,   finish18,   finish17,   finish16,   finish15,   finish14,   finish13,
                          finish12,   finish11,   finish10,   finish9,    finish8,    finish7,    finish6,
                          finish5,    finish4,    finish3,    finish2,    finish1,    start1) FinishDate
                ,sleeperMinutes
                ,IsNull([CaliforniaMiles1],0) +  IsNull([CaliforniaMiles2],0) +  IsNull([CaliforniaMiles3],0)
                    +  IsNull([CaliforniaMiles4],0) +  IsNull([CaliforniaMiles5],0) +
                       IsNull([CaliforniaMiles6],0) +  IsNull([CaliforniaMiles7],0) +
                       IsNull([CaliforniaMiles8],0) +  IsNull([CaliforniaMiles9],0) +
                       IsNull([CaliforniaMiles10],0) +  IsNull([CaliforniaMiles11],0) +
                       IsNull([CaliforniaMiles12],0) +  IsNull([CaliforniaMiles13],0) +
                       IsNull([CaliforniaMiles14],0) +  IsNull([CaliforniaMiles15],0) +
                       IsNull([CaliforniaMiles16],0) +  IsNull([CaliforniaMiles17],0) +
                       IsNull([CaliforniaMiles18],0) +  IsNull([CaliforniaMiles19],0) +
                       IsNull([CaliforniaMiles20],0) +  IsNull([CaliforniaMiles21],0) +
                       IsNull([CaliforniaMiles22],0) +  IsNull([CaliforniaMiles23],0) +
                       IsNull([CaliforniaMiles24],0) +  IsNull([CaliforniaMiles25],0) +
                       IsNull([CaliforniaMiles26],0) +  IsNull([CaliforniaMiles27],0) +
                       IsNull([CaliforniaMiles28],0) +  IsNull([CaliforniaMiles29],0) +
                       IsNull([CaliforniaMiles30],0) +  IsNull([CaliforniaMiles31],0) +
                       IsNull([CaliforniaMiles32],0) +  IsNull([CaliforniaMiles33],0) +
                       IsNull([CaliforniaMiles34],0) +  IsNull([CaliforniaMiles35],0) +
                       IsNull([CaliforniaMiles36],0) +  IsNull([CaliforniaMiles37],0) +
                       IsNull([CaliforniaMiles38],0) +  IsNull([CaliforniaMiles39],0) +
                       IsNull([CaliforniaMiles40],0) caMiles


       from    sleeper
       where   sleeperMinutes > 0
       ) as details

order by mph desc


/**********************************************************
** Tractor speed exceeds 100mph into blocks based on speed
**
** category       records      drivers      TotalMinutes
** ------------   -----------  -----------  --------------------
```

Dueker v. CRST                                                                    Supplemental Report of Charles Platt

Case No. 2:180cv008751-FMO-FEM                                                              October 12, 2019

```
** Exceeds 100mph 61        51         6412.00
** Exceeds 125   41        36         4071.00
** Exceeds 150   26        24         2540.00
** Exceeds 175   20        18         1691.00
** Exceeds 200   10        10         632.00
** Exceeds 225    9         9         595.00
** Exceeds 250    7         7         394.00
** Exceeds 275    6         6         360.00
** Exceeds 300    6         6         360.00
** **************************************************************/

select    'Exceeds 100mph' category
        ,count(*) records
        ,count(distinct driverid) drivers
        ,sum(sleeperMinutes) TotalMinutes

from (
        select    distinct
                driverid
                ,start1 StartingDate
                ,coalesce(finish40,    finish39,   finish38,   finish37,   finish36,   finish35,   finish34,
                        finish33,   finish32,   finish31,   finish30,   finish29,   finish28,   finish27,
                        finish26,   finish25,   finish24,   finish23,   finish22,   finish21,   finish20,
                        finish19,   finish18,   finish17,   finish16,   finish15,   finish14,   finish13,
                        finish12,   finish11,   finish10,   finish9,    finish8,    finish7,    finish6,
                        finish5,    finish4,    finish3,    finish2,    finish1, start1) FinishDate
                ,sleeperMinutes
                ,IsNull([CaliforniaMiles1],0) + IsNull([CaliforniaMiles2],0) + IsNull([CaliforniaMiles3],0)
                    + IsNull([CaliforniaMiles4],0) + IsNull([CaliforniaMiles5],0) +
                    IsNull([CaliforniaMiles6],0) + IsNull([CaliforniaMiles7],0) +
                    IsNull([CaliforniaMiles8],0) + IsNull([CaliforniaMiles9],0) +
                    IsNull([CaliforniaMiles10],0) + IsNull([CaliforniaMiles11],0) +
                    IsNull([CaliforniaMiles12],0) + IsNull([CaliforniaMiles13],0) +
                    IsNull([CaliforniaMiles14],0) + IsNull([CaliforniaMiles15],0) +
                    IsNull([CaliforniaMiles16],0) + IsNull([CaliforniaMiles17],0) +
                    IsNull([CaliforniaMiles18],0) + IsNull([CaliforniaMiles19],0) +
                    IsNull([CaliforniaMiles20],0) + IsNull([CaliforniaMiles21],0) +
                    IsNull([CaliforniaMiles22],0) + IsNull([CaliforniaMiles23],0) +
                    IsNull([CaliforniaMiles24],0) + IsNull([CaliforniaMiles25],0) +
                    IsNull([CaliforniaMiles26],0) + IsNull([CaliforniaMiles27],0) +
                    IsNull([CaliforniaMiles28],0) + IsNull([CaliforniaMiles29],0) +
                    IsNull([CaliforniaMiles30],0) + IsNull([CaliforniaMiles31],0) +
                    IsNull([CaliforniaMiles32],0) + IsNull([CaliforniaMiles33],0) +
                    IsNull([CaliforniaMiles34],0) + IsNull([CaliforniaMiles35],0) +
                    IsNull([CaliforniaMiles36],0) + IsNull([CaliforniaMiles37],0) +
                    IsNull([CaliforniaMiles38],0) + IsNull([CaliforniaMiles39],0) +
                    IsNull([CaliforniaMiles40],0) caMiles


        from    sleeper
        where   sleeperMinutes > 0
        ) as details
where cast((caMiles / (sleeperMinutes/60)) as numeric(18,2)) > 100

union

select    'Exceeds 125' category
        ,count(*) records
        ,count(distinct driverid) drivers
        ,sum(sleeperMinutes) TotalMinutes

from (
        select    distinct
                driverid
                ,start1 StartingDate
                ,coalesce(finish40,    finish39,   finish38,   finish37,   finish36,   finish35,   finish34,
                        finish33,   finish32,   finish31,   finish30,   finish29,   finish28,   finish27,
                        finish26,   finish25,   finish24,   finish23,   finish22,   finish21,   finish20,
                        finish19,   finish18,   finish17,   finish16,   finish15,   finish14,   finish13,
                        finish12,   finish11,   finish10,   finish9,    finish8,    finish7,    finish6,
                        finish5,    finish4,    finish3,    finish2,    finish1, start1) FinishDate
                ,sleeperMinutes
```

Exhibit C                                    Page 3                                    SQL Queries

Ex. F, p. 541

Dueker v. CRST                                                    Supplemental Report of Charles Platt

Case No. 2:18‑cv‑008751‑FMO‑FEM                                              October 12, 2019

```
                ,IsNull([CaliforniaMiles1],0) +    IsNull([CaliforniaMiles2],0) +    IsNull([CaliforniaMiles3],0)
                    +  IsNull([CaliforniaMiles4],0) +    IsNull([CaliforniaMiles5],0) +
                       IsNull([CaliforniaMiles6],0) +    IsNull([CaliforniaMiles7],0) +
                       IsNull([CaliforniaMiles8],0) +    IsNull([CaliforniaMiles9],0) +
                       IsNull([CaliforniaMiles10],0) +   IsNull([CaliforniaMiles11],0) +
                       IsNull([CaliforniaMiles12],0) +   IsNull([CaliforniaMiles13],0) +
                       IsNull([CaliforniaMiles14],0) +   IsNull([CaliforniaMiles15],0) +
                       IsNull([CaliforniaMiles16],0) +   IsNull([CaliforniaMiles17],0) +
                       IsNull([CaliforniaMiles18],0) +   IsNull([CaliforniaMiles19],0) +
                       IsNull([CaliforniaMiles20],0) +   IsNull([CaliforniaMiles21],0) +
                       IsNull([CaliforniaMiles22],0) +   IsNull([CaliforniaMiles23],0) +
                       IsNull([CaliforniaMiles24],0) +   IsNull([CaliforniaMiles25],0) +
                       IsNull([CaliforniaMiles26],0) +   IsNull([CaliforniaMiles27],0) +
                       IsNull([CaliforniaMiles28],0) +   IsNull([CaliforniaMiles29],0) +
                       IsNull([CaliforniaMiles30],0) +   IsNull([CaliforniaMiles31],0) +
                       IsNull([CaliforniaMiles32],0) +   IsNull([CaliforniaMiles33],0) +
                       IsNull([CaliforniaMiles34],0) +   IsNull([CaliforniaMiles35],0) +
                       IsNull([CaliforniaMiles36],0) +   IsNull([CaliforniaMiles37],0) +
                       IsNull([CaliforniaMiles38],0) +   IsNull([CaliforniaMiles39],0) +
                       IsNull([CaliforniaMiles40],0) caMiles


        from    sleeper
        where   sleeperMinutes > 0
        ) as details
where cast((caMiles / (sleeperMinutes/60)) as numeric(18,2)) > 125

union

select    'Exceeds 150' category
        ,count(*) records
        ,count(distinct driverid) drivers
        ,sum(sleeperMinutes) TotalMinutes

from (
        select    distinct
                driverid
                ,start1 StartingDate
                ,coalesce(finish40,   finish39,   finish38,   finish37,   finish36,   finish35,   finish34,
                       finish33,   finish32,   finish31,   finish30,   finish29,   finish28,   finish27,
                       finish26,   finish25,   finish24,   finish23,   finish22,   finish21,   finish20,
                       finish19,   finish18,   finish17,   finish16,   finish15,   finish14,   finish13,
                       finish12,   finish11,   finish10,   finish9,    finish8,    finish7,    finish6,
                       finish5,    finish4,    finish3,    finish2,    finish1, start1) FinishDate
                ,sleeperMinutes
                ,IsNull([CaliforniaMiles1],0) +    IsNull([CaliforniaMiles2],0) +    IsNull([CaliforniaMiles3],0)
                    +  IsNull([CaliforniaMiles4],0) +    IsNull([CaliforniaMiles5],0) +
                       IsNull([CaliforniaMiles6],0) +    IsNull([CaliforniaMiles7],0) +
                       IsNull([CaliforniaMiles8],0) +    IsNull([CaliforniaMiles9],0) +
                       IsNull([CaliforniaMiles10],0) +   IsNull([CaliforniaMiles11],0) +
                       IsNull([CaliforniaMiles12],0) +   IsNull([CaliforniaMiles13],0) +
                       IsNull([CaliforniaMiles14],0) +   IsNull([CaliforniaMiles15],0) +
                       IsNull([CaliforniaMiles16],0) +   IsNull([CaliforniaMiles17],0) +
                       IsNull([CaliforniaMiles18],0) +   IsNull([CaliforniaMiles19],0) +
                       IsNull([CaliforniaMiles20],0) +   IsNull([CaliforniaMiles21],0) +
                       IsNull([CaliforniaMiles22],0) +   IsNull([CaliforniaMiles23],0) +
                       IsNull([CaliforniaMiles24],0) +   IsNull([CaliforniaMiles25],0) +
                       IsNull([CaliforniaMiles26],0) +   IsNull([CaliforniaMiles27],0) +
                       IsNull([CaliforniaMiles28],0) +   IsNull([CaliforniaMiles29],0) +
                       IsNull([CaliforniaMiles30],0) +   IsNull([CaliforniaMiles31],0) +
                       IsNull([CaliforniaMiles32],0) +   IsNull([CaliforniaMiles33],0) +
                       IsNull([CaliforniaMiles34],0) +   IsNull([CaliforniaMiles35],0) +
                       IsNull([CaliforniaMiles36],0) +   IsNull([CaliforniaMiles37],0) +
                       IsNull([CaliforniaMiles38],0) +   IsNull([CaliforniaMiles39],0) +
                       IsNull([CaliforniaMiles40],0) caMiles


        from    sleeper
        where   sleeperMinutes > 0
        ) as details
where cast((caMiles / (sleeperMinutes/60)) as numeric(18,2)) > 150

union
```

Exhibit C                                      Page 4                                  SQL Queries

Ex. F, p. 542

Dueker v. CRST                                                        Supplemental Report of Charles Platt
Case No. 2:180cv008751-FMO-FEM                                                          October 12, 2019

```sql
select    'Exceeds 175' category
        ,count(*) records
        ,count(distinct driverid) drivers
        ,sum(sleeperMinutes) TotalMinutes

from (
        select    distinct
                driverid
                ,start1 StartingDate
                ,coalesce(finish40,    finish39,    finish38,    finish37,    finish36,    finish35,    finish34,
                          finish33,    finish32,    finish31,    finish30,    finish29,    finish28,    finish27,
                          finish26,    finish25,    finish24,    finish23,    finish22,    finish21,    finish20,
                          finish19,    finish18,    finish17,    finish16,    finish15,    finish14,    finish13,
                          finish12,    finish11,    finish10,    finish9,     finish8,     finish7,     finish6,
                          finish5,     finish4,     finish3,     finish2,     finish1, start1) FinishDate
                ,sleeperMinutes
                ,IsNull([CaliforniaMiles1],0) +  IsNull([CaliforniaMiles2],0) +  IsNull([CaliforniaMiles3],0)
                    +  IsNull([CaliforniaMiles4],0) +  IsNull([CaliforniaMiles5],0) +
                       IsNull([CaliforniaMiles6],0) +  IsNull([CaliforniaMiles7],0) +
                       IsNull([CaliforniaMiles8],0) +  IsNull([CaliforniaMiles9],0) +
                       IsNull([CaliforniaMiles10],0) +  IsNull([CaliforniaMiles11],0) +
                       IsNull([CaliforniaMiles12],0) +  IsNull([CaliforniaMiles13],0) +
                       IsNull([CaliforniaMiles14],0) +  IsNull([CaliforniaMiles15],0) +
                       IsNull([CaliforniaMiles16],0) +  IsNull([CaliforniaMiles17],0) +
                       IsNull([CaliforniaMiles18],0) +  IsNull([CaliforniaMiles19],0) +
                       IsNull([CaliforniaMiles20],0) +  IsNull([CaliforniaMiles21],0) +
                       IsNull([CaliforniaMiles22],0) +  IsNull([CaliforniaMiles23],0) +
                       IsNull([CaliforniaMiles24],0) +  IsNull([CaliforniaMiles25],0) +
                       IsNull([CaliforniaMiles26],0) +  IsNull([CaliforniaMiles27],0) +
                       IsNull([CaliforniaMiles28],0) +  IsNull([CaliforniaMiles29],0) +
                       IsNull([CaliforniaMiles30],0) +  IsNull([CaliforniaMiles31],0) +
                       IsNull([CaliforniaMiles32],0) +  IsNull([CaliforniaMiles33],0) +
                       IsNull([CaliforniaMiles34],0) +  IsNull([CaliforniaMiles35],0) +
                       IsNull([CaliforniaMiles36],0) +  IsNull([CaliforniaMiles37],0) +
                       IsNull([CaliforniaMiles38],0) +  IsNull([CaliforniaMiles39],0) +
                       IsNull([CaliforniaMiles40],0) caMiles


        from    sleeper
        where   sleeperMinutes > 0
        ) as details
where cast((caMiles / (sleeperMinutes/60)) as numeric(18,2)) > 175

union

select    'Exceeds 200' category
        ,count(*) records
        ,count(distinct driverid) drivers
        ,sum(sleeperMinutes) TotalMinutes

from (
        select    distinct
                driverid
                ,start1 StartingDate
                ,coalesce(finish40,    finish39,    finish38,    finish37,    finish36,    finish35,    finish34,
                          finish33,    finish32,    finish31,    finish30,    finish29,    finish28,    finish27,
                          finish26,    finish25,    finish24,    finish23,    finish22,    finish21,    finish20,
                          finish19,    finish18,    finish17,    finish16,    finish15,    finish14,    finish13,
                          finish12,    finish11,    finish10,    finish9,     finish8,     finish7,     finish6,
                          finish5,     finish4,     finish3,     finish2,     finish1, start1) FinishDate
                ,sleeperMinutes
                ,IsNull([CaliforniaMiles1],0) +  IsNull([CaliforniaMiles2],0) +  IsNull([CaliforniaMiles3],0)
                    +  IsNull([CaliforniaMiles4],0) +  IsNull([CaliforniaMiles5],0) +
                       IsNull([CaliforniaMiles6],0) +  IsNull([CaliforniaMiles7],0) +
                       IsNull([CaliforniaMiles8],0) +  IsNull([CaliforniaMiles9],0) +
                       IsNull([CaliforniaMiles10],0) +  IsNull([CaliforniaMiles11],0) +
                       IsNull([CaliforniaMiles12],0) +  IsNull([CaliforniaMiles13],0) +
                       IsNull([CaliforniaMiles14],0) +  IsNull([CaliforniaMiles15],0) +
                       IsNull([CaliforniaMiles16],0) +  IsNull([CaliforniaMiles17],0) +
                       IsNull([CaliforniaMiles18],0) +  IsNull([CaliforniaMiles19],0) +
                       IsNull([CaliforniaMiles20],0) +  IsNull([CaliforniaMiles21],0) +
                       IsNull([CaliforniaMiles22],0) +  IsNull([CaliforniaMiles23],0) +
```

Exhibit C                                  Page 5                                  SQL Queries

Ex. F, p. 543

Dueker v. CRST                                                                    Supplemental Report of Charles Platt
Case No. 2:180cv008751-FMO-FEM                                                                    October 12, 2019

```sql
                    IsNull([CaliforniaMiles24],0) +    IsNull([CaliforniaMiles25],0) +
                    IsNull([CaliforniaMiles26],0) +    IsNull([CaliforniaMiles27],0) +
                    IsNull([CaliforniaMiles28],0) +    IsNull([CaliforniaMiles29],0) +
                    IsNull([CaliforniaMiles30],0) +    IsNull([CaliforniaMiles31],0) +
                    IsNull([CaliforniaMiles32],0) +    IsNull([CaliforniaMiles33],0) +
                    IsNull([CaliforniaMiles34],0) +    IsNull([CaliforniaMiles35],0) +
                    IsNull([CaliforniaMiles36],0) +    IsNull([CaliforniaMiles37],0) +
                    IsNull([CaliforniaMiles38],0) +    IsNull([CaliforniaMiles39],0) +
                    IsNull([CaliforniaMiles40],0) caMiles


        from    sleeper
        where   sleeperMinutes > 0
        ) as details
where cast((caMiles / (sleeperMinutes/60)) as numeric(18,2)) > 200

union

select   'Exceeds 225' category
        ,count(*) records
        ,count(distinct driverid) drivers
        ,sum(sleeperMinutes) TotalMinutes

from (
        select   distinct
                driverid
               ,start1 StartingDate
               ,coalesce(finish40,   finish39,  finish38,  finish37,  finish36,  finish35,  finish34,
                        finish33,  finish32,  finish31,  finish30,  finish29,  finish28,  finish27,
                        finish26,  finish25,  finish24,  finish23,  finish22,  finish21,  finish20,
                        finish19,  finish18,  finish17,  finish16,  finish15,  finish14,  finish13,
                        finish12,  finish11,  finish10,  finish9,   finish8,   finish7,   finish6,
                        finish5,   finish4,   finish3,   finish2,   finish1, start1) FinishDate
               ,sleeperMinutes
               ,IsNull([CaliforniaMiles1],0) +    IsNull([CaliforniaMiles2],0) +    IsNull([CaliforniaMiles3],0)
                    +   IsNull([CaliforniaMiles4],0) +    IsNull([CaliforniaMiles5],0) +
                    IsNull([CaliforniaMiles6],0) +    IsNull([CaliforniaMiles7],0) +
                    IsNull([CaliforniaMiles8],0) +    IsNull([CaliforniaMiles9],0) +
                    IsNull([CaliforniaMiles10],0) +   IsNull([CaliforniaMiles11],0) +
                    IsNull([CaliforniaMiles12],0) +   IsNull([CaliforniaMiles13],0) +
                    IsNull([CaliforniaMiles14],0) +   IsNull([CaliforniaMiles15],0) +
                    IsNull([CaliforniaMiles16],0) +   IsNull([CaliforniaMiles17],0) +
                    IsNull([CaliforniaMiles18],0) +   IsNull([CaliforniaMiles19],0) +
                    IsNull([CaliforniaMiles20],0) +   IsNull([CaliforniaMiles21],0) +
                    IsNull([CaliforniaMiles22],0) +   IsNull([CaliforniaMiles23],0) +
                    IsNull([CaliforniaMiles24],0) +   IsNull([CaliforniaMiles25],0) +
                    IsNull([CaliforniaMiles26],0) +   IsNull([CaliforniaMiles27],0) +
                    IsNull([CaliforniaMiles28],0) +   IsNull([CaliforniaMiles29],0) +
                    IsNull([CaliforniaMiles30],0) +   IsNull([CaliforniaMiles31],0) +
                    IsNull([CaliforniaMiles32],0) +   IsNull([CaliforniaMiles33],0) +
                    IsNull([CaliforniaMiles34],0) +   IsNull([CaliforniaMiles35],0) +
                    IsNull([CaliforniaMiles36],0) +   IsNull([CaliforniaMiles37],0) +
                    IsNull([CaliforniaMiles38],0) +   IsNull([CaliforniaMiles39],0) +
                    IsNull([CaliforniaMiles40],0) caMiles


        from    sleeper
        where   sleeperMinutes > 0
        ) as details
where cast((caMiles / (sleeperMinutes/60)) as numeric(18,2)) > 225

union

select   'Exceeds 250' category
        ,count(*) records
        ,count(distinct driverid) drivers
        ,sum(sleeperMinutes) TotalMinutes

from (
        select   distinct
                driverid
               ,start1 StartingDate
```

Exhibit C                                    Page 6                                    SQL Queries

Ex. F, p. 544

Dueker v. CRST                                          Supplemental Report of Charles Platt
Case No. 2:180cv008751-FMO-FEM                                        October 12, 2019

```
              ,coalesce(finish40,   finish39,   finish38,   finish37,   finish36,   finish35,   finish34,
                        finish33,   finish32,   finish31,   finish30,   finish29,   finish28,   finish27,
                        finish26,   finish25,   finish24,   finish23,   finish22,   finish21,   finish20,
                        finish19,   finish18,   finish17,   finish16,   finish15,   finish14,   finish13,
                        finish12,   finish11,   finish10,   finish9,    finish8,    finish7,    finish6,
                        finish5,    finish4,    finish3,    finish2,    finish1,    start1) FinishDate
              ,sleeperMinutes
              ,IsNull([CaliforniaMiles1],0) +  IsNull([CaliforniaMiles2],0) +  IsNull([CaliforniaMiles3],0)
                  +  IsNull([CaliforniaMiles4],0) +  IsNull([CaliforniaMiles5],0) +
                     IsNull([CaliforniaMiles6],0) +  IsNull([CaliforniaMiles7],0) +
                     IsNull([CaliforniaMiles8],0) +  IsNull([CaliforniaMiles9],0) +
                     IsNull([CaliforniaMiles10],0) +  IsNull([CaliforniaMiles11],0) +
                     IsNull([CaliforniaMiles12],0) +  IsNull([CaliforniaMiles13],0) +
                     IsNull([CaliforniaMiles14],0) +  IsNull([CaliforniaMiles15],0) +
                     IsNull([CaliforniaMiles16],0) +  IsNull([CaliforniaMiles17],0) +
                     IsNull([CaliforniaMiles18],0) +  IsNull([CaliforniaMiles19],0) +
                     IsNull([CaliforniaMiles20],0) +  IsNull([CaliforniaMiles21],0) +
                     IsNull([CaliforniaMiles22],0) +  IsNull([CaliforniaMiles23],0) +
                     IsNull([CaliforniaMiles24],0) +  IsNull([CaliforniaMiles25],0) +
                     IsNull([CaliforniaMiles26],0) +  IsNull([CaliforniaMiles27],0) +
                     IsNull([CaliforniaMiles28],0) +  IsNull([CaliforniaMiles29],0) +
                     IsNull([CaliforniaMiles30],0) +  IsNull([CaliforniaMiles31],0) +
                     IsNull([CaliforniaMiles32],0) +  IsNull([CaliforniaMiles33],0) +
                     IsNull([CaliforniaMiles34],0) +  IsNull([CaliforniaMiles35],0) +
                     IsNull([CaliforniaMiles36],0) +  IsNull([CaliforniaMiles37],0) +
                     IsNull([CaliforniaMiles38],0) +  IsNull([CaliforniaMiles39],0) +
                     IsNull([CaliforniaMiles40],0) caMiles


      from    sleeper
      where   sleeperMinutes > 0
      ) as details
where cast((caMiles / (sleeperMinutes/60)) as numeric(18,2)) > 250

union

select   'Exceeds 275' category
        ,count(*) records
        ,count(distinct driverid) drivers
        ,sum(sleeperMinutes) TotalMinutes

from (
      select   distinct
               driverid
              ,start1 StartingDate
              ,coalesce(finish40,   finish39,   finish38,   finish37,   finish36,   finish35,   finish34,
                        finish33,   finish32,   finish31,   finish30,   finish29,   finish28,   finish27,
                        finish26,   finish25,   finish24,   finish23,   finish22,   finish21,   finish20,
                        finish19,   finish18,   finish17,   finish16,   finish15,   finish14,   finish13,
                        finish12,   finish11,   finish10,   finish9,    finish8,    finish7,    finish6,
                        finish5,    finish4,    finish3,    finish2,    finish1,    start1) FinishDate
              ,sleeperMinutes
              ,IsNull([CaliforniaMiles1],0) +  IsNull([CaliforniaMiles2],0) +  IsNull([CaliforniaMiles3],0)
                  +  IsNull([CaliforniaMiles4],0) +  IsNull([CaliforniaMiles5],0) +
                     IsNull([CaliforniaMiles6],0) +  IsNull([CaliforniaMiles7],0) +
                     IsNull([CaliforniaMiles8],0) +  IsNull([CaliforniaMiles9],0) +
                     IsNull([CaliforniaMiles10],0) +  IsNull([CaliforniaMiles11],0) +
                     IsNull([CaliforniaMiles12],0) +  IsNull([CaliforniaMiles13],0) +
                     IsNull([CaliforniaMiles14],0) +  IsNull([CaliforniaMiles15],0) +
                     IsNull([CaliforniaMiles16],0) +  IsNull([CaliforniaMiles17],0) +
                     IsNull([CaliforniaMiles18],0) +  IsNull([CaliforniaMiles19],0) +
                     IsNull([CaliforniaMiles20],0) +  IsNull([CaliforniaMiles21],0) +
                     IsNull([CaliforniaMiles22],0) +  IsNull([CaliforniaMiles23],0) +
                     IsNull([CaliforniaMiles24],0) +  IsNull([CaliforniaMiles25],0) +
                     IsNull([CaliforniaMiles26],0) +  IsNull([CaliforniaMiles27],0) +
                     IsNull([CaliforniaMiles28],0) +  IsNull([CaliforniaMiles29],0) +
                     IsNull([CaliforniaMiles30],0) +  IsNull([CaliforniaMiles31],0) +
                     IsNull([CaliforniaMiles32],0) +  IsNull([CaliforniaMiles33],0) +
                     IsNull([CaliforniaMiles34],0) +  IsNull([CaliforniaMiles35],0) +
                     IsNull([CaliforniaMiles36],0) +  IsNull([CaliforniaMiles37],0) +
                     IsNull([CaliforniaMiles38],0) +  IsNull([CaliforniaMiles39],0) +
                     IsNull([CaliforniaMiles40],0) caMiles
```

Exhibit C                           Page 7                           SQL Queries

Ex. F, p. 545

Dueker v. CRST                                                          Supplemental Report of Charles Platt
Case No. 2:180cv008751-FMO-FEM                                                          October 12, 2019

```sql
        from     sleeper
        where    sleeperMinutes > 0
        ) as details
where cast((caMiles / (sleeperMinutes/60)) as numeric(18,2)) > 275

union

select    'Exceeds 300' category
         ,count(*) records
         ,count(distinct driverid) drivers
         ,sum(sleeperMinutes) TotalMinutes

from (
        select    distinct
                  driverid
               ,start1 StartingDate
               ,coalesce(finish40,  finish39,  finish38,  finish37,  finish36,  finish35,  finish34,
                         finish33,  finish32,  finish31,  finish30,  finish29,  finish28,  finish27,
                         finish26,  finish25,  finish24,  finish23,  finish22,  finish21,  finish20,
                         finish19,  finish18,  finish17,  finish16,  finish15,  finish14,  finish13,
                         finish12,  finish11,  finish10,  finish9,   finish8,   finish7,   finish6,
                         finish5,   finish4,   finish3,   finish2,   finish1, start1) FinishDate
               ,sleeperMinutes
               ,IsNull([CaliforniaMiles1],0) +  IsNull([CaliforniaMiles2],0) +  IsNull([CaliforniaMiles3],0)
                  +  IsNull([CaliforniaMiles4],0) +  IsNull([CaliforniaMiles5],0) +
                     IsNull([CaliforniaMiles6],0) +  IsNull([CaliforniaMiles7],0) +
                     IsNull([CaliforniaMiles8],0) +  IsNull([CaliforniaMiles9],0) +
                     IsNull([CaliforniaMiles10],0) +  IsNull([CaliforniaMiles11],0) +
                     IsNull([CaliforniaMiles12],0) +  IsNull([CaliforniaMiles13],0) +
                     IsNull([CaliforniaMiles14],0) +  IsNull([CaliforniaMiles15],0) +
                     IsNull([CaliforniaMiles16],0) +  IsNull([CaliforniaMiles17],0) +
                     IsNull([CaliforniaMiles18],0) +  IsNull([CaliforniaMiles19],0) +
                     IsNull([CaliforniaMiles20],0) +  IsNull([CaliforniaMiles21],0) +
                     IsNull([CaliforniaMiles22],0) +  IsNull([CaliforniaMiles23],0) +
                     IsNull([CaliforniaMiles24],0) +  IsNull([CaliforniaMiles25],0) +
                     IsNull([CaliforniaMiles26],0) +  IsNull([CaliforniaMiles27],0) +
                     IsNull([CaliforniaMiles28],0) +  IsNull([CaliforniaMiles29],0) +
                     IsNull([CaliforniaMiles30],0) +  IsNull([CaliforniaMiles31],0) +
                     IsNull([CaliforniaMiles32],0) +  IsNull([CaliforniaMiles33],0) +
                     IsNull([CaliforniaMiles34],0) +  IsNull([CaliforniaMiles35],0) +
                     IsNull([CaliforniaMiles36],0) +  IsNull([CaliforniaMiles37],0) +
                     IsNull([CaliforniaMiles38],0) +  IsNull([CaliforniaMiles39],0) +
                     IsNull([CaliforniaMiles40],0) caMiles

        from     sleeper
        where    sleeperMinutes > 0
        ) as details
where cast((caMiles / (sleeperMinutes/60)) as numeric(18,2)) > 300


/******************************************************************
 ** Overall stats for the sleeper table where speed is below 20mph
 **
 ** category                records      drivers    TotalMinutes
 ** ---------------------- ------------ ----------- --------------------
 ** All                      6256         305        2515592.00
 ** All where duration > 2hrs 5812        305        2475682.00
 ** Avg. Speed Below 20mph   1523         258        973958.00
 ** Avg. Speed Below 15mph   992          235        648631.00
 ** Avg. Speed Below 10mph   541          193        342279.00
 ** Avg. Speed Below 5mph    184          108        116952.00
 ** Avg. Speed Below 1mph    24           23         14838.00
 **
 ******************************************************************/


select    'All' category
         ,count(*) records
         ,count(distinct driverid) drivers
         ,sum(sleeperMinutes) TotalMinutes
```

Exhibit C                                    Page 8                                    SQL Queries

Ex. F, p. 546

Dueker v. CRST                                                  Supplemental Report of Charles Platt

Case No. 2:180cv008751-FMO-FEM                                              October 12, 2019

```
from (
    select   distinct
             driverid
            ,start1 StartingDate
            ,coalesce(finish40,  finish39,  finish38,  finish37,  finish36,  finish35,  finish34,
                      finish33,  finish32,  finish31,  finish30,  finish29,  finish28,  finish27,
                      finish26,  finish25,  finish24,  finish23,  finish22,  finish21,  finish20,
                      finish19,  finish18,  finish17,  finish16,  finish15,  finish14,  finish13,
                      finish12,  finish11,  finish10,  finish9,   finish8,   finish7,   finish6,
                      finish5,   finish4,   finish3,   finish2,   finish1,  start1) FinishDate
            ,sleeperMinutes
            ,IsNull([CaliforniaMiles1],0) +  IsNull([CaliforniaMiles2],0) +  IsNull([CaliforniaMiles3],0)
                + IsNull([CaliforniaMiles4],0) +  IsNull([CaliforniaMiles5],0) +
                  IsNull([CaliforniaMiles6],0) +  IsNull([CaliforniaMiles7],0) +
                  IsNull([CaliforniaMiles8],0) +  IsNull([CaliforniaMiles9],0) +
                  IsNull([CaliforniaMiles10],0) +  IsNull([CaliforniaMiles11],0) +
                  IsNull([CaliforniaMiles12],0) +  IsNull([CaliforniaMiles13],0) +
                  IsNull([CaliforniaMiles14],0) +  IsNull([CaliforniaMiles15],0) +
                  IsNull([CaliforniaMiles16],0) +  IsNull([CaliforniaMiles17],0) +
                  IsNull([CaliforniaMiles18],0) +  IsNull([CaliforniaMiles19],0) +
                  IsNull([CaliforniaMiles20],0) +  IsNull([CaliforniaMiles21],0) +
                  IsNull([CaliforniaMiles22],0) +  IsNull([CaliforniaMiles23],0) +
                  IsNull([CaliforniaMiles24],0) +  IsNull([CaliforniaMiles25],0) +
                  IsNull([CaliforniaMiles26],0) +  IsNull([CaliforniaMiles27],0) +
                  IsNull([CaliforniaMiles28],0) +  IsNull([CaliforniaMiles29],0) +
                  IsNull([CaliforniaMiles30],0) +  IsNull([CaliforniaMiles31],0) +
                  IsNull([CaliforniaMiles32],0) +  IsNull([CaliforniaMiles33],0) +
                  IsNull([CaliforniaMiles34],0) +  IsNull([CaliforniaMiles35],0) +
                  IsNull([CaliforniaMiles36],0) +  IsNull([CaliforniaMiles37],0) +
                  IsNull([CaliforniaMiles38],0) +  IsNull([CaliforniaMiles39],0) +
                  IsNull([CaliforniaMiles40],0) caMiles


        from  sleeper
        where sleeperMinutes > 0
        ) as details


union all

select  'All where duration > 2hrs' category
       ,count(*) records
       ,count(distinct driverid) drivers
       ,sum(sleeperMinutes) TotalMinutes

from (
    select   distinct
             driverid
            ,start1 StartingDate
            ,coalesce(finish40,  finish39,  finish38,  finish37,  finish36,  finish35,  finish34,
                      finish33,  finish32,  finish31,  finish30,  finish29,  finish28,  finish27,
                      finish26,  finish25,  finish24,  finish23,  finish22,  finish21,  finish20,
                      finish19,  finish18,  finish17,  finish16,  finish15,  finish14,  finish13,
                      finish12,  finish11,  finish10,  finish9,   finish8,   finish7,   finish6,
                      finish5,   finish4,   finish3,   finish2,   finish1,  start1) FinishDate
            ,sleeperMinutes
            ,IsNull([CaliforniaMiles1],0) +  IsNull([CaliforniaMiles2],0) +  IsNull([CaliforniaMiles3],0)
                + IsNull([CaliforniaMiles4],0) +  IsNull([CaliforniaMiles5],0) +
                  IsNull([CaliforniaMiles6],0) +  IsNull([CaliforniaMiles7],0) +
                  IsNull([CaliforniaMiles8],0) +  IsNull([CaliforniaMiles9],0) +
                  IsNull([CaliforniaMiles10],0) +  IsNull([CaliforniaMiles11],0) +
                  IsNull([CaliforniaMiles12],0) +  IsNull([CaliforniaMiles13],0) +
                  IsNull([CaliforniaMiles14],0) +  IsNull([CaliforniaMiles15],0) +
                  IsNull([CaliforniaMiles16],0) +  IsNull([CaliforniaMiles17],0) +
                  IsNull([CaliforniaMiles18],0) +  IsNull([CaliforniaMiles19],0) +
                  IsNull([CaliforniaMiles20],0) +  IsNull([CaliforniaMiles21],0) +
                  IsNull([CaliforniaMiles22],0) +  IsNull([CaliforniaMiles23],0) +
                  IsNull([CaliforniaMiles24],0) +  IsNull([CaliforniaMiles25],0) +
                  IsNull([CaliforniaMiles26],0) +  IsNull([CaliforniaMiles27],0) +
                  IsNull([CaliforniaMiles28],0) +  IsNull([CaliforniaMiles29],0) +
                  IsNull([CaliforniaMiles30],0) +  IsNull([CaliforniaMiles31],0) +
                  IsNull([CaliforniaMiles32],0) +  IsNull([CaliforniaMiles33],0) +
```

Exhibit C                                    Page 9                                    SQL Queries

Ex. F, p. 547

Dueker v. CRST                                                    Supplemental Report of Charles Platt
Case No. 2:180cv008751-FMO-FEM                                                   October 12, 2019

```sql
                    IsNull([CaliforniaMiles34],0) +  IsNull([CaliforniaMiles35],0) +
                    IsNull([CaliforniaMiles36],0) +  IsNull([CaliforniaMiles37],0) +
                    IsNull([CaliforniaMiles38],0) +  IsNull([CaliforniaMiles39],0) +
                    IsNull([CaliforniaMiles40],0) caMiles


        from     sleeper
        where    sleeperMinutes > 120
        ) as details


union all


select    'Avg. Speed Below 20mph' category
        ,count(*) records
        ,count(distinct driverid) drivers
        ,sum(sleeperMinutes) TotalMinutes

from (
        select    distinct
                  driverid
                ,start1 StartingDate
                ,coalesce(finish40, finish39, finish38, finish37, finish36, finish35, finish34,
                    finish33, finish32, finish31, finish30, finish29, finish28, finish27,
                    finish26, finish25, finish24, finish23, finish22, finish21, finish20,
                    finish19, finish18, finish17, finish16, finish15, finish14, finish13,
                    finish12, finish11, finish10, finish9,  finish8,  finish7,  finish6,
                    finish5,  finish4,  finish3,  finish2,  finish1, start1) FinishDate
                ,sleeperMinutes
                ,IsNull([CaliforniaMiles1],0) +  IsNull([CaliforniaMiles2],0) +  IsNull([CaliforniaMiles3],0)
                    +  IsNull([CaliforniaMiles4],0) +  IsNull([CaliforniaMiles5],0) +
                    IsNull([CaliforniaMiles6],0) +  IsNull([CaliforniaMiles7],0) +
                    IsNull([CaliforniaMiles8],0) +  IsNull([CaliforniaMiles9],0) +
                    IsNull([CaliforniaMiles10],0) +  IsNull([CaliforniaMiles11],0) +
                    IsNull([CaliforniaMiles12],0) +  IsNull([CaliforniaMiles13],0) +
                    IsNull([CaliforniaMiles14],0) +  IsNull([CaliforniaMiles15],0) +
                    IsNull([CaliforniaMiles16],0) +  IsNull([CaliforniaMiles17],0) +
                    IsNull([CaliforniaMiles18],0) +  IsNull([CaliforniaMiles19],0) +
                    IsNull([CaliforniaMiles20],0) +  IsNull([CaliforniaMiles21],0) +
                    IsNull([CaliforniaMiles22],0) +  IsNull([CaliforniaMiles23],0) +
                    IsNull([CaliforniaMiles24],0) +  IsNull([CaliforniaMiles25],0) +
                    IsNull([CaliforniaMiles26],0) +  IsNull([CaliforniaMiles27],0) +
                    IsNull([CaliforniaMiles28],0) +  IsNull([CaliforniaMiles29],0) +
                    IsNull([CaliforniaMiles30],0) +  IsNull([CaliforniaMiles31],0) +
                    IsNull([CaliforniaMiles32],0) +  IsNull([CaliforniaMiles33],0) +
                    IsNull([CaliforniaMiles34],0) +  IsNull([CaliforniaMiles35],0) +
                    IsNull([CaliforniaMiles36],0) +  IsNull([CaliforniaMiles37],0) +
                    IsNull([CaliforniaMiles38],0) +  IsNull([CaliforniaMiles39],0) +
                    IsNull([CaliforniaMiles40],0) caMiles


        from     sleeper
        where    sleeperMinutes > 120
        ) as details
where cast((caMiles / (sleeperMinutes/60)) as numeric(18,2)) < 20

union all


select    'Avg. Speed Below 15mph' category
        ,count(*) records
        ,count(distinct driverid) drivers
        ,sum(sleeperMinutes) TotalMinutes

from (
        select    distinct
                  driverid
                ,start1 StartingDate
                ,coalesce(finish40, finish39, finish38, finish37, finish36, finish35, finish34,
                    finish33, finish32, finish31, finish30, finish29, finish28, finish27,
                    finish26, finish25, finish24, finish23, finish22, finish21, finish20,
                    finish19, finish18, finish17, finish16, finish15, finish14, finish13,
```

Exhibit C                              Page 10                              SQL Queries

Ex. F, p. 548

Dueker v. CRST                                                    Supplemental Report of Charles Platt

```
                    finish12,  finish11,  finish10,  finish9,  finish8,  finish7,  finish6,
                    finish5,   finish4,   finish3,   finish2,  finish1,  start1) FinishDate
               ,sleeperMinutes
               ,IsNull([CaliforniaMiles1],0) + IsNull([CaliforniaMiles2],0) + IsNull([CaliforniaMiles3],0)
                    + IsNull([CaliforniaMiles4],0) + IsNull([CaliforniaMiles5],0) +
                      IsNull([CaliforniaMiles6],0) + IsNull([CaliforniaMiles7],0) +
                      IsNull([CaliforniaMiles8],0) + IsNull([CaliforniaMiles9],0) +
                      IsNull([CaliforniaMiles10],0) + IsNull([CaliforniaMiles11],0) +
                      IsNull([CaliforniaMiles12],0) + IsNull([CaliforniaMiles13],0) +
                      IsNull([CaliforniaMiles14],0) + IsNull([CaliforniaMiles15],0) +
                      IsNull([CaliforniaMiles16],0) + IsNull([CaliforniaMiles17],0) +
                      IsNull([CaliforniaMiles18],0) + IsNull([CaliforniaMiles19],0) +
                      IsNull([CaliforniaMiles20],0) + IsNull([CaliforniaMiles21],0) +
                      IsNull([CaliforniaMiles22],0) + IsNull([CaliforniaMiles23],0) +
                      IsNull([CaliforniaMiles24],0) + IsNull([CaliforniaMiles25],0) +
                      IsNull([CaliforniaMiles26],0) + IsNull([CaliforniaMiles27],0) +
                      IsNull([CaliforniaMiles28],0) + IsNull([CaliforniaMiles29],0) +
                      IsNull([CaliforniaMiles30],0) + IsNull([CaliforniaMiles31],0) +
                      IsNull([CaliforniaMiles32],0) + IsNull([CaliforniaMiles33],0) +
                      IsNull([CaliforniaMiles34],0) + IsNull([CaliforniaMiles35],0) +
                      IsNull([CaliforniaMiles36],0) + IsNull([CaliforniaMiles37],0) +
                      IsNull([CaliforniaMiles38],0) + IsNull([CaliforniaMiles39],0) +
                      IsNull([CaliforniaMiles40],0) caMiles


        from     sleeper
        where    sleeperMinutes > 120
             ) as details
where cast((caMiles / (sleeperMinutes/60)) as numeric(18,2)) < 15

union all


select   'Avg. Speed Below 10mph' category
        ,count(*) records
        ,count(distinct driverid) drivers
        ,sum(sleeperMinutes) TotalMinutes

from (
       select   distinct
                driverid
               ,start1 StartingDate
               ,coalesce(finish40,   finish39,  finish38,  finish37,  finish36,  finish35,  finish34,
                         finish33,    finish32,  finish31,  finish30,  finish29,  finish28,  finish27,
                         finish26,    finish25,  finish24,  finish23,  finish22,  finish21,  finish20,
                         finish19,    finish18,  finish17,  finish16,  finish15,  finish14,  finish13,
                         finish12,    finish11,  finish10,  finish9,   finish8,   finish7,   finish6,
                         finish5,     finish4,   finish3,   finish2,   finish1,   start1) FinishDate
               ,sleeperMinutes
               ,IsNull([CaliforniaMiles1],0) + IsNull([CaliforniaMiles2],0) + IsNull([CaliforniaMiles3],0)
                    + IsNull([CaliforniaMiles4],0) + IsNull([CaliforniaMiles5],0) +
                      IsNull([CaliforniaMiles6],0) + IsNull([CaliforniaMiles7],0) +
                      IsNull([CaliforniaMiles8],0) + IsNull([CaliforniaMiles9],0) +
                      IsNull([CaliforniaMiles10],0) + IsNull([CaliforniaMiles11],0) +
                      IsNull([CaliforniaMiles12],0) + IsNull([CaliforniaMiles13],0) +
                      IsNull([CaliforniaMiles14],0) + IsNull([CaliforniaMiles15],0) +
                      IsNull([CaliforniaMiles16],0) + IsNull([CaliforniaMiles17],0) +
                      IsNull([CaliforniaMiles18],0) + IsNull([CaliforniaMiles19],0) +
                      IsNull([CaliforniaMiles20],0) + IsNull([CaliforniaMiles21],0) +
                      IsNull([CaliforniaMiles22],0) + IsNull([CaliforniaMiles23],0) +
                      IsNull([CaliforniaMiles24],0) + IsNull([CaliforniaMiles25],0) +
                      IsNull([CaliforniaMiles26],0) + IsNull([CaliforniaMiles27],0) +
                      IsNull([CaliforniaMiles28],0) + IsNull([CaliforniaMiles29],0) +
                      IsNull([CaliforniaMiles30],0) + IsNull([CaliforniaMiles31],0) +
                      IsNull([CaliforniaMiles32],0) + IsNull([CaliforniaMiles33],0) +
                      IsNull([CaliforniaMiles34],0) + IsNull([CaliforniaMiles35],0) +
                      IsNull([CaliforniaMiles36],0) + IsNull([CaliforniaMiles37],0) +
                      IsNull([CaliforniaMiles38],0) + IsNull([CaliforniaMiles39],0) +
                      IsNull([CaliforniaMiles40],0) caMiles


        from     sleeper
        where    sleeperMinutes > 120
```

Exhibit C                              Page 11                              SQL Queries

Ex. F, p. 549

Dueker v. CRST                                                    Supplemental Report of Charles Platt

Case No. 2:180cv008751-FMO-FEM                                              October 12, 2019

```sql
            ) as details
    where cast((caMiles / (sleeperMinutes/60)) as numeric(18,2)) < 10

    union all


    select   'Avg. Speed Below 5mph' category
            ,count(*) records
            ,count(distinct driverid) drivers
            ,sum(sleeperMinutes) TotalMinutes

    from (
        select   distinct
                 driverid
                ,start1 StartingDate
                ,coalesce(finish40,   finish39,   finish38,   finish37,   finish36,   finish35,   finish34,
                          finish33,   finish32,   finish31,   finish30,   finish29,   finish28,   finish27,
                          finish26,   finish25,   finish24,   finish23,   finish22,   finish21,   finish20,
                          finish19,   finish18,   finish17,   finish16,   finish15,   finish14,   finish13,
                          finish12,   finish11,   finish10,   finish9,    finish8,    finish7,    finish6,
                          finish5,    finish4,    finish3,    finish2,    finish1,    start1) FinishDate
                ,sleeperMinutes
                ,IsNull([CaliforniaMiles1],0) +   IsNull([CaliforniaMiles2],0) +   IsNull([CaliforniaMiles3],0)
                     +  IsNull([CaliforniaMiles4],0) +   IsNull([CaliforniaMiles5],0) +
                        IsNull([CaliforniaMiles6],0) +   IsNull([CaliforniaMiles7],0) +
                        IsNull([CaliforniaMiles8],0) +   IsNull([CaliforniaMiles9],0) +
                        IsNull([CaliforniaMiles10],0) +  IsNull([CaliforniaMiles11],0) +
                        IsNull([CaliforniaMiles12],0) +  IsNull([CaliforniaMiles13],0) +
                        IsNull([CaliforniaMiles14],0) +  IsNull([CaliforniaMiles15],0) +
                        IsNull([CaliforniaMiles16],0) +  IsNull([CaliforniaMiles17],0) +
                        IsNull([CaliforniaMiles18],0) +  IsNull([CaliforniaMiles19],0) +
                        IsNull([CaliforniaMiles20],0) +  IsNull([CaliforniaMiles21],0) +
                        IsNull([CaliforniaMiles22],0) +  IsNull([CaliforniaMiles23],0) +
                        IsNull([CaliforniaMiles24],0) +  IsNull([CaliforniaMiles25],0) +
                        IsNull([CaliforniaMiles26],0) +  IsNull([CaliforniaMiles27],0) +
                        IsNull([CaliforniaMiles28],0) +  IsNull([CaliforniaMiles29],0) +
                        IsNull([CaliforniaMiles30],0) +  IsNull([CaliforniaMiles31],0) +
                        IsNull([CaliforniaMiles32],0) +  IsNull([CaliforniaMiles33],0) +
                        IsNull([CaliforniaMiles34],0) +  IsNull([CaliforniaMiles35],0) +
                        IsNull([CaliforniaMiles36],0) +  IsNull([CaliforniaMiles37],0) +
                        IsNull([CaliforniaMiles38],0) +  IsNull([CaliforniaMiles39],0) +
                        IsNull([CaliforniaMiles40],0) caMiles


            from   sleeper
            where  sleeperMinutes > 120
            ) as details
    where cast((caMiles / (sleeperMinutes/60)) as numeric(18,2)) < 5

    union all

    select   'Avg. Speed Below 1mph' category
            ,count(*) records
            ,count(distinct driverid) drivers
            ,sum(sleeperMinutes) TotalMinutes

    from (
        select   distinct
                 driverid
                ,start1 StartingDate
                ,coalesce(finish40,   finish39,   finish38,   finish37,   finish36,   finish35,   finish34,
                          finish33,   finish32,   finish31,   finish30,   finish29,   finish28,   finish27,
                          finish26,   finish25,   finish24,   finish23,   finish22,   finish21,   finish20,
                          finish19,   finish18,   finish17,   finish16,   finish15,   finish14,   finish13,
                          finish12,   finish11,   finish10,   finish9,    finish8,    finish7,    finish6,
                          finish5,    finish4,    finish3,    finish2,    finish1,    start1) FinishDate
                ,sleeperMinutes
                ,IsNull([CaliforniaMiles1],0) +   IsNull([CaliforniaMiles2],0) +   IsNull([CaliforniaMiles3],0)
                     +  IsNull([CaliforniaMiles4],0) +   IsNull([CaliforniaMiles5],0) +
                        IsNull([CaliforniaMiles6],0) +   IsNull([CaliforniaMiles7],0) +
                        IsNull([CaliforniaMiles8],0) +   IsNull([CaliforniaMiles9],0) +
                        IsNull([CaliforniaMiles10],0) +  IsNull([CaliforniaMiles11],0) +
```

Exhibit C                              Page 12                              SQL Queries

Ex. F, p. 550

Dueker v. CRST                                                    Supplemental Report of Charles Platt
Case No. 2:180cv008751-FMO-FEM                                                    October 12, 2019

```
                    IsNull([CaliforniaMiles12],0) +  IsNull([CaliforniaMiles13],0) +
                    IsNull([CaliforniaMiles14],0) +  IsNull([CaliforniaMiles15],0) +
                    IsNull([CaliforniaMiles16],0) +  IsNull([CaliforniaMiles17],0) +
                    IsNull([CaliforniaMiles18],0) +  IsNull([CaliforniaMiles19],0) +
                    IsNull([CaliforniaMiles20],0) +  IsNull([CaliforniaMiles21],0) +
                    IsNull([CaliforniaMiles22],0) +  IsNull([CaliforniaMiles23],0) +
                    IsNull([CaliforniaMiles24],0) +  IsNull([CaliforniaMiles25],0) +
                    IsNull([CaliforniaMiles26],0) +  IsNull([CaliforniaMiles27],0) +
                    IsNull([CaliforniaMiles28],0) +  IsNull([CaliforniaMiles29],0) +
                    IsNull([CaliforniaMiles30],0) +  IsNull([CaliforniaMiles31],0) +
                    IsNull([CaliforniaMiles32],0) +  IsNull([CaliforniaMiles33],0) +
                    IsNull([CaliforniaMiles34],0) +  IsNull([CaliforniaMiles35],0) +
                    IsNull([CaliforniaMiles36],0) +  IsNull([CaliforniaMiles37],0) +
                    IsNull([CaliforniaMiles38],0) +  IsNull([CaliforniaMiles39],0) +
                    IsNull([CaliforniaMiles40],0) caMiles


        from    sleeper
        where   sleeperMinutes > 120
                ) as details
where cast((caMiles / (sleeperMinutes/60)) as numeric(18,2)) < 1

/***************************************************************
 ** Top 25 records for the sleeper table where speed is below 20mph
 **
 ** driverid    StartingDate            TimeHrs               DistanceMiles          mph
 ** ----------  ----------------------  --------------------  ---------------------  --------------------
 ** J665D       2018-10-31 00:45:00.000 12.8333               2.30                   0.18
 ** AG00D       2016-09-28 21:14:00.000 14.60                 3.20                   0.22
 ** 080HD       2015-01-20 11:38:00.000 12.3666               3.20                   0.26
 ** 894VD       2014-07-09 12:58:00.000 11.0333               3.20                   0.29
 ** EG61D       2018-03-29 11:50:00.000 10.60                 3.70                   0.35
 ** EN39D       2018-01-30 23:22:00.000 13.0833               5.60                   0.43
 ** 514ID       2015-03-30 03:04:00.000 7.20                  3.20                   0.44
 ** 525PD       2016-01-11 16:55:00.000 7.0833                3.20                   0.45
 ** CC78D       2018-02-12 17:48:00.000 12.5333               5.60                   0.45
 ** S067D       2015-07-30 12:55:00.000 11.0833               5.60                   0.51
 ** 940KD       2016-11-17 14:02:00.000 9.9666                6.30                   0.63
 ** 606ID       2014-11-23 01:59:00.000 5.00                  3.20                   0.64
 ** 940KD       2014-01-27 09:12:00.000 13.9166               9.50                   0.68
 ** 988PD       2015-08-01 17:44:00.000 4.6833                3.20                   0.68
 ** R315D       2014-06-30 15:17:00.000 8.7166                6.60                   0.76
 ** 762RD       2017-05-19 13:12:00.000 7.20                  5.60                   0.78
 ** 371QD       2015-08-18 05:04:00.000 11.3333               9.50                   0.84
 ** GN62D       2018-11-11 11:59:00.000 9.8333                8.40                   0.85
 ** GB12D       2018-09-14 19:50:00.000 10.2833               9.00                   0.88
 ** 175LD       2015-02-11 07:38:00.000 14.6666               13.10                  0.89
 ** 423CD       2015-05-13 00:00:00.000 10.4333               9.50                   0.91
 ** 028RD       2015-09-03 13:53:00.000 10.1166               9.50                   0.94
 ** 739FD       2014-08-08 10:54:00.000 13.10                 12.70                  0.97
 ** 604ID       2019-02-20 18:49:00.000 5.6333                5.60                   0.99
 ** 940KD       2018-11-02 20:22:00.000 13.5166               13.50                  1.00
 **
 ***************************************************************/

select  top 25
         driverid
        ,StartingDate
        ,SleeperMinutes/60 TimeHrs
        ,caMiles DistanceMiles
        ,cast((caMiles / (sleeperMinutes/60)) as numeric(18,2)) mph

from (
        select  distinct
                 driverid
                ,start1 StartingDate
                ,coalesce(finish40,  finish39,  finish38,  finish37,  finish36,  finish35,  finish34,
                          finish33,  finish32,  finish31,  finish30,  finish29,  finish28,  finish27,
                          finish26,  finish25,  finish24,  finish23,  finish22,  finish21,  finish20,
                          finish19,  finish18,  finish17,  finish16,  finish15,  finish14,  finish13,
                          finish12,  finish11,  finish10,  finish9,   finish8,   finish7,   finish6,
                          finish5,   finish4,   finish3,   finish2,   finish1,   start1) FinishDate
                ,sleeperMinutes
```

Exhibit C                                    Page 13                                    SQL Queries

Dueker v. CRST                                                    Supplemental Report of Charles Platt

Case No. 2:180cv008751-FMO-FEM                                                    October 12, 2019

```
               ,IsNull([CaliforniaMiles1],0) +   IsNull([CaliforniaMiles2],0) +   IsNull([CaliforniaMiles3],0)
                   +  IsNull([CaliforniaMiles4],0) +   IsNull([CaliforniaMiles5],0) +
                      IsNull([CaliforniaMiles6],0) +   IsNull([CaliforniaMiles7],0) +
                      IsNull([CaliforniaMiles8],0) +   IsNull([CaliforniaMiles9],0) +
                      IsNull([CaliforniaMiles10],0) +  IsNull([CaliforniaMiles11],0) +
                      IsNull([CaliforniaMiles12],0) +  IsNull([CaliforniaMiles13],0) +
                      IsNull([CaliforniaMiles14],0) +  IsNull([CaliforniaMiles15],0) +
                      IsNull([CaliforniaMiles16],0) +  IsNull([CaliforniaMiles17],0) +
                      IsNull([CaliforniaMiles18],0) +  IsNull([CaliforniaMiles19],0) +
                      IsNull([CaliforniaMiles20],0) +  IsNull([CaliforniaMiles21],0) +
                      IsNull([CaliforniaMiles22],0) +  IsNull([CaliforniaMiles23],0) +
                      IsNull([CaliforniaMiles24],0) +  IsNull([CaliforniaMiles25],0) +
                      IsNull([CaliforniaMiles26],0) +  IsNull([CaliforniaMiles27],0) +
                      IsNull([CaliforniaMiles28],0) +  IsNull([CaliforniaMiles29],0) +
                      IsNull([CaliforniaMiles30],0) +  IsNull([CaliforniaMiles31],0) +
                      IsNull([CaliforniaMiles32],0) +  IsNull([CaliforniaMiles33],0) +
                      IsNull([CaliforniaMiles34],0) +  IsNull([CaliforniaMiles35],0) +
                      IsNull([CaliforniaMiles36],0) +  IsNull([CaliforniaMiles37],0) +
                      IsNull([CaliforniaMiles38],0) +  IsNull([CaliforniaMiles39],0) +
                      IsNull([CaliforniaMiles40],0) caMiles


        from    sleeper
        where   sleeperMinutes > 120
        ) as details

order by mph asc


/***********************************************************
 ** Tractor speeds between 40 and 70 mph
 **
 ** category                        records     drivers      TotalMinutes
 ** --------------------------------- ----------- ----------- --------------------
 ** All where duration > 2hrs        5812        305          2475682.00
 ** Avg. Speed Between 40mph and 70mph 1937       254          493054.00
 **
 ***********************************************************/

select  'All where duration > 2hrs' category
        ,count(*) records
        ,count(distinct driverid) drivers
        ,sum(sleeperMinutes) TotalMinutes

from (
        select  distinct
                driverid
                ,start1 StartingDate
                ,coalesce(finish40,  finish39,  finish38,  finish37,  finish36,  finish35,  finish34,
                        finish33, finish32, finish31, finish30, finish29, finish28, finish27,
                        finish26, finish25, finish24, finish23, finish22, finish21, finish20,
                        finish19, finish18, finish17, finish16, finish15, finish14, finish13,
                        finish12, finish11, finish10, finish9,  finish8,  finish7,  finish6,
                        finish5,  finish4,  finish3,  finish2,  finish1, start1) FinishDate
                ,sleeperMinutes
                ,IsNull([CaliforniaMiles1],0) +   IsNull([CaliforniaMiles2],0) +   IsNull([CaliforniaMiles3],0)
                   +  IsNull([CaliforniaMiles4],0) +   IsNull([CaliforniaMiles5],0) +
                      IsNull([CaliforniaMiles6],0) +   IsNull([CaliforniaMiles7],0) +
                      IsNull([CaliforniaMiles8],0) +   IsNull([CaliforniaMiles9],0) +
                      IsNull([CaliforniaMiles10],0) +  IsNull([CaliforniaMiles11],0) +
                      IsNull([CaliforniaMiles12],0) +  IsNull([CaliforniaMiles13],0) +
                      IsNull([CaliforniaMiles14],0) +  IsNull([CaliforniaMiles15],0) +
                      IsNull([CaliforniaMiles16],0) +  IsNull([CaliforniaMiles17],0) +
                      IsNull([CaliforniaMiles18],0) +  IsNull([CaliforniaMiles19],0) +
                      IsNull([CaliforniaMiles20],0) +  IsNull([CaliforniaMiles21],0) +
                      IsNull([CaliforniaMiles22],0) +  IsNull([CaliforniaMiles23],0) +
                      IsNull([CaliforniaMiles24],0) +  IsNull([CaliforniaMiles25],0) +
                      IsNull([CaliforniaMiles26],0) +  IsNull([CaliforniaMiles27],0) +
                      IsNull([CaliforniaMiles28],0) +  IsNull([CaliforniaMiles29],0) +
                      IsNull([CaliforniaMiles30],0) +  IsNull([CaliforniaMiles31],0) +
                      IsNull([CaliforniaMiles32],0) +  IsNull([CaliforniaMiles33],0) +
```

Exhibit C                              Page 14                              SQL Queries

Ex. F, p. 552

Dueker v. CRST                                                          Supplemental Report of Charles Platt
Case No. 2:180cv008751-FMO-FEM                                                          October 12, 2019

```
                        IsNull([CaliforniaMiles34],0) +   IsNull([CaliforniaMiles35],0) +
                        IsNull([CaliforniaMiles36],0) +   IsNull([CaliforniaMiles37],0) +
                        IsNull([CaliforniaMiles38],0) +   IsNull([CaliforniaMiles39],0) +
                        IsNull([CaliforniaMiles40],0) caMiles


         from    sleeper
         where   sleeperMinutes > 120
         ) as details

union all

select    'Avg. Speed Between 40mph and 70mph' category
         ,count(*) records
         ,count(distinct driverid) drivers
         ,sum(sleeperMinutes) TotalMinutes

from (
         select    distinct
                  driverid
                 ,start1 StartingDate
                 ,coalesce(finish40,   finish39,  finish38,  finish37,  finish36,  finish35,  finish34,
                           finish33,  finish32,  finish31,  finish30,  finish29,  finish28,  finish27,
                           finish26,  finish25,  finish24,  finish23,  finish22,  finish21,  finish20,
                           finish19,  finish18,  finish17,  finish16,  finish15,  finish14,  finish13,
                           finish12,  finish11,  finish10,  finish9,   finish8,   finish7,   finish6,
                           finish5,   finish4,   finish3,   finish2,   finish1, start1) FinishDate
                 ,sleeperMinutes
                 ,IsNull([CaliforniaMiles1],0) +   IsNull([CaliforniaMiles2],0) +   IsNull([CaliforniaMiles3],0)
                      +   IsNull([CaliforniaMiles4],0) +   IsNull([CaliforniaMiles5],0) +
                        IsNull([CaliforniaMiles6],0) +   IsNull([CaliforniaMiles7],0) +
                        IsNull([CaliforniaMiles8],0) +   IsNull([CaliforniaMiles9],0) +
                        IsNull([CaliforniaMiles10],0) +   IsNull([CaliforniaMiles11],0) +
                        IsNull([CaliforniaMiles12],0) +   IsNull([CaliforniaMiles13],0) +
                        IsNull([CaliforniaMiles14],0) +   IsNull([CaliforniaMiles15],0) +
                        IsNull([CaliforniaMiles16],0) +   IsNull([CaliforniaMiles17],0) +
                        IsNull([CaliforniaMiles18],0) +   IsNull([CaliforniaMiles19],0) +
                        IsNull([CaliforniaMiles20],0) +   IsNull([CaliforniaMiles21],0) +
                        IsNull([CaliforniaMiles22],0) +   IsNull([CaliforniaMiles23],0) +
                        IsNull([CaliforniaMiles24],0) +   IsNull([CaliforniaMiles25],0) +
                        IsNull([CaliforniaMiles26],0) +   IsNull([CaliforniaMiles27],0) +
                        IsNull([CaliforniaMiles28],0) +   IsNull([CaliforniaMiles29],0) +
                        IsNull([CaliforniaMiles30],0) +   IsNull([CaliforniaMiles31],0) +
                        IsNull([CaliforniaMiles32],0) +   IsNull([CaliforniaMiles33],0) +
                        IsNull([CaliforniaMiles34],0) +   IsNull([CaliforniaMiles35],0) +
                        IsNull([CaliforniaMiles36],0) +   IsNull([CaliforniaMiles37],0) +
                        IsNull([CaliforniaMiles38],0) +   IsNull([CaliforniaMiles39],0) +
                        IsNull([CaliforniaMiles40],0) caMiles


         from    sleeper
         where   sleeperMinutes > 120
         ) as details
where    cast((caMiles / (sleeperMinutes/60)) as numeric(18,2)) >= 40
and      cast((caMiles / (sleeperMinutes/60)) as numeric(18,2)) <= 70
```

Exhibit C                                    Page 15                                    SQL Queries

Ex. F, p. 553

Dueker v. CRST                                                                Supplemental Report of Charles Platt

Case No. 2:180cv008751-FMO-FEM                                                              October 12, 2019

```
/*********************************************************************
 *********************************************************************

            CRSTX-02825 - Woolfson Database Analysis

            Sleeper Day Duration Analysis

 *********************************************************************
 *********************************************************************/


/********************************************************************
 ** Overall stats for the sleeper table where start1 to last finish
 ** exceeds 24 hours and sleeperMinutes are assigned.
 **
 ** category                    DriverCount    sleepMinutes    records
 ** --------                    -----------    ------------    -------
 ** Exceeds 24 Hours with Minutes 230           697227.00       1333
 ** All with Minutes           305             2515592.00       6256
 ** Exceeds 24 Hours           269              697227.00       2488
 ** All                        320             2515592.00       12760
 ********************************************************************/
select  'Exceeds 24 Hours with Minutes' category
       ,count(distinct driverID) DriverCount
       ,sum(sleeperMinutes) sleepMinutes
       ,count(*) records

from (
       select   distinct
                driverid
               ,start1 StartingDate
               ,coalesce(finish40,   finish39,   finish38,   finish37,   finish36,   finish35,   finish34,
                         finish33,   finish32,   finish31,   finish30,   finish29,   finish28,   finish27,
                         finish26,   finish25,   finish24,   finish23,   finish22,   finish21,   finish20,
                         finish19,   finish18,   finish17,   finish16,   finish15,   finish14,   finish13,
                         finish12,   finish11,   finish10,   finish9,    finish8,    finish7,    finish6,
                         finish5,    finish4,    finish3,    finish2,    finish1,    start1) FinishDate
               ,sleeperMinutes

       from      sleeper
       where     sleeperMinutes > 0
       ) as details

where   datediff(minute, StartingDate, FinishDate) > 1440

union all


select  'All with Minutes'
       ,count(distinct driverID) DriverCount
       ,sum(sleeperMinutes) sleepMinutes
       ,count(*) records

from (
       select   distinct
                driverid
               ,start1 StartingDate
               ,coalesce(finish40,   finish39,   finish38,   finish37,   finish36,   finish35,   finish34,
                         finish33,   finish32,   finish31,   finish30,   finish29,   finish28,   finish27,
                         finish26,   finish25,   finish24,   finish23,   finish22,   finish21,   finish20,
                         finish19,   finish18,   finish17,   finish16,   finish15,   finish14,   finish13,
                         finish12,   finish11,   finish10,   finish9,    finish8,    finish7,    finish6,
                         finish5,    finish4,    finish3,    finish2,    finish1,    start1) FinishDate
               ,sleeperMinutes

       from      sleeper
       where     sleeperMinutes > 0
       ) as details

union
```

Exhibit C                                    Page 16                                    SQL Queries

Ex. F, p. 554

Dueker v. CRST                                                    Supplemental Report of Charles Platt

Case No. 2:180cv008751-FMO-FEM                                              October 12, 2019

```sql
select    'Exceeds 24 Hours' category
         ,count(distinct driverID) DriverCount
         ,sum(sleeperMinutes) sleepMinutes
         ,count(*) records

from (
      select    distinct
                driverid
               ,start1 StartingDate
               ,coalesce(finish40,  finish39,  finish38,  finish37,  finish36,  finish35,  finish34,
                         finish33,  finish32,  finish31,  finish30,  finish29,  finish28,  finish27,
                         finish26,  finish25,  finish24,  finish23,  finish22,  finish21,  finish20,
                         finish19,  finish18,  finish17,  finish16,  finish15,  finish14,  finish13,
                         finish12,  finish11,  finish10,  finish9,   finish8,   finish7,   finish6,
                         finish5,   finish4,   finish3,   finish2,   finish1,  start1) FinishDate
               ,sleeperMinutes

        from    sleeper
        ) as details

where   datediff(minute, StartingDate, FinishDate) > 1440

union all


select    'All'
         ,count(distinct driverID) DriverCount
         ,sum(sleeperMinutes) sleepMinutes
         ,count(*) records

from (
      select    distinct
                driverid
               ,start1 StartingDate
               ,coalesce(finish40,  finish39,  finish38,  finish37,  finish36,  finish35,  finish34,
                         finish33,  finish32,  finish31,  finish30,  finish29,  finish28,  finish27,
                         finish26,  finish25,  finish24,  finish23,  finish22,  finish21,  finish20,
                         finish19,  finish18,  finish17,  finish16,  finish15,  finish14,  finish13,
                         finish12,  finish11,  finish10,  finish9,   finish8,   finish7,   finish6,
                         finish5,   finish4,   finish3,   finish2,   finish1,  start1) FinishDate
               ,sleeperMinutes

        from    sleeper
        ) as details

/*************************************************************
** Top 25 records in the sleeper table based on start1 to last finish.
**
** driverid   StartingDate     FinishDate        DurationMinutes   DurationTime
** --------   ------------     ----------        ---------------   ------------
** G444D      2015-12-12 09:22 2016-09-01 19:00  380738            6345 hours 38 minutes
** 101ID      2015-08-28 18:06 2016-03-24 19:00  301014            5016 hours 54 minutes
** 505VD      2016-08-29 00:00 2016-09-16 10:46  26566             442 hours 46 minutes
** 062JD      2016-03-15 13:17 2016-03-30 03:44  21027             350 hours 27 minutes
** CY50D      2018-12-23 02:57 2019-01-04 11:01  17764             296 hours 4 minutes
** HE49D      2018-12-18 20:50 2018-12-31 00:00  17470             291 hours 10 minutes
** S067D      2015-02-13 18:10 2015-02-25 17:59  17269             287 hours 49 minutes
** J013D      2017-05-10 16:47 2017-05-22 12:50  17043             284 hours 3 minutes
** 517SD      2016-01-21 10:45 2016-02-01 19:40  16375             272 hours 55 minutes
** 141KD      2015-12-23 04:39 2016-01-03 11:23  16244             270 hours 44 minutes
** 429UD      2016-07-01 13:19 2016-07-12 08:59  15580             259 hours 40 minutes
** 517SD      2016-04-12 13:37 2016-04-22 22:25  14928             248 hours 48 minutes
** 093ED      2015-06-13 07:33 2015-06-23 15:36  14883             248 hours 3 minutes
** 959RD      2016-08-07 14:22 2016-08-17 21:51  14849             247 hours 29 minutes
** 948QD      2016-03-10 00:56 2016-03-20 08:11  14835             247 hours 15 minutes
** 809HD      2015-06-23 03:01 2015-07-03 09:48  14807             246 hours 47 minutes
** 870TD      2016-02-28 16:07 2016-03-09 20:34  14667             244 hours 27 minutes
** 062JD      2016-02-27 07:21 2016-03-08 10:39  14598             243 hours 18 minutes
** DY50D      2017-11-23 15:03 2017-12-03 16:06  14463             241 hours 3 minutes
** 935MD      2019-01-12 16:49 2019-01-22 13:48  14219             236 hours 59 minutes
** 677CD      2014-12-20 16:09 2014-12-30 10:52  14083             234 hours 43 minutes
** G444D      2017-02-16 18:17 2017-02-26 08:54  13837             230 hours 37 minutes
** BE44D      2017-03-09 02:41 2017-03-18 14:02  13641             227 hours 21 minutes
```

Exhibit C                              Page 17                              SQL Queries

Ex. F, p. 555

Dueker v. CRST                                                                Supplemental Report of Charles Platt

Case No. 2:180cv008751-FMO-FEM                                                              October 12, 2019

```
** 959RD      2016-09-22 15:50   2016-10-02 00:00   13450        224 hours 10 minutes
** 062JD      2015-09-04 13:12   2015-09-13 14:16   13024        217 hours 4 minutes
**************************************************************/

select  top 25
        driverid
       ,StartingDate
       ,FinishDate
       ,datediff(minute, StartingDate, FinishDate) DurationMinutes
       ,cast(cast(floor(datediff(minute, StartingDate, FinishDate)/60) as int) as varchar(5)) + ' hours ' +
                  cast(cast(datediff(minute, StartingDate, FinishDate) - (floor(datediff(minute,
                  StartingDate, FinishDate)/60)*60) as int) as varchar(2)) + ' minutes' DurationTime

from (
      select  distinct
              driverid
             ,start1 StartingDate
             ,coalesce(finish40, finish39, finish38, finish37, finish36, finish35, finish34,
                  finish33, finish32, finish31, finish30, finish29, finish28, finish27,
                  finish26, finish25, finish24, finish23, finish22, finish21, finish20,
                  finish19, finish18, finish17, finish16, finish15, finish14, finish13,
                  finish12, finish11, finish10, finish9,  finish8,  finish7,  finish6,
                  finish5,  finish4,  finish3,  finish2,  finish1, start1) FinishDate

      from   sleeper
      where  sleeperMinutes > 0
      ) as details

order by durationMinutes desc




/**************************************************************
 **
 ** Query used to break into days that exceed specific durations
 **
 ** category         RecordCount
 ** ---------------- -----------
 ** All              6256
 ** Exceeds 1 Day    1361
 ** Exceeds 1.5 Day  968
 ** Exceeds 2 Days   691
 ** Exceeds 2.5 Days 497
 ** Exceeds 3 Days   340
 ** Exceeds 4 Days   203
 ** Exceeds 5 Days   127
 ** Exceeds 10 Days  19
 **************************************************************/

select  'All' category
       ,Count(*) RecordCount
from   sleeper s1
where  sleeperMinutes > 0

union

select  'Exceeds 1 Day' category
       ,Count(*) RecordCount
from   sleeper s1
where  datediff(hour, start1, coalesce(finish40, finish39, finish38, finish37, finish36, finish35,
                  finish34, finish33, finish32, finish31, finish30, finish29, finish28,
                  finish27, finish26, finish25, finish24, finish23, finish22, finish21,
                  finish20, finish19, finish18, finish17, finish16, finish15, finish14,
                  finish13, finish12, finish11, finish10, finish9,  finish8,  finish7,
                  finish6,  finish5,  finish4,  finish3,  finish2,  finish1, start1)) >= 24
and    sleeperMinutes > 0

union

select  'Exceeds 1.5 Day' category
       ,Count(*) RecordCount
from   sleeper s1
```

Exhibit C                          Page 18                          SQL Queries

Ex. F, p. 556

Dueker v. CRST                                                            Supplemental Report of Charles Platt

Case No. 2:180cv008751-FMO-FEM                                                      October 12, 2019

```sql
where   datediff(hour, start1, coalesce(finish40,    finish39, finish38, finish37, finish36,  finish35,
                               finish34, finish33, finish32, finish31, finish30, finish29,  finish28,
                               finish27, finish26, finish25, finish24, finish23, finish22,  finish21,
                               finish20, finish19, finish18, finish17, finish16, finish15,  finish14,
                               finish13, finish12, finish11, finish10, finish9,  finish8,   finish7,
                               finish6,  finish5,  finish4,  finish3,  finish2,  finish1, start1)) >= 36
and     sleeperMinutes > 0

union

select  'Exceeds 2 Days' category
       ,Count(*) RecordCount
from    sleeper sl
where   datediff(hour, start1, coalesce(finish40,    finish39, finish38, finish37, finish36,  finish35,
                               finish34, finish33, finish32, finish31, finish30, finish29,  finish28,
                               finish27, finish26, finish25, finish24, finish23, finish22,  finish21,
                               finish20, finish19, finish18, finish17, finish16, finish15,  finish14,
                               finish13, finish12, finish11, finish10, finish9,  finish8,   finish7,
                               finish6,  finish5,  finish4,  finish3,  finish2,  finish1, start1)) >= 48
and     sleeperMinutes > 0

union

select  'Exceeds 2.5 Days' category
       ,Count(*) RecordCount
from    sleeper sl
where   datediff(hour, start1, coalesce(finish40,    finish39, finish38, finish37, finish36,  finish35,
                               finish34, finish33, finish32, finish31, finish30, finish29,  finish28,
                               finish27, finish26, finish25, finish24, finish23, finish22,  finish21,
                               finish20, finish19, finish18, finish17, finish16, finish15,  finish14,
                               finish13, finish12, finish11, finish10, finish9,  finish8,   finish7,
                               finish6,  finish5,  finish4,  finish3,  finish2,  finish1, start1)) >= 60
and     sleeperMinutes > 0

union

select  'Exceeds 3 Days' category
       ,Count(*) RecordCount
from    sleeper sl
where   datediff(hour, start1, coalesce(finish40,    finish39, finish38, finish37, finish36,  finish35,
                               finish34, finish33, finish32, finish31, finish30, finish29,  finish28,
                               finish27, finish26, finish25, finish24, finish23, finish22,  finish21,
                               finish20, finish19, finish18, finish17, finish16, finish15,  finish14,
                               finish13, finish12, finish11, finish10, finish9,  finish8,   finish7,
                               finish6,  finish5,  finish4,  finish3,  finish2,  finish1, start1)) >= 72
and     sleeperMinutes > 0

union

select  'Exceeds 4 Days' category
       ,Count(*) RecordCount
from    sleeper sl
where   datediff(hour, start1, coalesce(finish40,    finish39, finish38, finish37, finish36,  finish35,
                               finish34, finish33, finish32, finish31, finish30, finish29,  finish28,
                               finish27, finish26, finish25, finish24, finish23, finish22,  finish21,
                               finish20, finish19, finish18, finish17, finish16, finish15,  finish14,
                               finish13, finish12, finish11, finish10, finish9,  finish8,   finish7,
                               finish6,  finish5,  finish4,  finish3,  finish2,  finish1, start1)) >= 96
and     sleeperMinutes > 0

union

select  'Exceeds 5 Days' category
       ,Count(*) RecordCount
from    sleeper sl
where   datediff(hour, start1, coalesce(finish40,    finish39, finish38, finish37, finish36,  finish35,
                               finish34, finish33, finish32, finish31, finish30, finish29,  finish28,
                               finish27, finish26, finish25, finish24, finish23, finish22,  finish21,
                               finish20, finish19, finish18, finish17, finish16, finish15,  finish14,
                               finish13, finish12, finish11, finish10, finish9,  finish8,   finish7,
                               finish6,  finish5,  finish4,  finish3,  finish2,  finish1, start1)) >= 120
and     sleeperMinutes > 0
```

Exhibit C                                    Page 19                                     SQL Queries

Dueker v. CRST                                                    Supplemental Report of Charles Platt

Case No. 2:180cv008751-FMO-FEM                                              October 12, 2019

```
union

select    'Exceeds 10 Days' category
         ,Count(*) RecordCount
from      sleeper sl
where     datediff(hour, start1, coalesce(finish40,     finish39,   finish38,   finish37,   finish36,   finish35,
                         finish34,   finish33,   finish32,   finish31,   finish30,   finish29,   finish28,
                         finish27,   finish26,   finish25,   finish24,   finish23,   finish22,   finish21,
                         finish20,   finish19,   finish18,   finish17,   finish16,   finish15,   finish14,
                         finish13,   finish12,   finish11,   finish10,   finish9,    finish8,    finish7,
                         finish6,    finish5,    finish4,    finish3,    finish2,    finish1, start1)) >= 240
and       sleeperMinutes > 0
```

Exhibit C                              Page 20                              SQL Queries

Ex. F, p. 558

Dueker v. CRST                                                    Supplemental Report of Charles Platt
Case No. 2:180cv008751-FMO-FEM                                                    October 12, 2019

```
/****************************************************************
 ****************************************************************

           CRSTX-02825 - Woolfson Database Analysis

             Sleeper Shift Duration Analysis

 ****************************************************************
 ****************************************************************/


/****************************************************************
 ** Top 25 records in the sleeper table based on sleeperminutes
 ** duration that do not equal or exceed 24 hours.
 **
 ** DurationBetween  RecordCount  TotalSleeperHours
 ** ---------------  -----------  --------------------
 ** Less than 2hrs   426          629.1516
 ** 2hrs - 4hrs      1516         4464.8513
 ** 4hrs - 6hrs      1476         7269.2821
 ** 6hrs - 8hrs      846          5904.5056
 ** 8hrs - 10hrs     596          5334.7471
 ** 10hrs - 12hrs    541          5942.4987
 ** 12hrs - 15hrs    664          8845.0605
 ** 15hrs - 24hrs    179          3210.8615
 ** Exceeds 24 hrs   12           325.3664
 **
 ****************************************************************/
select   'Less than 2hrs' DurationBetween
        ,Count(*) RecordCount
        ,sum(sleeperminutes/60) TotalSleeperHours

from     sleeper sl
where    sleeperMinutes > 0
and      sleeperMinutes < 120

union all

select   '2hrs - 4hrs' DurationBetween
        ,Count(*) RecordCount
        ,sum(sleeperminutes/60) TotalSleeperHours

from     sleeper sl
where    sleeperMinutes >= 120
and      sleeperMinutes < 240

union all

select   '4hrs - 6hrs' DurationBetween
        ,Count(*) RecordCount
        ,sum(sleeperminutes/60) TotalSleeperHours

from     sleeper sl
where    sleeperMinutes >= 240
and      sleeperMinutes < 360

union all

select   '6hrs - 8hrs' DurationBetween
        ,Count(*) RecordCount
        ,sum(sleeperminutes/60) TotalSleeperHours

from     sleeper sl
where    sleeperMinutes >= 360
and      sleeperMinutes < 480

union all

select   '8hrs - 10hrs' DurationBetween
        ,Count(*) RecordCount
        ,sum(sleeperminutes/60) TotalSleeperHours
```

Exhibit C                        Page 21                        SQL Queries

Ex. F, p. 559

Dueker v. CRST                                                    Supplemental Report of Charles Platt

Case No. 2:180cv008751-FMO-FEM                                                    October 12, 2019

```
from      sleeper sl
where     sleeperMinutes >= 480
and       sleeperMinutes < 600

union all

select    '10hrs - 12hrs' DurationBetween
         ,Count(*) RecordCount
         ,sum(sleeperminutes/60) TotalSleeperHours

from      sleeper sl
where     sleeperMinutes >= 600
and       sleeperMinutes < 720

union all

select    '12hrs - 15hrs' DurationBetween
         ,Count(*) RecordCount
         ,sum(sleeperminutes/60) TotalSleeperHours

from      sleeper sl
where     sleeperMinutes >= 720
and       sleeperMinutes < 900

union all

select    '15hrs - 24hrs' DurationBetween
         ,Count(*) RecordCount
         ,sum(sleeperminutes/60) TotalSleeperHours

from      sleeper sl
where     sleeperMinutes >= 900
and       sleeperMinutes < 1440

union all

select    'Exceeds 24 hrs' DurationBetween
         ,Count(*) RecordCount
         ,sum(sleeperminutes/60) TotalSleeperHours

from      sleeper sl
where     sleeperMinutes >= 1440

/**********************************************************
** Top 25 records in the sleeper table based on sleeperminutes
** duration that do not equal or exceed 24 hours.
**
** driverid   StartingDate        WoolfsonMinutes    WoolfsonTime
** -------    -------------       ---------------    ------------------
** X713D      2014-02-02 10:56    1422.00            23 hours 42 minutes
** 175LD      2015-05-14 12:31    1419.00            23 hours 39 minutes
** 141KD      2016-02-05 23:21    1416.00            23 hours 36 minutes
** 089DD      2014-02-03 13:15    1408.00            23 hours 28 minutes
** 573ZD      2014-02-18 11:53    1403.00            23 hours 23 minutes
** 103HD      2015-03-25 14:58    1375.00            22 hours 55 minutes
** BF08D      2017-01-31 00:00    1370.00            22 hours 50 minutes
** 093ED      2015-07-21 05:29    1364.00            22 hours 44 minutes
** K429D      2014-08-27 00:52    1358.00            22 hours 38 minutes
** 117FD      2015-08-03 01:25    1355.00            22 hours 35 minutes
** 141KD      2015-12-23 04:39    1350.00            22 hours 30 minutes
** 940KD      2015-07-07 10:20    1350.00            22 hours 30 minutes
** 702BD      2015-01-19 13:30    1347.00            22 hours 27 minutes
** 940KD      2017-04-21 06:44    1338.00            22 hours 18 minutes
** EU37D      2018-05-20 22:22    1338.00            22 hours 18 minutes
** CW92D      2017-05-12 09:54    1314.00            21 hours 54 minutes
** 922MD      2015-09-25 15:57    1311.00            21 hours 51 minutes
** 499AD      2014-01-22 11:41    1302.00            21 hours 42 minutes
** T714D      2015-06-09 05:03    1301.00            21 hours 41 minutes
** FY79D      2018-07-17 02:06    1301.00            21 hours 41 minutes
** 940KD      2015-03-29 15:47    1299.00            21 hours 39 minutes
** AH16D      2016-11-03 14:26    1292.00            21 hours 32 minutes
** T714D      2015-03-09 15:47    1290.00            21 hours 30 minutes
** 938ED      2015-06-08 10:57    1280.00            21 hours 20 minutes
```

Exhibit C                            Page 22                            SQL Queries

Ex. F, p. 560

Dueker v. CRST                                                          Supplemental Report of Charles Platt

Case No. 2:180cv008751-FMO-FEM                                                          October 12, 2019

```
** T714D       2014-07-27 14:41   1278.00        21 hours 18 minutes
**
*********************************************************************/


select    distinct top 25
          sl.driverid
         ,start1 StartingDate
         ,sleeperminutes WoolfsonMinutes
         ,cast(cast(floor(sleeperMinutes/60) as int) as varchar(2)) + ' hours ' + cast(cast(sleeperMinutes -
              (floor(sleeperMinutes/60)*60) as int) as varchar(2)) + ' minutes' WoolfsonTime

from     sleeper sl
where    sleeperMinutes > 0
and      sleeperMinutes < 1440
order by sleeperminutes desc

/*********************************************************************
** Records in the sleeper table based on sleeperminutes
** duration that exceed 24 hours.
**
** driverid    StartingDate           WoolfsonMinutes        WoolfsonTime
** ----------  ---------------------  ---------------------  --------------------
** DM72D       2017-08-07 02:03:00.000 2034.00               33 hours 54 minutes
** 101ID       2015-08-28 18:06:00.000 1794.00               29 hours 54 minutes
** 604ID       2015-01-12 19:10:00.000 1677.00               27 hours 57 minutes
** H939D       2015-04-28 01:21:00.000 1636.00               27 hours 16 minutes
** 532DD       2015-03-25 11:24:00.000 1629.00               27 hours 9 minutes
** 117FD       2015-05-07 11:01:00.000 1573.00               26 hours 13 minutes
** C327D       2014-11-05 02:39:00.000 1556.00               25 hours 56 minutes
** 422BD       2014-06-12 04:39:00.000 1551.00               25 hours 51 minutes
** 604ID       2015-06-08 04:50:00.000 1542.00               25 hours 42 minutes
** 093FD       2015-10-11 09:18:00.000 1535.00               25 hours 35 minutes
** 093ED       2015-05-18 01:26:00.000 1509.00               25 hours 9 minutes
** 093FD       2014-07-14 09:22:00.000 1486.00               24 hours 46 minutes
**
*********************************************************************/


select
          sl.driverid
         ,start1 StartingDate
         ,sleeperminutes WoolfsonMinutes
         ,cast(cast(floor(sleeperMinutes/60) as int) as varchar(2)) + ' hours ' + cast(cast(sleeperMinutes -
              (floor(sleeperMinutes/60)*60) as int) as varchar(2)) + ' minutes' WoolfsonTime

from     sleeper sl
where    sleeperMinutes >= 1440
order by sleeperminutes desc
```

Exhibit C                            Page 23                            SQL Queries

Ex. F, p. 561

Dueker v. CRST                                                    Supplemental Report of Charles Platt

Case No. 2:180cv008751-FMO-FEM                                           October 12, 2019

```
/*******************************************************************
 ******************************************************************


            CRSTX-02825 - Woolfson Database Analysis

              Sleeper and Final Table Stats


 ******************************************************************
 *****************************************************************/


/*******************************************************************
 ** Stats for the final table where driver is in second data production
 ** to match to sleeper table
 **
 ** DriverCount    MinuteCount
 ** -------        ---------------
 ** 305            2515592.00
 *****************************************************************/

select   count(distinct driverID) DriverCount
         ,sum(totalSleeperMinutesOwed) MinuteCount

from     final
where    driverID in (select driverID from allDrivers)
and      totalSleeperMinutesOwed > 0


/*******************************************************************
 ** Stats for the final table to match numbers in Sept. Report
 **
 ** Category                    DriverCount ShiftCount
 ** -------------------------   ------------------------
 ** All Drivers                 371         7231
 ** Drivers with Sleeper Time   344         7231
 *****************************************************************/
select   'All Drivers' Category
         ,count(distinct driverID) DriverCount
         ,sum(shiftsWithCaMinutesOwed) ShiftCount

from     final

union

select   'Drivers with Sleeper Time' Category
         ,count(distinct driverID) DriverCount
         ,sum(shiftsWithCaMinutesOwed) ShiftCount

from     final
where    totalSleeperMinutesOwed > 0


/*******************************************************************
 ** Stats for the sleeper table to match numbers in Sept. Report
 **
 ** DriverCount ShiftCount
 ** ----------- ----------------------
 ** 305         2515592.00
 *****************************************************************/

select   count(distinct driverID) DriverCount
         ,sum(sleeperMinutes) ShiftCount

from     sleeper
where    sleeperMinutes > 0
```

Exhibit C                          Page 24                          SQL Queries

Ex. F, p. 562

Dueker v. CRST                                          Supplemental Report of Charles Platt

Case No. 2:180cv008751-FMO-FEM                                          October 12, 2019

```
/*********************************************************
 *********************************************************


        CRSTX-02825 - Woolfson Database Analysis

        Sleeper Point to Point Duration Analysis


 *********************************************************
 *********************************************************/


/*********************************************************
 **
 ** Query used to determine duration between two locations in
 ** sleeper table.
 **
 *********************************************************/

Declare @Destination1 varchar(250) = 'Santa Fe Springs, CA';
Declare @Destination2 varchar(250) = 'Grand Terrace, CA';

SELECT [driverId]
      ,sleeperMinutes
      ,IsNull([CaliforniaMiles1],0) + IsNull([CaliforniaMiles2],0) +   IsNull([CaliforniaMiles3],0) +
                IsNull([CaliforniaMiles4],0) +   IsNull([CaliforniaMiles5],0) +
                IsNull([CaliforniaMiles6],0) +   IsNull([CaliforniaMiles7],0) +
                IsNull([CaliforniaMiles8],0) +   IsNull([CaliforniaMiles9],0) +
                IsNull([CaliforniaMiles10],0) +   IsNull([CaliforniaMiles11],0) +
                IsNull([CaliforniaMiles12],0) +   IsNull([CaliforniaMiles13],0) +
                IsNull([CaliforniaMiles14],0) +   IsNull([CaliforniaMiles15],0) +
                IsNull([CaliforniaMiles16],0) +   IsNull([CaliforniaMiles17],0) +
                IsNull([CaliforniaMiles18],0) +   IsNull([CaliforniaMiles19],0) +
                IsNull([CaliforniaMiles20],0) +   IsNull([CaliforniaMiles21],0) +
                IsNull([CaliforniaMiles22],0) +   IsNull([CaliforniaMiles23],0) +
                IsNull([CaliforniaMiles24],0) +   IsNull([CaliforniaMiles25],0) +
                IsNull([CaliforniaMiles26],0) +   IsNull([CaliforniaMiles27],0) +
                IsNull([CaliforniaMiles28],0) +   IsNull([CaliforniaMiles29],0) +
                IsNull([CaliforniaMiles30],0) +   IsNull([CaliforniaMiles31],0) +
                IsNull([CaliforniaMiles32],0) +   IsNull([CaliforniaMiles33],0) +
                IsNull([CaliforniaMiles34],0) +   IsNull([CaliforniaMiles35],0) +
                IsNull([CaliforniaMiles36],0) +   IsNull([CaliforniaMiles37],0) +
                IsNull([CaliforniaMiles38],0) +   IsNull([CaliforniaMiles39],0) +
                IsNull([CaliforniaMiles40],0) caMiles
      ,start1 StartDate
      ,stateStart1
      ,stateFinish1
      ,stateStart2
      ,IsNull(stateFinish2, '') startFinish1
      ,cast(cast(floor(sleeperMinutes/60) as int) as varchar(2)) + ' hours ' + cast(cast(sleeperMinutes -
                    (floor(sleeperMinutes/60)*60) as int) as varchar(2)) + ' minutes' WoolfsonTime

  FROM [sleeper]
 where sleeperminutes > 0

  and (   [stateStart1] like '%' + @Destination1 +'%'
       or [stateStart2] like '%' + @Destination1 +'%'
       or [stateFinish1] like '%' + @Destination1 +'%'
       or [stateFinish2] like '%' + @Destination1 +'%' )

  and (   [stateStart1] like '%' + @Destination2 +'%'
       or [stateStart2] like '%' + @Destination2 +'%'
       or [stateFinish1] like '%' + @Destination2 +'%'
       or [stateFinish2] like '%' + @Destination2 +'%' )

  and IsNull(stateStart3, stateStart2) = stateStart2 and   stateStart4 is null and   stateStart5 is null and
                    stateStart6 is null and   stateStart7 is null and   stateStart8 is null and
                    stateStart9 is null and   stateStart10 is null and   stateStart11 is null and
                    stateStart12 is null and   stateStart13 is null and   stateStart14 is null and
                    stateStart15 is null and   stateStart16 is null and   stateStart17 is null and
                    stateStart18 is null and   stateStart19 is null and   stateStart20 is null and
                    stateStart21 is null and   stateStart22 is null and   stateStart23 is null and
                    stateStart24 is null and   stateStart25 is null and   stateStart26 is null and
                    stateStart27 is null and   stateStart28 is null and   stateStart29 is null and
```

Exhibit C                              Page 25                              SQL Queries

Ex. F, p. 563

Dueker v. CRST                                                    Supplemental Report of Charles Platt

Case No. 2:180cv008751-FMO-FEM                                              October 12, 2019

```
                    stateStart30 is null and   stateStart31 is null and   stateStart32 is null and
                    stateStart33 is null and   stateStart34 is null and   stateStart35 is null and
                    stateStart36 is null and   stateStart37 is null and   stateStart38 is null and
                    stateStart39 is null and   stateStart40 is null
      and  stateFinish3 is null and      stateFinish4 is null and    stateFinish5 is null and   stateFinish6 is null and
                    stateFinish7 is null and   stateFinish8 is null and   stateFinish9 is null and
                    stateFinish10 is null and stateFinish11 is null and stateFinish12 is null and
                    stateFinish13 is null and stateFinish14 is null and stateFinish15 is null and
                    stateFinish16 is null and stateFinish17 is null and stateFinish18 is null and
                    stateFinish19 is null and stateFinish20 is null and stateFinish21 is null and
                    stateFinish22 is null and stateFinish23 is null and stateFinish24 is null and
                    stateFinish25 is null and stateFinish26 is null and stateFinish27 is null and
                    stateFinish28 is null and stateFinish29 is null and stateFinish30 is null and
                    stateFinish31 is null and stateFinish32 is null and stateFinish33 is null and
                    stateFinish34 is null and stateFinish35 is null and stateFinish36 is null and
                    stateFinish37 is null and stateFinish38 is null and stateFinish39 is null and
                    stateFinish40 is null
      order by sleeperMinutes desc
```

Exhibit C                                    Page 26                                    SQL Queries

Ex. F, p. 564

Dueker v. CRST

Supplemental Report of Charles Platt

Case No. 2:180cv008751-FMO-FEM

October 12, 2019

```
/**********************************************************
 **********************************************************

           CRSTX-02825 - Woolfson Database Analysis

              Specific Sleeper Examples

 **********************************************************
 **********************************************************/

/**********************************************************
 ** Sedona AZ to Grand Terrace CA Example
 **
 ** driverID   StartTime          WoolfsonMinutes    caMiles           WoolfsonTime      stateStart1                    stateFinish1
 ** --------   ----------------   ---------------    -------           ----------------  ------------------------       -------------------------------
 ** 028RD      2015-08-26 02:22:00.000 532.00        172.00            8 hours 52 minutes (AZ) 36 mi NW of Sedona, AZ   (CA) 4 mi W of Grand Terrace, CA
 **********************************************************/
select  driverID
        ,start1 StartTime
        ,sleeperMinutes WoolfsonMinutes
        ,IsNull([CaliforniaMiles1],0) +  IsNull([CaliforniaMiles2],0) +   IsNull([CaliforniaMiles3],0) +      IsNull([CaliforniaMiles4],0) +
                IsNull([CaliforniaMiles5],0) +  IsNull([CaliforniaMiles6],0) +  IsNull([CaliforniaMiles7],0) +
                IsNull([CaliforniaMiles8],0) +  IsNull([CaliforniaMiles9],0) +  IsNull([CaliforniaMiles10],0) +
                IsNull([CaliforniaMiles11],0) + IsNull([CaliforniaMiles12],0) + IsNull([CaliforniaMiles13],0) +
                IsNull([CaliforniaMiles14],0) + IsNull([CaliforniaMiles15],0) + IsNull([CaliforniaMiles16],0) +
                IsNull([CaliforniaMiles17],0) + IsNull([CaliforniaMiles18],0) + IsNull([CaliforniaMiles19],0) +
                IsNull([CaliforniaMiles20],0) + IsNull([CaliforniaMiles21],0) + IsNull([CaliforniaMiles22],0) +
                IsNull([CaliforniaMiles23],0) + IsNull([CaliforniaMiles24],0) + IsNull([CaliforniaMiles25],0) +
                IsNull([CaliforniaMiles26],0) + IsNull([CaliforniaMiles27],0) + IsNull([CaliforniaMiles28],0) +
                IsNull([CaliforniaMiles29],0) + IsNull([CaliforniaMiles30],0) + IsNull([CaliforniaMiles31],0) +
                IsNull([CaliforniaMiles32],0) + IsNull([CaliforniaMiles33],0) + IsNull([CaliforniaMiles34],0) +
                IsNull([CaliforniaMiles35],0) + IsNull([CaliforniaMiles36],0) + IsNull([CaliforniaMiles37],0) +
                IsNull([CaliforniaMiles38],0) + IsNull([CaliforniaMiles39],0) + IsNull([CaliforniaMiles40],0) caMiles
        ,cast(cast(floor(sleeperMinutes/60) as int) as varchar(2)) + ' hours ' + cast(cast(sleeperMinutes - (floor(sleeperMinutes/60)*60) as int)
                as varchar(2)) + ' minutes' WoolfsonTime
        ,stateStart1
        ,stateFinish1

from    sleeper
where   driverID = '028RD'
and     start1 = '08/26/2015 2:22am'

/**********************************************************
 ** Hesperia CA to Grand Terrace CA Example
 **
 ** driverID   StartTime          WoolfsonMinutes    caMiles           WoolfsonTime       stateStart1                     stateFinish1
 ** --------   ----------------   ---------------    -------           -----------------  ------------------------        -------------------------------
 ** 702BD      2014-02-25 04:45:00.000 846.00        40.30             14 hours 6 minutes (CA) 6 mi W of Hesperia, CA     (CA) 4 mi W of Grand Terrace, CA
 **
 **********************************************************/
select  driverID
        ,start1 StartTime
```

Exhibit C                                    Page 27                                    SQL Queries

Ex. F, p. 565

```
              ,sleeperMinutes WoolfsonMinutes
              ,IsNull([CaliforniaMiles1],0) +   IsNull([CaliforniaMiles2],0) +   IsNull([CaliforniaMiles3],0) +    IsNull([CaliforniaMiles4],0) +
                       IsNull([CaliforniaMiles5],0) +   IsNull([CaliforniaMiles6],0) +   IsNull([CaliforniaMiles7],0) +
                       IsNull([CaliforniaMiles8],0) +   IsNull([CaliforniaMiles9],0) +   IsNull([CaliforniaMiles10],0) +
                       IsNull([CaliforniaMiles11],0) +  IsNull([CaliforniaMiles12],0) +  IsNull([CaliforniaMiles13],0) +
                       IsNull([CaliforniaMiles14],0) +  IsNull([CaliforniaMiles15],0) +  IsNull([CaliforniaMiles16],0) +
                       IsNull([CaliforniaMiles17],0) +  IsNull([CaliforniaMiles18],0) +  IsNull([CaliforniaMiles19],0) +
                       IsNull([CaliforniaMiles20],0) +  IsNull([CaliforniaMiles21],0) +  IsNull([CaliforniaMiles22],0) +
                       IsNull([CaliforniaMiles23],0) +  IsNull([CaliforniaMiles24],0) +  IsNull([CaliforniaMiles25],0) +
                       IsNull([CaliforniaMiles26],0) +  IsNull([CaliforniaMiles27],0) +  IsNull([CaliforniaMiles28],0) +
                       IsNull([CaliforniaMiles29],0) +  IsNull([CaliforniaMiles30],0) +  IsNull([CaliforniaMiles31],0) +
                       IsNull([CaliforniaMiles32],0) +  IsNull([CaliforniaMiles33],0) +  IsNull([CaliforniaMiles34],0) +
                       IsNull([CaliforniaMiles35],0) +  IsNull([CaliforniaMiles36],0) +  IsNull([CaliforniaMiles37],0) +
                       IsNull([CaliforniaMiles38],0) +  IsNull([CaliforniaMiles39],0) +  IsNull([CaliforniaMiles40],0) caMiles
              ,cast(cast(floor(sleeperMinutes/60) as int) as varchar(2)) + ' hours ' + cast(cast(sleeperMinutes - (floor(sleeperMinutes/60)*60) as int)
                       as varchar(2)) + ' minutes' WoolfsonTime
              ,stateStart1
              ,stateFinish1

from     sleeper
where    driverID = '702BD'
and      start1 = '02/25/2014 4:45am '


/***************************************************************
** Longest Single 'Day' Example
**
** driverID   StartTime                FinishTime                TotalMinutes TotalDays  TotalYears
** ---------  -----------------------  -----------------------   ------------ ---------- -----------
** 738RD      2015-12-23 09:55:00.000  2019-04-19 19:00:00.000   1747265      1213       3
**
***************************************************************/

select  top 1
        driverID
        ,start1 StartTime
        ,coalesce(finish40,    finish39,   finish38,   finish37,   finish36,   finish35,   finish34,   finish33,       finish32,       finish31,
                     finish30,   finish29,   finish28,   finish27,   finish26,   finish25,   finish24,   finish23,       finish22,       finish21,
                     finish20,   finish19,   finish18,   finish17,   finish16,   finish15,   finish14,   finish13,       finish12,       finish11,
                     finish10,   finish9,    finish8,    finish7,    finish6,    finish5,    finish4,    finish3,        finish2,        finish1,
                     start1) FinishTime
        ,datediff(minute, start1, coalesce(finish40,    finish39,   finish38,   finish37,   finish36,   finish35,   finish34,   finish33,
                     finish32,   finish31,   finish30,   finish29,   finish28,   finish27,   finish26,   finish25,   finish24,       finish23,
                     finish22,   finish21,   finish20,   finish19,   finish18,   finish17,   finish16,   finish15,   finish14,       finish13,
                     finish12,   finish11,   finish10,   finish9,    finish8,    finish7,    finish6,    finish5,    finish4,        finish3,
                     finish2,    finish1, start1)) TotalMinutes
        ,datediff(day, start1, coalesce(finish40,    finish39,   finish38,   finish37,   finish36,   finish35,   finish34,       finish33,
                     finish32,   finish31,   finish30,   finish29,   finish28,   finish27,   finish26,   finish25,   finish24,       finish23,
                     finish22,   finish21,   finish20,   finish19,   finish18,   finish17,   finish16,   finish15,       finish14,       finish13,
```

Exhibit C                                    Page 28                                    SQL Queries

Ex. F, p. 566

Dueker v. CRST

Supplemental Report of Charles Platt

Case No. 2:180cv008751-FMO-FEM

October 12, 2019

```
                      finish12,  finish11,  finish10,  finish9,   finish8,   finish7,   finish6,   finish5,        finish4,        finish3,
                      finish2,   finish1,   start1))  TotalDays
             ,(datediff(day,  start1,  coalesce(finish40,   finish39,  finish38,  finish37,  finish36,  finish35,      finish34,       finish33,
                      finish32,  finish31,  finish30,  finish29,  finish28,  finish27,  finish26,  finish25,        finish24,       finish23,
                      finish22,  finish21,  finish20,  finish19,  finish18,  finish17,  finish16,  finish15,        finish14,       finish13,
                      finish12,  finish11,  finish10,  finish9,   finish8,   finish7,   finish6,   finish5,        finish4,        finish3,
                      finish2,   finish1,   start1))/365)   TotalYears

from     sleeper
order by datediff(minute,  start1,  coalesce(finish40,   finish39,  finish38,  finish37,  finish36,  finish35,  finish34,      finish33,
                      finish32,  finish31,  finish30,  finish29,  finish28,  finish27,  finish26,  finish25,        finish24,       finish23,
                      finish22,  finish21,  finish20,  finish19,  finish18,  finish17,  finish16,  finish15,        finish14,       finish13,
                      finish12,  finish11,  finish10,  finish9,   finish8,   finish7,   finish6,   finish5,        finish4,        finish3,
                      finish2,   finish1,   start1))  desc


/*****************************************************************
** Driver B283D long sleeper segment example part 1 of 2 / sleeper
**
** driverID    StartTime              FinishTime              WoolfsonMinutes        WoolfsonTime
** ----------  ---------------------  ----------------------  ---------------------  ------------------
** B283D       2015-08-12 09:16:00.000 2015-08-12 22:10:00.000 436.00                 7 hours 16 minutes
** B283D       2015-09-22 06:52:00.000 2015-09-22 15:00:00.000 488.00                 8 hours 8 minutes
** B283D       2015-09-22 15:35:00.000 2015-09-22 21:10:00.000 209.00                 3 hours 29 minutes
** B283D       2015-09-29 01:27:00.000 2015-09-29 18:14:00.000 383.00                 6 hours 23 minutes
** B283D       2015-10-09 01:49:00.000 2015-10-14 20:26:00.000 1023.00                17 hours 3 minutes
** B283D       2015-10-29 02:24:00.000 2015-10-29 13:36:00.000 646.00                 10 hours 46 minutes
** B283D       2015-11-19 21:09:00.000 2015-11-20 19:07:00.000 709.00                 11 hours 49 minutes
** B283D       2015-12-13 06:59:00.000 2015-12-13 18:12:00.000 288.00                 4 hours 48 minutes
** B283D       2015-12-14 07:39:00.000 2015-12-14 18:58:00.000 299.00                 4 hours 59 minutes
**
*****************************************************************/

select   driverID
        ,start1 StartTime
        ,coalesce(finish40,   finish39,  finish38,  finish37,  finish36,  finish35,  finish34,  finish33,  finish32,      finish31,
                      finish30,  finish29,  finish28,  finish27,  finish26,  finish25,  finish24,  finish23,        finish22,       finish21,
                      finish20,  finish19,  finish18,  finish17,  finish16,  finish15,  finish14,  finish13,        finish12,       finish11,
                      finish10,  finish9,   finish8,   finish7,   finish6,   finish5,   finish4,   finish3,        finish2,        finish1,
                      start1) FinishTime
        ,sleeperminutes WoolfsonMinutes
        ,cast(cast(floor(sleeperMinutes/60) as int) as varchar(2)) + ' hours ' + cast(cast(sleeperMinutes - (floor(sleeperMinutes/60)*60) as int)
                      as varchar(2)) + ' minutes' WoolfsonTime

from     sleeper

where    sleeperMinutes > 0
and      driverId = 'B283D'

order by start1
```

Exhibit C                                    Page 29                                    SQL Queries

Ex. F, p. 567

Dueker v. CRST

Supplemental Report of Charles Platt

Case No. 2:180cv008751-FMO-FEM

October 12, 2019

```
/*****************************************************************
** Driver B283D long sleeper segment example part 2 of 2 / driverlogs
**
** DriverID    StartTime              Descript        Location                                          odometer
** ---------   --------------------   -----------     --------------------------------------------      -----------------------
** B283D       2015-10-09 00:00:00.000 OnDuty         3 mi ESE of Ontario, CA                           5806.50
** B283D       2015-10-09 00:00:00.000 OffDuty        3 mi ESE of Ontario, CA                           5806.50
** B283D       2015-10-09 00:27:00.000 OffDuty        3 mi ESE of Ontario, CA                           5806.60
** B283D       2015-10-09 01:14:00.000 Driving        2 mi E of Ontario, CA                             5806.70
** B283D       2015-10-09 01:49:00.000 Sleeper        4 mi W of Grand Terrace, CA                       5808.30
** B283D       2015-10-10 00:00:00.000 Sleeper        4 mi WSW of Grand Terrace, CA                     5808.30
** B283D       2015-10-11 00:00:00.000 Sleeper        4 mi WSW of Grand Terrace, CA                     5808.30
** B283D       2015-10-12 00:00:00.000 Sleeper        4 mi WSW of Grand Terrace, CA                     5808.30
** B283D       2015-10-13 00:00:00.000 Sleeper        4 mi WSW of Grand Terrace, CA                     5808.30
** B283D       2015-10-13 11:20:00.000 Sleeper        4 mi WSW of Grand Terrace, CA                     5808.30
** B283D       2015-10-13 23:15:00.000 Sleeper        7 mi N of Rialto, CA                              5810.90
** B283D       2015-10-14 00:00:00.000 Sleeper        7 mi N of Rialto, CA                              5810.90
** B283D       2015-10-14 02:27:00.000 Sleeper        7 mi N of Rialto, CA                              5810.90
** B283D       2015-10-14 20:11:00.000 Sleeper        6 mi W of Gallup, NM                              5870.60
** B283D       2015-10-14 20:26:00.000 Driving        6 mi W of Gallup, NM                              5870.60
** B283D       2015-10-14 22:41:00.000 OnDuty         2 mi WSW of Albuquerque, NM                       5884.70
** B283D       2015-10-14 23:04:00.000 Driving        2 mi WSW of Albuquerque, NM                       5884.80
** B283D       2015-10-15 00:00:00.000 Driving        21 mi E of Moriarty, NM                           5890.70
**
*****************************************************************/
select   DriverID
        ,StartTime
        ,Descript
        ,Location
        ,odometer

from     alldrivers

where    driverid = 'B283D'
and      startTime >= '10/9/2015'
and      startTime <= '10/15/2015'

order by startTime
```

Exhibit C                                    Page 30                                    SQL Queries

Ex. F, p. 568