# EXHIBIT I

**Declaration of Adam Blair Corren ("Corren Decl.")**

Adam Blair Corren, SBN: 183067
Spencer D. Sinclair, SBN: 294340
LAW OFFICES OF CORREN & CORREN
5345 N. El Dorado, Suite 7
Stockton, CA 95207
Telephone: (209) 478-2621
Facsimile: (209) 478-3038
acorren@correnlaw.com
ssinclair@correnlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER DUEKER, on behalf of himself and all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CRST EXPEDITED INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:18-cv-08751 FMO (FFMx)<br><br>**DECLARATION OF ADAM BLAIR CORREN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION IN LIMINE TO EXCLUDE THE TESTIMONY OF AARON WOOLFSON AND JEFFREY PETERSON** |

I, ADAM BLAIR CORREN, declare as follows:

1. I am over eighteen years of age and am the attorney of record for Plaintiff

Law Offices of Corren & Corren
5345 N. El Dorado, Suite 7
Stockton, CA 95207
(209) 478-2621

-1-
Corren Decl. In Support of Opposition to Defendant's Motion In Limine

Ex. I, p. 687

1  Christopher Dueker in the above-captioned lawsuit.

2      2.    I have personal knowledge of the matters stated herein and if called as a witness I could and would so testify.

3      3.    This Declaration is made in support of Plaintiffs' Opposition to Defendant's Motion In Limine to exclude the testimony of Aaron Woolfson and Jeffrey Peterson.

4      4.    In order to calculate unpaid sleeper berth time minimum wages and class-wide damages, Plaintiffs propounded multiple discovery requests for all Class member time records and wage statements. In response, the Defendant electronically provided Plaintiffs with driver wage statements and the only time related documents maintained by Defendant called driver logs, which are mandated by the Department of Transportation ("DOT") for safety reasons. More specifically, these driver logs are maintained to establish compliance with the DOT's hours of service rules to help ensure drivers are properly rested and do not drive too many hours without receiving a safe amount of time to sleep. The Defendant's driver logs record hours of service time in one of four time categories: driving time, on duty (not driving) time, sleeper berth time, and off duty time.

5      5.    Initially, the Defendant only provided such electronically maintained employment records for Plaintiff Class Representative, Chris Dueker. However, after considerable meet and confer efforts, the Defendant subsequently provided such employment records for a sampling of 25 Class members, and then subsequently a second sampling for an additional 21 Class members for a total sample size of 47 (including Mr. Dueker).

6      6.    As these electronic records were very voluminous and the driver logs contained thousands of time clock entries and driver shift segments, our office engaged the assistance of Dr. Jeffrey Petersen and Aaron Woolfson to analyze the records sample and project class-wide damages through the use of statistical analysis.

7      7.    Attached to the Joint Appendix of Evidence as Exhibit J are true and correct

Law Offices of Corren & Corren
5345 N. El Dorado, Suite 7
Stockton, CA 95207
(209) 478-2621

-2-

Corren Decl. In Support of Opposition to Defendant's Motion In Limine

Ex. I, p. 688

copies of excerpts of the Deposition of Defendant's Manager Margaret Davis taken in this case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: 11/20/19  LAW OFFICES OF CORREN & CORREN

_Adam Blair Corren_
ADAM BLAIR CORREN
Attorney for Plaintiffs

Law Offices of Corren & Corren
5345 N. El Dorado, Suite 7
Stockton, CA 95207
(209) 478-2621

-3-
Corren Decl. In Support of Opposition to Defendant's Motion In Limine

Ex. I, p. 689