# EXHIBIT J

**Transcript of the Deposition of Margaret Davis ("Davis Tr.")**

Atkinson-Baker, Inc.
www.depo.com

**CERTIFIED COPY**

```
         UNITED STATES DISTRICT COURT

         EASTERN DISTRICT OF CALIFORNIA


CHRISTOPHER DUEKER, on behalf  )
of himself and all persons     )
similarly situated,            )
                               )
     Plaintiffs,               )  CASE NO. 2:18-cv-08751 FMO
                               )         (FFMx)
vs.                            )
                               )  VIDEOTAPED DEPOSITION OF
CRST EXPEDITED INC., and       )  MS. MARGARET DAVIS
DOES 1 through 50, inclusive,  )
                               )
     Defendants.               )
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _)
```

          VIDEOTAPED DEPOSITION OF MS. MARGARET DAVIS,

taken before Gina M. Castro, Registered Shorthand Reporter

and Certified Shorthand Reporter for the State of Iowa,

beginning at 1:16 p.m. on April 30, 2019 at Doubletree by

Hilton, Cedar Rapids Convention Complex, 350 First Avenue

Northeast, Room 302, Cedar Rapids, Iowa 52401.

ATKINSON-BAKER, INC.
(800) 288-3376
www.depo.com
FILE NO.: AD0430B

1

Margaret Davis
April 30, 2019

Atkinson-Baker, Inc.
www.depo.com

```
 1                A P P E A R A N C E S
 2    For The Plaintiffs:
 3    MR. ADAM BLAIR CORREN
      ATTORNEY AT LAW
 4    5345 North El Dorado, Suite 7
      Stockton, California 95207
 5
 6    For the Defendants:
 7    MR. CHARLES ANDREWSCAVAGE
      MR. JARED KRAMER
 8    ATTORNEYS AT LAW
      30 West Monroe Street, Suite 600
 9    Chicago, Illinois 60603
10
11    Also Present:
12    MR. MICHAEL HUNTINGTON, Videographer
13
14
15
16
17
18
19
20
21
22
23
24
25
```

2

Atkinson-Baker, Inc.
www.depo.com

| | | |
|---|---|---|
| 1 | Q    Okay. And after 10 driving hours, then what do | 14:47:38 |
| 2 | they have to do? | 14:47:41 |
| 3 | MR. ANDREWSCAVAGE: Objection. Vague. Go ahead | 14:47:45 |
| 4 | and answer if you can. | 14:47:47 |
| 5 | A    Go in the sleeper berth or on duty, not driving, | 14:47:54 |
| 6 | because they still have four hours of their 14-hour clock | 14:47:59 |
| 7 | left. | 14:48:04 |
| 8 | Q    Have you ever seen logs which indicate that a | 14:48:15 |
| 9 | driver is in sleeper berth longer than 10-hours at a time? | 14:48:19 |
| 10 | A    Yes. | 14:48:25 |
| 11 | Q    Have you ever seen logs in which drivers are in | 14:48:25 |
| 12 | sleeper berth longer than 15-hours at a time? | 14:48:30 |
| 13 | A    Yes. | 14:48:35 |
| 14 | Q    Have you ever seen logs that indicate drivers | 14:48:36 |
| 15 | are in sleeper berth longer than 24-hours at a time? | 14:48:39 |
| 16 | A    Yes. | 14:48:43 |
| 17 | Q    And is -- can you provide me an explanation as | 14:48:43 |
| 18 | to why the driver logs would indicate a driver is in | 14:48:47 |
| 19 | sleeper berth longer than 10-hours at a time? | 14:48:51 |
| 20 | MR. ANDREWSCAVAGE: Objection. Calls for | 14:48:56 |
| 21 | speculation. Answer if you can. | 14:48:57 |
| 22 | A    Many different reasons why. | 14:49:00 |
| 23 | Q    Okay. So what would be the many different | 14:49:01 |
| 24 | reasons or some of the reasons that you can think of? | 14:49:04 |
| 25 | A    Driver could be sick and he's not driving, so he | 14:49:10 |

67

Margaret Davis
April 30, 2019

Ex. J, p. 693

|  |  |
|---|---|
| 1  would be in the sleeper berth until he's feeling better. | 14:49:14 |
| 2  Some drivers don't log off-duty when they're on home time. | 14:49:19 |
| 3  They keep themselves in the sleeper berths.  So that could | 14:49:24 |
| 4  be four straight days of being in the sleeper when they | 14:49:28 |
| 5  should be off-duty.  They could be in the sleeper berth in | 14:49:32 |
| 6  between loads, waiting for a load -- if there's no | 14:49:39 |
| 7  freight.  They could be in the sleeper berth if they're | 14:49:43 |
| 8  shutdown for weather. | 14:49:47 |
| 9      Q    The last reason that you just cited, if they're | 14:49:50 |
| 10 shut down for weather, in your mind, should they be | 14:49:54 |
| 11 logging that time as sleeper berth? | 14:49:57 |
| 12     A    If they're not driving, yes.  It's my | 14:50:00 |
| 13 understanding they should be in the sleeper berth. | 14:50:03 |
| 14     Q    Well, what about just logging the time as on | 14:50:06 |
| 15 duty, not driving? | 14:50:09 |
| 16          MR. ANDREWSCAVAGE:  Objection.  Calls for a | 14:50:11 |
| 17     legal conclusion.  Answer if you can. | 14:50:13 |
| 18     A    Don't know. | 14:50:14 |
| 19     Q    I'm sorry, you said you don't -- | 14:50:14 |
| 20     A    I don't know. | 14:50:15 |
| 21     Q    -- you don't know? | 14:50:16 |
| 22     A    Yeah. | 14:50:17 |
| 23     Q    Okay.  All right. | 14:50:18 |
| 24          Well, what about your second to last example, | 14:50:18 |
| 25 you said -- you know, waiting for a load.  You've seen | 14:50:20 |

68

Margaret Davis
April 30, 2019

Ex. J, p. 694