Adam Blair Corren, SBN: 183067
acorren@correnlaw.com
Spencer D. Sinclair, SBN: 294340
ssinclair@correnlaw.com
LAW OFFICES OF CORREN & CORREN
5345 North El Dorado, Suite 7
Stockton, CA 95207
P: 209-478-2621
F: 209-478-3038

Attorneys for Plaintiff, Christopher Dueker

Christopher C. McNatt, Jr. (SBN 174559)
cmcnatt@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
2 North Lake Avenue, Suite 560
Pasadena, CA 91101
P: 626-795-4700
F: 626-795-4790

Charles Andrewscavage (Admitted *Pro Hac Vice*)
candrewscavage@scopelitis.com
Jared S. Kramer (Admitted *Pro Hac Vice*)
jskramer@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
30 West Monroe Street, Suite 600
Chicago, IL 60603
P: 312-255-7200
F: 312-422-1224

Attorneys for Defendant, CRST Expedited, Inc.

**ADDITIONAL COUNSEL LISTED ON NEXT PAGE**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER DUEKER, on behalf of himself and all persons similarly situated, | Case No.: 2:18-cv-08751-FMO-FFM |
| Plaintiff, | **NOTICE OF MOTION RE: PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| vs. | |
| CRST EXPEDITED, INC., and DOES 1 through 50, inclusive, | Hearing Date: January 9, 2020<br>Time: 10:00 a.m.<br>Courtroom: 6D<br>Judge: Fernando M. Olguin |
| Defendants. | |

James H. Hanson (Admitted *Pro Hac Vice*)
jhanson@scopelitis.com
R. Jay Taylor, Jr. (Admitted *Pro Hac Vice*)
jtaylor@scopelitis.com
Elizabeth M. Bolka (Admitted *Pro Hac Vice*)
ebolka@scopelitis.com
SCOPELITIS GARVIN LIGHT HANSON & FEARY, P.C.
10 West Market Street, Suite 1400
Indianapolis, IN 46204
P: 317-637-1777
F: 317-687-2414

Adam. C. Smedstad (SBN 303591)
asmedstad@scopelitis.com
SCOPELITIS GARVIN LIGHT HANSON & FEARY, P.C.
3214 West McGraw Street, Suite 301F
Seattle, WA 98199
P: 206-288-6192
F: 206-299-9375

Attorneys for Defendant, CRST Expedited, Inc.

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, on January 9, 2020, at 10:00 a.m., in Courtroom 6D of the United States District Court for the Central District of California, located at 350 W. 1st Street, Los Angeles, California 90012, Plaintiff Christopher Dueker will and hereby does move the Court for an order certifying the following classes and subclasses pursuant to Federal Rules of Civil Procedure, Rules 23(a) and 23(b)(3):

1. <u>Class:</u> All California residents employed by Defendant as a truck driver at any time during the Class Period of December 27, 2013 through the date of trial.

   a. <u>Minimum Wage Subclass:</u> All California residents employed by Defendant as a truck driver during the Class Period who logged sleeper berth shift segment time within the territorial boundaries of California during which there was some truck movement.

   b. <u>Waiting Time Penalty Subclass:</u> All Minimum Wage Subclass Members who have separated from their employment with Defendant.

Plaintiff also moves the Court for an order: 1) certifying the rest break claim; 2) certifying the failure to furnish accurate itemized wage statements claim; 3) certifying the derivative claims for liquidated damages and unfair business practices; 4) appointing Plaintiff Christopher Dueker as class representative; and 5) and appointing Adam Blair Corren and Spencer D. Sinclair of the Law Offices of Corren & Corren, as class counsel.

This motion is made on the grounds that the proposed class and subclasses are sufficiently numerous such that joinder is impracticable; there are questions of law and fact common to the class and subclasses; Plaintiff's claims are typical of the claims for the class and subclass members; the questions of law and fact common to the class and subclasses predominate over any questions affecting only individual members; and a class action is superior to other available methods for fairly and efficiently adjudicating

the controversy.

This Motion is made following the in-person meet and confer conference of counsel which took place on October 15, 2019.

This Motion is based on this Notice; Plaintiffs' arguments and authority set forth in the Joint Brief Re: Plaintiffs' Motion for Class Certification; the Joint Appendix of Evidence; the records, pleadings, and papers filed in this action; and any other documentary and oral evidence or argument that may be presented at the hearing.


DATED: 11/22/19                    LAW OFFICES OF CORREN & CORREN

                                   *Spencer D. Sinclair*
                                   SPENCER D. SINCLAIR
                                   Attorney for Plaintiff