Adam Blair Corren, SBN: 183067
Spencer D. Sinclair, SBN: 294340
LAW OFFICES OF CORREN & CORREN
5345 N. El Dorado, Suite 7
Stockton, CA 95207
Telephone: (209) 478-2621
Facsimile: (209) 478-3038
acorren@correnlaw.com
ssinclair@correnlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER DUEKER, on behalf of himself and all persons similarly situated,**<br><br>Plaintiffs,<br><br>vs.<br><br>**CRST EXPEDITED INC., and DOES 1 through 50, inclusive,**<br><br>Defendants. | Case No. 2:18-cv-08751 FMO (FFMx)<br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR CLASS CERTIFICATION** |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Federal Rule of Evidence 201, Plaintiff Christopher Dueker hereby requests the Court take judicial notice of the following documents in support of Plaintiffs' Motion for Class Certification:

1. 2017 Declaration of Defendant's Vice President Chad Bruek, originally filed as Document No. 53-1 on March 31, 2017, in the United States District Court for the District of Massachusetts in the case entitled Montoya v. CRST Expedited Inc., Case No. 1:16-cv-10095. A true and correct copy of which is attached to the Joint Appendix of Evidence as Exhibit 4.

2. 2010 Declaration of Defendant's President Michael Gannon, originally filed as Document No. 73-7 on March 29, 2010, in the United States District Court for the Central District of California in the case entitled Cole v. CRST Expedited Inc., Case No. 5:08-cv-01570. A true and correct copy of which is attached to the Joint Appendix of Evidence as Exhibit 5.

3. 2017 Deposition of Defendant's Vice President Chad Bruek, taken in the case entitled Montoya v. CRST Expedited Inc., Case No. 1:16-cv-10095. A true and correct copy of which is attached to the Joint Appendix of Evidence as Exhibit 10.

4. 2017 Deposition of Defendant's Vice President of Safety and Training Charles Haffenden, taken in the case entitled Montoya v. CRST Expedited Inc., Case No. 1:16-cv-10095. A true and correct copy of which is attached to the Joint Appendix of Evidence as Exhibit 13.

5. 2017 Deposition of Defendant's Payroll Supervisor Lori Pasker, taken in the case entitled Montoya v. CRST Expedited Inc., Case No. 1:16-cv-10095. A true and correct copy of which is attached to the Joint Appendix of Evidence as Exhibit 17.

6. Response of Defendant, CRST Expedited, Inc., to Plaintiffs' Rule 56.1 Statement of Material Facts in Support of Motions for Summary Judgment, originally filed as Document No. 159 on March 15, 2017, in the United States District Court for the District of Massachusetts in the case entitled Montoya v. CRST Expedited Inc., Case

No. 1:16-cv-10095. A true and correct copy of which is attached to the Joint Appendix of Evidence as Exhibit 23.

A court may take judicial notice of a fact "not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." (Fed. Rules of Evid. 201(b))  The content of documents and depositions filed/taken in other District Court cases in which Defendant was a party are proper subjects for judicial notice under Rule 201.  Accordingly, the Court may take judicial notice of the above-referenced documents.

DATED: 11/22/19                    LAW OFFICES OF CORREN & CORREN

                                             *Adam Blair Corren*
                                             ADAM BLAIR CORREN
                                             Attorney for Plaintiffs

Law Offices of Corren & Corren
5345 N. El Dorado, Suite 7
Stockton, CA 95207
(209) 478-2621

−3−
Request for Judicial Notice In Support of Motion for Class Certification