1 | Adam Blair Corren, SBN: 183067
2 | Spencer D. Sinclair, SBN: 294340
　 | LAW OFFICES OF CORREN & CORREN
　 | 5345 North El Dorado, Suite 7
3 | Stockton, CA 95207
4 | Tel: (209) 478-2621
　 | Fax: (209) 478-3038
5 | acorren@correnlaw.com
　 | ssinclair@correnlaw.com

6 | Attorneys for Plaintiff Christopher Dueker

7 |
8 | Christopher C. McNatt, Jr. (SBN 174559)
　 | cmcnatt@scopelitis.com
　 | SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
9 | 2 North Lake Avenue, Suite 560
　 | Pasadena, CA 91101
10 | Tel: (626) 795-4700
　 | Fax: (626) 795-4790

11 |
12 | Charles Andrewscavage (Admitted *Pro Hac Vice*)
　 | candrewscavage@scopelitis.com
13 | Jared S. Kramer (Admitted *Pro Hac Vice*)
　 | jskramer@scopelitis.com
14 | SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
　 | 30 West Monroe Street, Suite 600
　 | Chicago, IL 60603
15 | Tel: (312) 255-7200
　 | Fax: (312) 422-1224

16 | Attorneys for Defendant, CRST EXPEDITED, INC.

ADDITIONAL COUNSEL LISTED ON NEXT PAGE

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER DUEKER, on behalf of himself and all persons similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　　　　vs.<br><br>CRST EXPEDITED, INC., and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. 2:18-cv-08751-FMO-FFM<br><br>**APPENDIX OF EVIDENCE TO JOINT BRIEF RE: PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

1  James H. Hanson (Admitted *Pro Hac Vice*)
   jhanson@scopelitis.com
2  R. Jay Taylor, Jr. (Admitted Pro Hac Vice)
   jtaylor@scopelitis.com
3  Elizabeth M. Bolka (Admitted *Pro Hac Vice*)
   ebolka@scopelitis.com
4  SCOPELITIS GARVIN LIGHT HANSON & FEARY, P.C.
   10 West Market Street, Suite 1400
5  Indianapolis, IN 46204
   Tel: (317) 637-1777
6  Fax: (317) 687-2414

7
   Adam. C. Smedstad (SBN 303591)
8  asmedstad@scopelitis.com
   SCOPELITIS GARVIN LIGHT HANSON & FEARY, P.C.
9  3214 W. McGraw Street, Ste. 301F
   Seattle, WA 98199
10 Tel: (206) 288-6192
   Fax: (206) 299-9375
11
   Attorneys for Defendant, CRST EXPEDITED, INC.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 2:18-cv-08751-FMO-FFM
Appendix of Evidence to Joint Brief Re: Plaintiffs' Motion for Class Certification

**Appendix of Evidence to Joint Brief Re: Plaintiff's Motion for Class Certification**

| Exhibit No. | Evidence | Page No. |
|---|---|---|
| 1 | Declaration of Plaintiff Christopher Dueker | 1 |
| 2 | Declaration of Christopher Warmsley | 6 |
| 3 | Declaration of Cary Andree | 10 |
| 4 | Declaration of Defendant's Vice President Chad Bruek, Doc. 53-1 filed in *Montoya v. CRST Expedited,* Case No. 1:16-cv-10095 ("*Montoya*") (D. Mass. Mar. 31, 2017) | 14 |
| 5 | Declaration of Defendant's President Michael Gannon, Doc. 73-7 filed in *Cole v. CRST Expedited,* Case No. 5:08-cv-01570 (C.D. Cal. Mar. 29, 2010) | 19 |
| 6 | Declaration of Adam Blair Corren | 24 |
| 7 | Declaration of Spencer D. Sinclair | 31 |
| 8 | Plaintiff's Expert Report of Aaron Woolfson | 34 |
| 9 | Plaintiff's Expert Report of Dr. Jeffrey S. Peterson | 51 |
| 10 | Plaintiff's Excerpts from the Deposition of Defendant's Vice President Chad Bruek taken in *Montoya* | 78 |
| 11 | Plaintiff's Excerpts from the Deposition of Defendant's former Director of Operations James Chapman | 87 |
| 12 | Plaintiff's Excerpts from the Deposition of Defendant's Driver Manager Margaret Davis | 93 |
| 13 | Plaintiff's Excerpts from the Deposition of Defendant's Vice President of Safety and Training Charles Haffenden taken in *Montoya* | 105 |
| 14 | Plaintiff's Excerpts from the Deposition of Defendant's President Cameron Holzer | 110 |
| 15 | Plaintiff's Excerpts from the Deposition of Defendant's Operations Manager Joseph Marburger | 117 |
| 16 | Plaintiff's Excerpts from the 2019 Deposition of Defendant's Payroll Supervisor Lori Pasker | 129 |

| | | |
|---|---|---|
| 17 | Plaintiff's Excerpts from the 2017 Deposition of Defendant's Payroll Supervisor Lori Pasker taken in *Montoya* | 134 |
| 18 | Plaintiff's Excerpts from the Deposition of Defendant's Senior Driver Manager Bryan Porter | 138 |
| 19 | Plaintiff's Excerpts from the Deposition of Defendant's Director of Operations Marcus Schneider | 146 |
| 20 | Plaintiff's Excerpts from the Deposition of Defendant's Operations Manager Andrew Smith | 153 |
| 21 | Defendant CRST Expedited Inc.'s Responses to Plaintiff's Request for Admission, Set Two (2) | 163 |
| 22 | Defendant CRST Expedited Inc.'s Responses to Plaintiff's Interrogatories, Set Two (2) | 173 |
| 23 | Response of Defendant, CRST Expedited, Inc., to Plaintiffs' Rule 56.1 Statement of Material Facts in Support of Motions for Summary Judgment filed in *Montoya* (Doc. 159, Mar. 15, 2017) | 188 |
| 24 | Defendant's Driver Handbook | 193 |
| 25 | Defendant's Safety and Operations Handbook | 198 |
| 26 | Defendant's electronic message to Plaintiff, bate stamped CRST_D000842 | 203 |
| 27 | Plaintiff Christopher Dueker's Wage Statements | 205 |
| 28 | Christopher Warmsley's Wage Statements | 284 |
| 29 | Cary Andree's Wage Statements | 407 |
| 30 | Plaintiff Christopher Dueker's Driver's Logs | 500 |
| 31 | Plaintiff Christopher Dueker's Driver's Data Logs | 508 |
| 32 | Defendant's Excerpts from the Deposition of Plaintiff Christopher Dueker | 548 |
| 33 | Defendant's Excerpts from the Deposition of Putative Class Member Cary Andree | 587 |
| 34 | Defendant's Excerpts from the Deposition of Putative Class Member Christopher Warmsley | 622 |
| 35 | CRST's Rebuttal Expert Report of Charles Platt | 654 |

| 36 | CRST's Supplemental Expert Report of Charles Platt | 710 |
|----|----|----|
| 37 | Defendant's Excerpts from the Deposition of Plaintiff's Database Expert Aaron Woolfson | 784 |
| 38 | Defendant's Excerpts from the Deposition of Defendant's former Director of Operations James Chapman | 794 |
| 39 | Defendant's Excerpts from the Deposition of Defendant's Driver Manager Margaret Davis | 801 |
| 40 | Defendant's Excerpts from the Deposition of Defendant's Operations Manager Joseph Marburger | 815 |
| 41 | Defendant's Excerpts from the Deposition of Defendant's Senior Driver Manager Bryan Porter | 825 |
| 42 | Defendant's Excerpts from the Deposition of Defendant's Director of Operations Marcus Schneider | 833 |
| 43 | Defendant's Excerpts from the Deposition of Defendant's Operations Manager Andrew Smith | 839 |

DATED: 11/22/19                    LAW OFFICES OF CORREN & CORREN

                                            *Adam Blair Corren*
                                            ADAM BLAIR CORREN
                                            Attorney for Plaintiff

DATED: 11/22/19                    SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.

                                            *Charles Andrewscavage*
                                            Charles Andrewscavage
                                            Attorney for Defendant

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Charles Andrewscavage, counsel for Defendant, and that I have obtained the authorization from Charles Andrewscavage to affix his electronic signature to this document.

DATED: 11/22/19                    *Adam Blair Corren*
                                            ADAM BLAIR CORREN