1
2
3
4
5
6
7

FILED
CLERK, U.S. DISTRICT COURT

12/10/2019

CENTRAL DISTRICT OF CALIFORNIA
BY: ____CW____ DEPUTY

8

## UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| CHRISTOPHER DUEKER, on behalf of himself and all persons similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> CRST EXPEDITED, INC., and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. 2:18-cv-08751-FMO-FFM <br><br><br> **ORDER GRANTING JOINT STIPULATION TO EXTEND SUMMARY JUDGMENT DEADLINE** |

11
2
3
4
5
6
7

8
19
20
21
22
23
24
25
26
27
28

This matter is before the Court on the parties' Joint Stipulation to Extend the Summary Judgment Deadline. The Court, having reviewed the stipulation understands that (i) after exchanging opening briefs regarding summary judgment, the parties believe they can submit a more coherent and efficient joint brief regarding the parties' cross motions for summary judgment after receiving the Court's ruling on class certification; (ii) Plaintiff's summary judgment brief is focused on the putative class's claims, and the Court cannot rule on Plaintiff's motion before a class is certified and notice is sent to class members without causing a one-way intervention issue; (iii) extending briefing on summary judgment until after the Court rules on class certification and the admissibility of

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiff's experts supports judicial economy and efficiency as the Court's rulings will streamline the issues needed to be addressed on summary judgment, avoid potential one-way intervention problems, and allow for a better and more cohesive integrated brief. The Court further understands that the parties wish to extend the summary judgment deadline until 45 days after the Court rules on Plaintiff's motion for class certification and CRST's motion in limine to exclude Plaintiff's experts.

In light of these facts, the Court now finds that the parties' joint stipulation should be granted.

IT IS THEREFORE ORDERED that the deadline for the parties to file motions for summary judgment, along with one, fully integrated joint brief addressing all issues is extended until 45 days following the Court's ruling regarding Plaintiff's Motion for Class Certification and Defendant's Motion in Limine to Exclude Plaintiff's Experts.

Dated: December 10, 2019

_____/s/_____
Fernando M. Olguin
Judge, United States District Court