# EXHIBIT 46

Atkinson-Baker, Inc.
www.depo.com

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF CALIFORNIA
 3
 4  CHRISTOPHER DUEKER, on behalf )
    of himself and all persons    )
 5  similarly situated,           )
                                  )
 6        Plaintiffs,             ) CASE NO. 2:18-cv-08751 FMO
                                  )          (FFMx)
 7  vs.                           )
                                  ) VIDEOTAPED DEPOSITION OF
 8  CRST EXPEDITED INC., and      ) MS. MARGARET DAVIS
    DOES 1 through 50, inclusive, )
 9                                )
          Defendants.             )
10  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ )
11
12         VIDEOTAPED DEPOSITION OF MS. MARGARET DAVIS,
13  taken before Gina M. Castro, Registered Shorthand Reporter
14  and Certified Shorthand Reporter for the State of Iowa,
15  beginning at 1:16 p.m. on April 30, 2019 at Doubletree by
16  Hilton, Cedar Rapids Convention Complex, 350 First Avenue
17  Northeast, Room 302, Cedar Rapids, Iowa 52401.
18
19
20
21
22
23  ATKINSON-BAKER, INC.
    (800) 288-3376
24  www.depo.com
    FILE NO.: AD0430B
25
```

**CERTIFIED COPY**

Atkinson-Baker, Inc.
www.depo.com

```
 1                    A P P E A R A N C E S
 2    For The Plaintiffs:
 3    MR. ADAM BLAIR CORREN
      ATTORNEY AT LAW
 4    5345 North El Dorado, Suite 7
      Stockton, California 95207
 5
 6    For the Defendants:
 7    MR. CHARLES ANDREWSCAVAGE
      MR. JARED KRAMER
 8    ATTORNEYS AT LAW
      30 West Monroe Street, Suite 600
 9    Chicago, Illinois 60603
10
11    Also Present:
12    MR. MICHAEL HUNTINGTON, Videographer
13
14
15
16
17
18
19
20
21
22
23
24
25
```

2

Atkinson-Baker, Inc.
www.depo.com

| | | |
|---|---|---|
| 1 | Q   -- 10 hours. | 13:40:05 |
| 2 | And when they're required to be in the sleeper | 13:40:08 |
| 3 | berth 10 hours, they are supposed to be physically in the | 13:40:10 |
| 4 | sleeper berth; is that correct? | 13:40:14 |
| 5 | A   Yes. | 13:40:15 |
| 6 | Q   So, for example, if they're supposed to be in | 13:40:18 |
| 7 | the sleeper berth, they're not supposed to be getting | 13:40:22 |
| 8 | something to eat or watching a movie or doing their | 13:40:27 |
| 9 | laundry; correct? | 13:40:30 |
| 10 | A   I don't know for sure, no. | 13:40:33 |
| 11 | Q   Well, I'm just -- I'm not asking you if that's | 13:40:36 |
| 12 | what they're actually doing. I'm saying they're -- | 13:40:39 |
| 13 | they're not supposed to be doing those things when they're | 13:40:41 |
| 14 | in sleeper berth time; correct? | 13:40:44 |
| 15 | MR. ANDREWSCAVAGE: Objection. Asked and | 13:40:46 |
| 16 | answered. She said she didn't know. | 13:40:48 |
| 17 | A   I don't know. | 13:40:51 |
| 18 | Q   Well, your understanding is that they're | 13:40:55 |
| 19 | supposed to be in sleeper berth 10-hours during a 24-hour | 13:40:57 |
| 20 | cycle; correct? | 13:41:02 |
| 21 | MR. ANDREWSCAVAGE: Objection. Asked and | 13:41:04 |
| 22 | answered. | 13:41:05 |
| 23 | A   I don't know. | 13:41:06 |
| 24 | Q   Well, do you know what sleeper berth, then, is? | 13:41:07 |
| 25 | I -- I thought you said you did, but maybe you don't. | 13:41:09 |

Margaret Davis
April 30, 2019
Ex. 46, p. 859

Atkinson-Baker, Inc.
www.depo.com

| | | |
|---|---|---|
| 1 | Do you know what sleeper berth is? | 13:41:10 |
| 2 | A   It's when they're not supposed to be driving. | 13:41:12 |
| 3 | They're not supposed to be up in the front seat. They | 13:41:15 |
| 4 | should be getting sleep. | 13:41:18 |
| 5 | Q   And so is there a physical place where they're | 13:41:20 |
| 6 | supposed to be or -- or no? | 13:41:23 |
| 7 | A   I don't know if the DOT requires a specific | 13:41:25 |
| 8 | place. I -- I know there are drivers that will sleep for | 13:41:28 |
| 9 | eight hours and then get up, and then for two hours, they | 13:41:33 |
| 10 | might be sitting in the jump seat next to the driver who | 13:41:37 |
| 11 | is driving. | 13:41:40 |
| 12 | Q   Okay. But the other eight hours that you | 13:41:41 |
| 13 | described, where would they physically be located? | 13:41:44 |
| 14 | A   They should be in the bunk sleeping. | 13:41:47 |
| 15 | Q   All right. The bunk sleeping, that's what's -- | 13:41:49 |
| 16 | the area described as the sleeper berth; correct? | 13:41:51 |
| 17 | A   Correct. | 13:41:53 |
| 18 | Q   Each truck, it's my understanding, at least, has | 13:41:54 |
| 19 | a designated area within the trunk that -- truck that is | 13:41:56 |
| 20 | designated as the sleeper berth area; correct? | 13:42:00 |
| 21 | A   Yes. | 13:42:03 |
| 22 | Q   And so when you're doing your 10-hours -- or | 13:42:04 |
| 23 | your example, at least eight hours -- you're supposed to | 13:42:06 |
| 24 | be in that designated area; correct? | 13:42:10 |
| 25 | MR. ANDREWSCAVAGE: Objection. Asked and | 13:42:13 |

Atkinson-Baker, Inc.
www.depo.com

| | | |
|---|---|---|
| 1 | answered. Answer if you can. | 13:42:14 |
| 2 | A That's where they should be, yes. | 13:42:15 |
| 3 | Q What is off-duty time? | 13:42:21 |
| 4 | A Off-duty is when they're not driving. So they | 13:42:25 |
| 5 | could be, again, getting fuel; they could be -- on duty | 13:42:28 |
| 6 | and off duty -- did you -- I'm sorry, did you say what's | 13:42:34 |
| 7 | off-duty? | 13:42:43 |
| 8 | Q Right. | 13:42:44 |
| 9 | A I don't know what the difference is between | 13:42:45 |
| 10 | off-duty and sleeper berth. | 13:42:47 |
| 11 | Q Okay. What's the difference between off-duty | 13:42:50 |
| 12 | and on duty? | 13:42:55 |
| 13 | A Off-duty -- again, I don't know the legal | 13:42:59 |
| 14 | definition of what off-duty is. | 13:43:02 |
| 15 | Q Do drivers receive some sort of training or | 13:43:11 |
| 16 | guidance from the company as to what these different time | 13:43:15 |
| 17 | categories -- these different hours of service are? | 13:43:19 |
| 18 | MR. ANDREWSCAVAGE: Objection. Foundation. Go | 13:43:23 |
| 19 | ahead and answer. | 13:43:24 |
| 20 | A I -- I don't know what is gone over at | 13:43:25 |
| 21 | orientation. | 13:43:27 |
| 22 | Q Do you ever counsel or guide drivers as to their | 13:43:28 |
| 23 | hours of service and how they should be classifying their | 13:43:32 |
| 24 | time? | 13:43:37 |
| 25 | A No. | 13:43:37 |

24

Margaret Davis
April 30, 2019

Ex. 46, p. 861

Atkinson-Baker, Inc.
www.depo.com

| | | |
|---|---|---|
| 1 | would be in the sleeper berth until he's feeling better. | 14:49:14 |
| 2 | Some drivers don't log off-duty when they're on home time. | 14:49:19 |
| 3 | They keep themselves in the sleeper berths.  So that could | 14:49:24 |
| 4 | be four straight days of being in the sleeper when they | 14:49:28 |
| 5 | should be off-duty.  They could be in the sleeper berth in | 14:49:32 |
| 6 | between loads, waiting for a load -- if there's no | 14:49:39 |
| 7 | freight.  They could be in the sleeper berth if they're | 14:49:43 |
| 8 | shutdown for weather. | 14:49:47 |
| 9 | Q   The last reason that you just cited, if they're | 14:49:50 |
| 10 | shut down for weather, in your mind, should they be | 14:49:54 |
| 11 | logging that time as sleeper berth? | 14:49:57 |
| 12 | A   If they're not driving, yes.  It's my | 14:50:00 |
| 13 | understanding they should be in the sleeper berth. | 14:50:03 |
| 14 | Q   Well, what about just logging the time as on | 14:50:06 |
| 15 | duty, not driving? | 14:50:09 |
| 16 | MR. ANDREWSCAVAGE:  Objection.  Calls for a | 14:50:11 |
| 17 | legal conclusion.  Answer if you can. | 14:50:13 |
| 18 | A   Don't know. | 14:50:14 |
| 19 | Q   I'm sorry, you said you don't -- | 14:50:14 |
| 20 | A   I don't know. | 14:50:15 |
| 21 | Q   -- you don't know? | 14:50:16 |
| 22 | A   Yeah. | 14:50:17 |
| 23 | Q   Okay.  All right. | 14:50:18 |
| 24 | Well, what about your second to last example, | 14:50:18 |
| 25 | you said -- you know, waiting for a load.  You've seen | 14:50:20 |