# EXHIBIT 48

DEPOSITION OF CHARLES HAFFENDEN, 7/20/2017

```
 1              IN THE UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
 2
     Juan Carlos Montoya,        )
 3   on behalf of himself and    )
     all others similarly        )
 4   situated,                   )
                                 )
 5             Plaintiffs,       )
                                 )
 6        vs.                    )  Civil Action No.
                                 )  1:16-cv-10095-PBS
 7   CRST Expedited, Inc.,       )
                                 )
 8             Defendant.        )

 9

10

11

12

13

14            DEPOSITION OF CHARLES HAFFENDEN, taken
     on Thursday, July 20, 2017, commencing at
15   12:56 p.m., at 115 - 3rd Street, Southeast,
     Suite 1200, Cedar Rapids, Iowa, before
16   Krista K. Irish, Certified Shorthand Reporter
     of the State of Iowa, pursuant to the within
17   stipulation.

18

19

20

21

22

23
                   Krista K. Irish, CSR, RPR, RMR
24                      305 - 10th Avenue
                        Hiawatha, IA  52233
25                       (319) 393-5050
```

DORIS O. WONG ASSOCIATES, INC.
(617) 426-2432 ~ Fax (617) 482-7813

DEPOSITION OF CHARLES HAFFENDEN, 7/20/2017

```
 1                        APPEARANCES:

 2       Rachel Smit, of Fair Work, P.C., Attorneys at
            Law, 192 South Street, Suite 450, Boston,
 3          Massachusetts  02111, Attorney for the
            Plaintiffs.
 4
         Elizabeth A. Olivier, of Preti, Flaherty,
 5          Beliveau & Pachios, L.L.P., Attorneys at
            Law, One City Center, P. O. Box 9546,
 6          Portland, Maine  04112, Attorney for the
            Defendant.
 7
         Lisa A. Stephenson, General Counsel,
 8          CRST International, Inc., 201 - 1st Street,
            Southeast, Suite 400, Cedar Rapids, Iowa
 9          52401, Attorney for the Defendant.

10

11

12

13

14

15                          I N D E X

16    WITNESS              EXAMINATION                 PAGE

17    Charles Haffenden    D(By Ms. Smit)                 5
                           C(By Ms. Olivier)            127
18                         RD(By Ms. Smit)              129

19

20

21

22

23

24

25
```

DORIS O. WONG ASSOCIATES, INC.
(617) 426-2432 ~ Fax (617) 482-7813

Ex. 48, p. 869

DEPOSITION OF CHARLES HAFFENDEN, 7/20/2017

```
 1         A.    It's their living quarters.
 2         Q.    Uh-huh.
 3         A.    -- and so while back there they could fix
 4   something to eat, depending on Internet connectivity,
 5   they can be on the Internet, they might even be able
 6   to watch TV or a prerecorded video if they have a
 7   VCR or something like that --
 8         Q.    Okay.
 9         A.    -- DVD player.
10         Q.    Got it.  So two places you mentioned that
11   they could be while off duty are in the sleeper berth
12   and in the passenger seat?
13         A.    Well, if they're in the sleeper berth, then
14   technically they have to log that as the sleeper
15   berth --
16         Q.    Okay.
17         A.    -- regardless of whether they're actually
18   sleeping or not.  I don't know about many other
19   people's sleeping habits other than my own, but
20   I find it personally hard to sleep more than about
21   seven hours at a stretch.  I used to be able to do it
22   a lot longer when I was a teenager, but I don't know
23   anybody that could spend ten hours in there
24   continuously.  I mean, biological needs would require
25   you to get out of the truck once in a while.
```

DEPOSITION OF CHARLES HAFFENDEN, 7/20/2017

```
 1  year or the heater, maybe you won't notice when he
 2  slides it into gear.  But we teach the one coming on
 3  duty to drive, don't get in and slam the truck, and
 4  the first thing you do is turn your stereo on full
 5  blast.  You need that guy behind you to get a good
 6  night's sleep or a good period of rest.
 7       Q.  And why do you want the co-driver to be in
 8  the sleeper thirty minutes before the other driver is
 9  ready to start?
10       A.  So he can be asleep when they start off as
11  opposed to trying to fall asleep with all the
12  activity that's going on.
13       Q.  I see.  Are there other examples like that
14  of what makes team driving arduous?
15       A.  Oh, think of anything that humans have
16  conflict over.  I don't like your choice of music,
17  I don't like the fact that you smoke, I don't like
18  the way you smell, you know, just anything like that
19  that can create that kind of tension, it's all
20  exaggerated in the confines of that truck.
21       Q.  When did CRST start the four-phase driver
22  training program in roughly the form it is in now,
23  if you're aware?
24       A.  I don't know.  It's been like that since
25  I got -- before I got here, so we've always had --
```