# EXHIBIT 49

Atkinson-Baker, Inc.
www.depo.com

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF CALIFORNIA
 3
 4  CHRISTOPHER DUEKER, on behalf )
    of himself and all persons    )
 5  similarly situated,           )
                                  )
 6       Plaintiffs,              ) CASE NO. 2:18-cv-08751 FMO
                                  )           (FFMx)
 7  vs.                           )
                                  ) VIDEOTAPED DEPOSITION OF
 8  CRST EXPEDITED INC., and      ) MR. CAMERON HOLZER
    DOES 1 through 50, inclusive, )
 9                                )
         Defendants.              )
10  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ )
11
12        VIDEOTAPED DEPOSITION OF MR. CAMERON HOLZER,
13  taken before Gina M. Castro, Registered Shorthand Reporter
14  and Certified Shorthand Reporter for the State of Iowa,
15  beginning at 12:57 p.m. on May 1, 2019 at Doubletree by
16  Hilton, Cedar Rapids Convention Complex, 350 First Avenue
17  Northeast, Room 302, Cedar Rapids, Iowa 52401.
18
19
20
21
22
23
24        Atkinson-Baker, Inc.
             www.depos.com.
              800-288-3376
25         File No. AD0430C
```

**CERTIFIED COPY**

1

Atkinson-Baker, Inc.
www.depo.com

```
 1                A P P E A R A N C E S
 2    For The Plaintiffs:
 3    MR. ADAM BLAIR CORREN
      ATTORNEY AT LAW
 4    5345 North El Dorado, Suite 7
      Stockton, California 95207
 5
 6    For the Defendants:
 7    MR. CHARLES ANDREWSCAVAGE
      MR. JARED KRAMER
 8    ATTORNEYS AT LAW
      30 West Monroe Street, Suite 600
 9    Chicago, Illinois 60603
10
11    Also Present:
12    MR. PEDER GOODMAN, Videographer
13
14
15
16
17
18
19
20
21
22
23
24
25
```

2

Cameron Holzer
May 1, 2019

Ex. 49, p. 874

Atkinson-Baker, Inc.
www.depo.com

| | | |
|---|---|---|
| 1 | testimony. You can answer. | 13:23:27 |
| 2 | A    Joe Marburger is involved in those type of | 13:23:28 |
| 3 | discussions much more regularly than I am. I would expect | 13:23:32 |
| 4 | that he would have more knowledge on that topic than I | 13:23:32 |
| 5 | would. But I think the expert on the topic would be the | 13:23:35 |
| 6 | Chuck Haffenden or the Terry Pump that I -- that I | 13:23:39 |
| 7 | referenced. | 13:23:40 |
| 8 | Q    All right. What is sleeper berth time? | 13:23:40 |
| 9 | MR. ANDREWSCAVAGE: Objection. Lacks | 13:23:44 |
| 10 | foundation. Calls for speculation. Go ahead and | 13:23:45 |
| 11 | answer if you know. | 13:23:48 |
| 12 | A    What is sleeper berth time? I'm assuming it is | 13:23:49 |
| 13 | time in the sleeper berth. | 13:23:53 |
| 14 | Q    Do you know what the sleeper berth is? | 13:23:59 |
| 15 | A    Sleeper is where they're sleeping. | 13:24:02 |
| 16 | Q    Do you know if you have to be in the -- well, | 13:24:11 |
| 17 | strike that. | 13:24:14 |
| 18 | Is it your understanding that each of the | 13:24:15 |
| 19 | company's trucks has a designated sleeper berth area? | 13:24:17 |
| 20 | A    Yes. I am confident to say that each one of our | 13:24:20 |
| 21 | vehicles does have a sleeper berth. | 13:24:24 |
| 22 | Q    Have you ever physically seen the sleeper berth | 13:24:24 |
| 23 | area in any one of your trucks? | 13:24:27 |
| 24 | A    Yes. I was in one just this last week. | 13:24:27 |
| 25 | Q    And in order to qualify for sleeper berth time, | 13:24:31 |

25

Cameron Holzer
May 1, 2019
Ex. 49, p. 875

Atkinson-Baker, Inc.
www.depo.com

| | | |
|---|---|---|
| 1 | is it your understanding that one -- or a driver has to | 13:24:35 |
| 2 | physically be within the sleeper berth area? | 13:24:37 |
| 3 | A   That is my understanding. | 13:24:40 |
| 4 | Q   What is off-duty time? | 13:24:47 |
| 5 | A   Off-duty time is time that there is no work | 13:24:51 |
| 6 | assignment.  They're not relayed to do any work | 13:24:57 |
| 7 | responsibilities for the organization. | 13:25:02 |
| 8 | Q   What is the difference between sleeper berth | 13:25:03 |
| 9 | time and off-duty time? | 13:25:05 |
| 10 | MR. ANDREWSCAVAGE:  Objection.  Lacks | 13:25:10 |
| 11 | foundation.  Calls for speculation.  Go ahead and | 13:25:11 |
| 12 | answer. | 13:25:14 |
| 13 | A   I -- I am gonna -- I'm assuming sleeper berth | 13:25:15 |
| 14 | time is the time they're in their sleeper berth.  Off-duty | 13:25:19 |
| 15 | time is the time that they are relieved all from duty. | 13:25:21 |
| 16 | Q   Other than what you just said, do you have any | 13:25:26 |
| 17 | explanation as to what the difference is between sleeper | 13:25:28 |
| 18 | berth time and off-duty time? | 13:25:31 |
| 19 | A   I do not have the detail, no. | 13:25:33 |
| 20 | Q   Do you know how your drivers get paid? | 13:25:41 |
| 21 | A   Can you be more specific? | 13:25:48 |
| 22 | Q   Do you know if your drivers are compensated by | 13:25:50 |
| 23 | the hour? | 13:25:53 |
| 24 | A   Again, you'll need to be more specific.  Are you | 13:25:56 |
| 25 | talking a company driver or are you talking an independent | 13:25:59 |

26

Cameron Holzer
May 1, 2019

Ex. 49, p. 876