# EXHIBIT 50

Atkinson-Baker, Inc.
www.depo.com

```
 1                UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF CALIFORNIA
 3
 4   CHRISTOPHER DUEKER, on behalf )
     of himself and all persons    )
 5   similarly situated,           )
                                   )
 6         Plaintiffs,             ) CASE NO. 2:18-cv-08751 FMO
                                   )            (FFMx)
 7   vs.                           )
                                   ) VIDEOTAPED DEPOSITION OF
 8   CRST EXPEDITED INC., and      ) MR. JOSEPH MARBURGER
     DOES 1 through 50, inclusive, )
 9                                 )
           Defendants.             )
10   _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ )
11
12         VIDEOTAPED DEPOSITION OF MR. JOSEPH MARBURGER,
13   taken before Gina M. Castro, Registered Shorthand Reporter
14   and Certified Shorthand Reporter for the State of Iowa,
15   beginning at 9:01 a.m. on May 1, 2019 at Doubletree by
16   Hilton, Cedar Rapids Convention Complex, 350 First Avenue
17   Northeast, Room 302, Cedar Rapids, Iowa 52401.
18
19
20
21
22
23
24              Atkinson-Baker, Inc.
                www.depos.com.
25              800-288-3376
                File No. AD0430C
```

**CERTIFIED COPY**

1

Atkinson-Baker, Inc.
www.depo.com

```
 1                A P P E A R A N C E S
 2    For The Plaintiffs:
 3    MR. ADAM BLAIR CORREN
      ATTORNEY AT LAW
 4    5345 North El Dorado, Suite 7
      Stockton, California 95207
 5
 6    For the Defendants:
 7    MR. CHARLES ANDREWSCAVAGE
      MR. JARED KRAMER
 8    ATTORNEYS AT LAW
      30 West Monroe Street, Suite 600
 9    Chicago, Illinois 60603
10
11    Also Present:
12    MR. PEDER GOODMAN, Videographer
13
14
15
16
17
18
19
20
21
22
23
24
25
```

2

Joseph Marburger
May 1, 2019
Ex. 50, p. 879

Atkinson-Baker, Inc.
www.depo.com

| | | |
|---|---|---|
| 1 | between sleeper berth time and off-duty time? | 09:26:11 |
| 2 | A   Sleeper berth time is you're actually in the | 09:26:14 |
| 3 | sleeper berth.  Off-duty time, the truck could be -- | 09:26:16 |
| 4 | weather shutdown and they could be at a movie down the | 09:26:19 |
| 5 | block watching a movie on off-duty time. | 09:26:21 |
| 6 | Q   So if a driver is using sleeper berth time, then | 09:26:24 |
| 7 | at least in your mind, that driver needs to be physically | 09:26:31 |
| 8 | in the sleeper berth area of the truck?  Would that be | 09:26:34 |
| 9 | correct? | 09:26:37 |
| 10 | A   Legally, yes, that is correct. | 09:26:38 |
| 11 | Q   And each of the company's trucks has a | 09:26:39 |
| 12 | designated area for sleeper berth; is that right? | 09:26:42 |
| 13 | A   In Expedited, yes, all trucks have sleeper | 09:26:55 |
| 14 | berths. | 09:26:58 |
| 15 | Q   You have seen a sleeper berth in a CRST truck? | 09:27:00 |
| 16 | A   Yes. | 09:27:04 |
| 17 | Q   Can you describe for me what it looks like? | 09:27:05 |
| 18 | A   Kind of looks like bunk beds with cabinets | 09:27:14 |
| 19 | around for storage.  Refrigerator. | 09:27:17 |
| 20 | Q   So there's some sort of, like, bunk bed | 09:27:21 |
| 21 | apparatus where people -- or drivers can sleep; correct? | 09:27:24 |
| 22 | A   Correct. | 09:27:29 |
| 23 | Q   And then you're saying there's some cabinetry so | 09:27:29 |
| 24 | drivers can store some sort of items? | 09:27:32 |
| 25 | A   That is correct. | 09:27:35 |

24

Atkinson-Baker, Inc.
www.depo.com

| | | |
|---|---|---|
| 1 | Q   Besides the cabinetry and besides the bunk | 09:27:36 |
| 2 | bed-looking areas to sleep, is there anything else, | 09:27:37 |
| 3 | physically, that's part of the sleeper berth area? | 09:27:43 |
| 4 | A   Not that I know of, no. | 09:27:55 |
| 5 | Q   Is -- is the sleeper berth area connected to the | 09:27:57 |
| 6 | cab of the truck where the driver steers and controls the | 09:28:02 |
| 7 | vehicle? | 09:28:09 |
| 8 | A   Yes. | 09:28:10 |
| 9 | Q   Physically, how does a driver get to or get from | 09:28:12 |
| 10 | the cab to the sleeper berth? | 09:28:17 |
| 11 | A   It's all-inclusive.  It's the same area. | 09:28:23 |
| 12 | Q   So if you're sitting in the driver's seat or the | 09:28:26 |
| 13 | passenger's seat in the cab, you can just get up and walk | 09:28:29 |
| 14 | to the sleeper berth area? | 09:28:34 |
| 15 | A   Between the two -- two seats, there's a walkway | 09:28:35 |
| 16 | that goes back into the sleeper berth, which is behind | 09:28:38 |
| 17 | both the driver and the passenger seat. | 09:28:41 |
| 18 | Q   Is there a door that separates the sleeper berth | 09:28:43 |
| 19 | from the cab? | 09:28:47 |
| 20 | A   No, there is not. | 09:28:48 |
| 21 | Q   How much distance, approximately, between the | 09:28:57 |
| 22 | driver's seat and the bunk beds that you described?  How | 09:29:01 |
| 23 | many feet approximately? | 09:29:06 |
| 24 | A   Three-feet, probably. | 09:29:11 |
| 25 | Q   So if the driver, for some reason, needed to get | 09:29:14 |

25

Joseph Marburger
May 1, 2019
Ex. 50, p. 881