UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-8751 FMO (FFMx) | Date | January 14, 2020 |
|---|---|---|---|
| Title | Christopher Dueker v. CRST Expedited, Inc. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):      Attorney Present for Defendant(s):

None Present      None Present

**Proceedings:** (In Chambers) Order to Show Cause Re: Consolidation

On the court's own motion, based on the review of the docket, and in light of the Court's Order of December 23, 2019, transferring Joseph Tapia v. CRST Expedited, Inc., et al., ED CV 19-1665 ("Tapia") to the undersigned as a related case to Christopher Dueker v. CRST Expedited, Inc., 18-8751 ("Dueker") and Curtis Markson, et al. v. CRST International, Inc., et al., ED CV 17-1261 ("Markson"), (see Case No. ED CV 19-9665, Dkt. 27, Court's Order of December 23, 2019; Dkt. 26, Joint Stipulation to Transfer Action to the Hon. Fernando M. Olguin), IT IS ORDERED THAT:

1. Counsel in Dueker, Tapia, and Markson shall meet and confer, in person or telephonically, no later than **January 21, 2020**, to discuss whether these matters should be consolidated pursuant to Federal Rule of Civil Procedure 42.

2. No later than **January 28, 2020**, counsel in each case shall file a Memorandum Re: Consolidation ("Memorandum"), no longer than 10 pages in length, addressing (1) the extent to which there are similar factual and/or legal issues in the three matters, and (2) whether or not the cases should be consolidated.

3. If the parties agree that the cases should be consolidated, they shall file a stipulation in lieu of a Memorandum no later than **January 28, 2020**.

| | 00 : 00 |
|---|---|
| Initials of Preparer | vdr |