Adam Blair Corren (SBN 183067)
acorren@correnlaw.com
Spencer D. Sinclair (SBN 294340)
ssinclair@correnlaw.com
LAW OFFICES OF CORREN & CORREN
5345 North El Dorado, Suite 7
Stockton, CA 95207
P:: 209-478-2621
F: 209-478-3038

Attorneys for Plaintiff, Christopher Dueker

Christopher C. McNatt, Jr. (SBN 174559)
cmcnatt@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
2 North Lake Avenue, Suite 560
Pasadena, CA 91101
P: 626-795-4700
F: 626-795-4790

James H. Hanson (Admitted *Pro Hac Vice*)
jhanson@scopelitis.com
R. Jay Taylor, Jr. (Admitted *Pro Hac Vice*)
jtaylor@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
10 West Market Street, Suite 1400
Indianapolis, IN 46204
P: 317-637-1777
F: 317-687-2414

Attorneys for Defendant, CRST EXPEDITED, INC.

**ADDITIONAL COUNSEL LISTED ON NEXT PAGE**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER DUEKER, on behalf of himself and all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CRST EXPEDITED, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-08751-FMO-FFM<br><br>**JOINT STIPULATION TO CONTINUE CONSOLIDATION BRIEFING DEADLINES**<br><br>Hearing Date:<br>Time:       10:00 a.m.<br>Courtroom:   6D<br>Judge:       Fernando M. Olguin |

Charles Andrewscavage (Admitted *Pro Hac Vice*)
candrewscavage@scopelitis.com
Jared S. Kramer (Admitted *Pro Hac Vice*)
jskramer@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
30 West Monroe Street, Suite 600
Chicago, IL 60603
P: 312-255-7200
F: 312-422-1224

Adam. C. Smedstad (SBN 303591)
asmedstad@scopelitis.com
SCOPELITIS GARVIN LIGHT HANSON & FEARY, P.C.
3214 W. McGraw Street, Ste. 301F
Seattle, WA 98199
Tel: (206) 288-6192
Fax: (206) 299-9375

Attorneys for Defendant, CRST EXPEDITED, INC.

The Parties, by and through their respective counsel of record, stipulate to the following:

1. On January 14, 2020, this Court issued a Civil Minute Order, Dkt. No. 81, ordering counsel in the above-captioned matter ("Dueker"), as well as those in *Markson v. CRST Expedited, Inc., et al.*, Case No. 5:17-cv-01261-FMO-SP ("Markson") and *Dueker v. CRST Expedited, Inc.*, Case No. 5:19-cv-01665-FMO-SP ("Tapia"), to meet and confer on or before January 21, 2020 regarding whether the matters should be consolidated pursuant to Fed. R. Civ. P. 42.

2. This Court further ordered that, no later than January 28, 2020, counsel shall file either (a) memoranda re consolidation, or (b) a stipulation in lieu of memoranda.

3. Counsel for all Parties met and conferred on January 16 and 21, 2020.

4. Counsel for Plaintiffs in *Markson*, *Dueker*, and *Tapia* and Counsel for CRST also met and conferred on January 24, 2020.

5. Counsel for Plaintiffs in *Markson*, *Dueker*, and *Tapia* also met and conferred separately on several occasions.

6. Counsel for *Tapia* has agreed to dismiss the class claims alleged therein without prejudice.

7. Counsel for all Parties in *Markson* and *Dueker* believe that further meeting and conferring will allow them to (a) significantly streamline their memoranda, or (b) reach a stipulation in lieu of needing to file memoranda.

8. Accordingly, the Parties respectfully request that this Court continue the deadline for the Parties to file their memoranda re consolidation or stipulation until February 4, 2020.

1  Dated: January 28, 2020

Respectfully submitted,

LAW OFFICES OF CORREN & CORREN

By:  */s/ Spencer D. Sinclair*
     Spencer D. Sinclair

Attorneys for Plaintiff,
Christopher Dueker

Dated: January 28, 2020

SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.

By:  */s/ Charles Andrewscavage*
     Charles Andrewscavage

Attorney for Defendant,
CRST Expedited, Inc.

4830-6022-9043, v. 1