1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| CHRISTOPHER DUEKER, on behalf of himself and all persons similarly situated, | Case No.: 2:18-cv-08751-FMO-FFM |
| Plaintiff, | |
| vs. | **ORDER ON STIPULATION [82]** |
| CRST EXPEDITED, INC., and DOES 1 through 50, inclusive, | |
| Defendants. | |

11
12
13
14
15
16

17    For good cause appearing and the reasons set forth in the Stipulation, the Court

18  grants the Parties stipulation to continue the deadline for the Parties to file their

19  memoranda re consolidation or stipulation until February 4, 2020.

20    **IT IS SO ORDERED.**

21  Dated: <u>January 29, 2020</u>                    <u>   /s/   </u>

22                                   HON. FERNANDO M. OLGUIN
                                    UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28