1  Christopher C. McNatt, Jr. (SBN 174559)
   cmcnatt@scopelitis.com
2  SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
   2 North Lake Avenue, Suite 560
3  Pasadena, CA 91101
   P: 626-795-4700
4  F: 626-795-4790

5

6  *Attorneys for Defendants,*
   *CRST EXPEDITED, INC. and CRST INTERNATIONAL, INC.*

7  **ADDITIONAL COUNSEL LISTED ON NEXT PAGE**

8
   UNITED STATES DISTRICT COURT
9
   CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  CHRISTOPHER DUEKER, on behalf of himself and all persons similarly situated,<br>12<br>13　　　　　Plaintiff,<br>14<br>15　　　vs.<br>16  CRST EXPEDITED, INC., and DOES 1 through 50, inclusive,<br>17<br>18　　　Defendants. | Case No.: 2:18-cv-08751-FMO-FFM<br><br>**JOINT STIPULATION REGARDING SUPPLEMENTAL BRIEFING REGARDING THE COURT'S ORDER RE: CONSOLIDATION**<br><br>Hearing Date:　NA<br>Courtroom:　　NA<br>Judge:　　　　Hon. Fernando M. Olguin |

19
20
21
22
23
24
25
26
27
28

James H. Hanson (Admitted Pro Hac Vice)
jhanson@scopelitis.com
R. Jay Taylor, Jr. (Admitted Pro Hac Vice)
jtaylor@scopelitis.com
Elizabeth M. Bolka (Admitted Pro Hac Vice)
ebolka@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
10 West Market Street, Suite 1400
Indianapolis, IN 46204
P: 317-637-1777
F: 317-687-2414

Charles Andrewscavage (Admitted Pro Hac Vice)
candrewscavage@scopelitis.com
Jared S. Kramer (Admitted Pro Hac Vice)
jskramer@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
30 West Monroe Street, Suite 600
Chicago, IL 60603
P: 312-255-7200
F: 312-422-1224

Adam C. Smedstad (SBN 303591)
asmedstad@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
3241 West McGraw Street, Suite 301F
Seattle, WA 98199
P: 206-888-6192
F: 206-299-9375

*Attorneys for Defendants,*
*CRST EXPEDITED, INC. and CRST INTERNATIONAL, INC.*

Adam Blair Corren, SBN: 183067
acorren@correnlaw.com
Spencer D. Sinclair, SBN: 294340
ssinclair@correnlaw.com
LAW OFFICES OF CORREN & CORREN
5345 N. El Dorado, Suite 7
Stockton, CA 95207
P: 209-478-2621
F: 209-478-3038

*Attorneys for Plaintiffs*

Defendants, CRST Expedited, Inc. and CRST International, Inc. (collectively "CRST"), and Plaintiff Christopher Dueker submit the following stipulation and proposed order regarding supplemental briefing on the Court's January 14, 2020 Order to show cause regarding consolidation, ECF No. 81.

1. On January 14, 2020, the Court ordered that counsel in *Joseph Tapia v. CRST Expedited, Inc.*, 19-cv-1665 (C.D. Cal), *Christopher Dueker v. CRST Expedited, Inc.*, 18-cv-8751 (C.D. Cal.), and *Curtis Markson v. CRST International, Inc.*, 17-cv-1261 (C.D. Cal.) "discuss whether these matters should be consolidated pursuant to Federal Rule of Civil Procedure 42." ECF No. 81.

2. On February 4, 2020, CRST and Dueker filed memoranda addressing why the Court should not consolidate the three matters under Federal Rule of Civil Procedure 42.

3. On February 14, 2020, the *Markson* plaintiffs filed a motion for leave to file the fourth amended complaint and attached the proposed amendment as Exhibit A to the Declaration of Robert Wasserman. *Curtis Markson v. CRST International, Inc.*, 17-cv-1261 (C.D. Cal.), ECF No. 213-2.

4. CRST and Dueker believe that supplemental briefing is necessary to briefly address why said proposed fourth amended complaint further demonstrates why these 3 cases should not be consolidated.

5. A copy of the Parties' joint supplemental brief is attached as *Exhibit A*.

6. The Parties respectfully request that the Court grant them the following relief:

    a. At the time this stipulation is approved, the Parties' supplemental memorandum will be deemed filed.

WHEREFORE, the parties stipulate and request the Court to (1) grant them leave to file supplemental briefing on its order to show cause regarding consolidation and (2) deem their supplemental memorandum, attached as *Exhibit A*, filed when the Court approves this stipulation.

Dated: February 25, 2020

Respectfully submitted,

*/s/ Charles Andrewscavage*
Charles Andrewscavage

*Attorney for Defendants,*
*CRST Expedited, Inc. and CRST International, Inc.*

*/s/ Spencer D. Sinclair*
Spencer D. Sinclair, SBN: 294340
ssinclair@correnlaw.com
Adam Blair Corren, SBN: 183067
acorren@correnlaw.com
LAW OFFICES OF CORREN & CORREN
5345 N. El Dorado, Suite 7
Stockton, CA 95207
P: (209) 478-2621
F: (209) 478-3038

*Attorneys for Plaintiffs*

4820-0480-4789, v. 2

2