**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Christopher Dueker<br><br>v.<br><br>CRST Expedited, Inc. et al<br><br>PLAINTIFF(S)<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:18-cv-08751 FMO(FFMx)<br><br>ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 19-03<br>(RELATED CASES) |

**TRANSFER ORDER DECLINED**

**CONSENT**

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 19-03.

_____  _____
Date                      United States District Judge

**DECLINATION**

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

The claims in the two cases are dissimilar; in the present case, the claims are based on alleged wage and hour violations, while in the earlier case, the claims were based on alleged interference with economic advantage.

February 24, 2020                     Virginia A. Phillips
Date                                  United States District Judge

**REASON FOR TRANSFER AS INDICATED BY COUNSEL**

Case   2:15-cv-00878 VAP(SPx)   and the present case:

☐ A. Arise from the same or closely related transactions, happenings or events; or

☑ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☑ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

**NOTICE TO COUNSEL FROM CLERK**

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ to Magistrate Judge _____.

TRANSFER ORDER DECLINED

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____. This is very important because the documents are routed to the assigned judges by means of these initials

cc: ☐ Previous Judge   ☐ Statistics Clerk