UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-8751 FMO (FFMx) | Date | February 27, 2020 |
|---|---|---|---|
| Title | Christopher Dueker v. CRST Expedited, Inc. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   **(In Chambers) Order Re: Joint Stipulation Regarding Supplemental Briefing [86]**

Having reviewed the parties' Joint Stipulation Regarding Supplemental Briefing Regarding the Court's Order Re: Consolidation, (Dkt. 86, "Joint Stipulation"), IT IS ORDERED THAT:

1. The Joint Stipulation **(Document No. 86)** is **granted** as set forth in this order.

2. **No later than two court days from the issuance of this order**, the parties shall file their supplemental memorandum, currently attached to the Joint Stipulation as Exhibit A. (Dkt. 86-1, Joint Stipulation, Exh. A).

|  | 00 : 00 |
|---|---|
| Initials of Preparer | vdr |