Christopher C. McNatt, Jr. (SBN 174559)
cmcnatt@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
2 North Lake Avenue, Suite 560
Pasadena, CA 91101
P: 626-795-4700
F: 626-795-4790

James H. Hanson (Admitted *Pro Hac Vice*)
jhanson@scopelitis.com
R. Jay Taylor, Jr. (Admitted *Pro Hac Vice*)
jtaylor@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
10 West Market Street, Suite 1400
Indianapolis, IN 46204
P: 317-637-1777
F: 317-687-2414

Charles Andrewscavage (Admitted *Pro Hac Vice*)
candrewscavage@scopelitis.com
Jared S. Kramer (Admitted *Pro Hac Vice*)
jskramer@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
30 West Monroe Street, Suite 600
Chicago, IL 60603
P: 312-255-7200
F: 312-422-1224

Attorneys for Defendant,
CRST EXPEDITED, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER DUEKER, on behalf of himself and all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CRST EXPEDITED, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-08751-FMO-FFM<br><br>**DEFENDANT'S NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING**<br><br>Hearing Date:  N/A<br>Time:<br>Courtroom:  6D<br>Judge:  Fernando M. Olguin |

1. Defendant, CRST Expedited, Inc. ("CRST"), files this Notice of Pendency of Other Action or Proceeding under Central District of California Local Rule 83-1.4.

2. 1. This action involves "all or a material part of the subject matter of" two separate actions pending in the Superior Court of California, County of Fresno. Both actions are brought by the same plaintiff—Keenan Smith. The first action is a putative class action, captioned *Keenan Smith v. CRST Dedicated Services, Inc. and CRST Expedited, Inc.*, Case No. 19CECG03299 (the "Smith Class Action"). In the Smith Class Action, Smith asserts six causes of action: (i) failure to pay wages for all time worked at minimum wage in violation of Labor Code sections 1194 and 1197, (ii) failure to pay wages for all time worked at overtime rate in violation of Labor Code sections 510 and 1194, (iii) failure to adequately indemnify employees for employment-related losses/expenditures in violation of Labor Code section 2802, (iv) failure to provide complete and accurate wage statements in violation of Labor Code section 226, (v) failure to timely pay all earned wages and final paychecks due at the time of separation of employment in violation of Labor Code sections 201, 202, and 203, and (vi) unfair business practices, in violation of Business and Professions Code section 17200. The second action seeks penalties under California's Private Attorney's General Act of 2004 ("PAGA") based on the same claims underlying the Smith Class Action and is captioned *Keenan Smith v. CRST Dedicated Services, Inc. and CRST Expedited, Inc.,* Case No. RIC1905892 (the "Smith PAGA Action").

2. In both cases, Plaintiff Keenan Smith is represented by the same counsel– Anwar D. Burton, Vincent C. Granberry, and Joseph Lavi of Lavi & Ebrahimian, LLP, 8889 West Olympic Boulevard, Suite 200, Beverly Hills, California 90211, phone 310-432-0000, fax 310-432-0001, aburton@lelawfirm.com, vgranberry@lelawfirm.com, jlavi@lelawfirm.com.

3. In both cases, Defendants CRST Expedited, Inc. and CRST Dedicated Services, Inc. are represented by Christopher C. McNatt, Jr. of Scopelitis, Garvin, Light,

Hanson, & Feary, LLP, 2 North Lake Avenue, Suite 560, Pasadena, California 91101, phone 626-795-4700, fax 626-795-4790, email cmcnatt@scopelitis.com.

4. In the Smith Class Action, Plaintiff Smith—like Plaintiff Christopher Dueker—alleges that Defendants violated California's labor code by failing to pay minimum wage for all time worked, failing to issue accurate wage statements, failing to pay all wages due at the time of termination, and for violation of California's Unfair Business Practices Act. In the Smith PAGA Action, Smith seeks PAGA penalties based upon the allegations in the Smith Class Action—including the allegations related to failure to pay minimum wage.

5. Because the plaintiff in the Smith Class Action seeks to represent a class of truck drivers employed by CRST Expedited and alleges such drivers were not separately compensated at least the minimum wage for all hours worked, did not receive accurate wage statements, and were not provided all wages at the time of termination, CRST Expedited believes the actions involve a material part of the subject matter of this case. CRST Expedited therefore submits this Notice in accordance with Local Rule 83-1.4.

Dated: March 19, 2020

Respectfully submitted,

*/s/ Charles Andrewscavage*
Charles Andrewscavage

Attorney for Defendant,
CRST Expedited, Inc.

4813-6969-6439, v. 2