UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 18-8751 FMO (FFMx)** | Date | **April 20, 2020** |
|---|---|---|---|
| Title | **Christopher Dueker v. CRST Expedited, Inc., et al.** | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):  Attorney Present for Defendant(s):
None Present  None Present

**Proceedings:** **(In Chambers) Order Re: Consolidation**

Having reviewed and considered the parties' briefing in response to the Court's Order to Show Cause Re: Consolidation, (Dkt. 81, Court's Order of January 14, 2020 ("OSC")), the court is persuaded that consolidation of the subject cases is not appropriate at this time.

                                                          00  :  00
                                           Initials of Preparer       vdr