FILED
CLERK, U.S. DISTRICT COURT
September 29, 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: Natalie L. Calkins DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Creation of the Calendar<br><br>of<br><br>Judge MARK C. SCARSI | ORDER OF THE CHIEF JUDGE<br><br>**20-142** |

  Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Mark C. Scarsi,

  IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge Fernando M. Olguin to the calendar of Judge Mark C. Scarsi:

| Case Number | Case Title |
|---|---|
| 2:11-cv-07144-FMOx | Paul Carasi v. Michael Martel |
| 2:12-cv-08287-FMO-RAO | Alan Williams v. Raymond Madden |
| 2:15-cv-08732-FMO-AGRx | *SEALED* |
| 2:16-cv-06937-FMO-MAA | Oscar Velasquez v. Warren L Montgomery |
| 2:18-cv-08751-FMO-FFMx | Christopher Dueker v. CRST Expedited, Inc. et al |
| 2:19-cv-00430-FMO-ASx | Vernon Stratton v. City of Los Angeles, et al |
| 2:19-cv-05244-FMO-MAAx | Keith Krupka v. Allstate Northbrook Indemnity Company et al |
| 2:19-cv-08211-FMO-JCx | Brian Whitaker v. M and D Investments, LLC et al |
| 2:19-cv-09628-FMO-AGRx | ReliaStar Life Insurance Company v. M.S., et al |
| 2:20-cv-00468-FMO-RAOx | Lee Montes v. Officer Duran et al |
| 2:20-cv-01300-FMO-MAA | Norman Cheed Cooke v. Nancy A, Berryhill |
| 2:20-cv-05026-FMO-AGRx | Gong v. Westlend Financing, Inc. et al |
| 2:20-cv-05289-FMO-ASx | Luanny Cohen v. Ainsworth Pet Nutrition, LLC et al |
| 2:20-cv-05743-FMO-MRWx | Miguel Hernandez v. George Nono et al |
| 2:20-cv-05956-FMO-RAOx | J Beverly Hills, Inc. v. JBH Europe B.V. et al |
| 2:20-cv-06249-FMO-AGR | Frederico Herrera Zepeda v. Andrew Saul |
| 2:20-cv-06283-FMO-GJSx | Branden Robertson v. Equifax Information Services, LLC et al |

In the Matter of the
Creation of Calendar for
District Judge Mark C. Scarsi                                                                 2
_____

| | |
|---|---|
| 2:20-cv-06477-FMO-JPRx | Gabriel Dorsey v. Arden Group, Inc., et al |
| 2:20-cv-06866-FMO-JPRx | Daniel G Lozano v. The Home Depot U.S.A., Inc. et al |
| 2:20-cv-07072-FMO-JEMx | Kamela Woodings v. FreedomRoads, LLC |
| 2:20-cv-07936-FMO-RAOx | Orlando Garcia v. Beverly Vermont LLC et al |
| 5:19-cv-01074-FMO-SHKx | Roxana Towry Russell v. Invech Inc et al |
| 5:20-cv-01075-FMO-SHKx | Sherry Hanna v. Walmart Inc. |
| 5:20-cv-01747-FMO-SHKx | James Rutherford v. BLBT Enterprises, LLC et al |

DATED: September 29, 2020            _____
                                                            Chief Judge Philip S. Gutierrez