# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY**
**DUE DATE:**

| # | Field | Value |
|---|---|---|
| 1a. | Contact Person for this Order | Elizabeth Moran |
| 2a. | Contact Phone Number | 312-255-7189 |
| 3a. | Contact E-mail Address | emoran@scopelitis.com |
| 1b. | Attorney Name (if different) | Charles Andrewscavage |
| 2b. | Attorney Phone Number | 312-255-7167 |
| 3b. | Attorney E-mail Address | candrewscavage@scopelitis.com |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
Scopelitis, Garvin, Light, Hanson & Feary, P.C.
30 West Monroe Street
Suite 1600
Chicago, IL 60603

**5. Name & Role of Party Represented:** CRST Expedited, Inc., Defendant

**6. Case Name:** Christopher Dueker, et al. v. CRST Expedited, Inc., et al.

**7a. District Court Case Number:** 2:18-cv-08751-MCS-FFM

**7b. Appeals Court Case Number:**

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form)*:
☐ DIGITALLY RECORDED
☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Baird, Miriam

**9. THIS TRANSCRIPT ORDER IS FOR:** ☐ Appeal ☐ Non-Appeal ☐ Criminal ☒ Civil ☐ CJA ☐ USA ☐ FPD ☐ In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type): *You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

| DATE | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | RELEASE OF TRANS. RESTRICTION DATE | DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/09/2020 | Mark C. Scars | Motion Hearing | ● | ○ | ○ | ○ | ○ | ○ | ● | 14-Day |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: 11/09/2020    Signature: /s/ Charles Andrewscavage

G-120 (06/18)