UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

Case No.  **CV18-8751 MCS (FFMx)**    Date  November 9, 2020

Title  *Christopher Dueker v. CRST Expedited, Inc. et al*

Present: The Honorable  Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):

Adam Blair Corren
Spencer D. Sinclair

Charles Andrew Scavage

**Proceedings:**   DEFENDANT'S MOTION IN LIMINE NO. 1 TO EXCLUDE PLAINTIFF'S EXPERTS (Dkt. No. 72) and PLAINTIFF'S MOTION TO CERTIFY CLASS (Dkt. No. 73)

The motion hearing is held telephonically. Counsel, the Court, and court staff all appear in that manner. Recording or re-broadcasting of the proceedings is strictly prohibited.

The motion hearing is held. The Court questions counsel and is advised there is no additional discovery that would impact today's motions and that that the class claims in a related state court action have been dismissed. The Court states its tentative views that it is inclined to grant Defendant's Motion in Limine No. 1 to Exclude Plaintiff's Experts [72] (the "MIL Motion"). The Court also states its tentative views that it is inclined to deny Plaintiff's Motion to Certify the Class [73] (the "Motion"). Counsel address the Court. The Court takes the Motion and the MIL Motion UNDER SUBMISSION and a ruling will be issued.

**IT IS SO ORDERED.**