1  Christopher C. McNatt, Jr. (SBN 174559)
   cmcnatt@scopelitis.com
2  SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
   2 North Lake Avenue, Suite 560
3  Pasadena, CA 91101
   P: 626-795-4700
4  F: 626-795-4790

5  James H. Hanson (Admitted *Pro Hac Vice*)
   jhanson@scopelitis.com
6  R. Jay Taylor, Jr. (Admitted *Pro Hac Vice*)
   jtaylor@scopelitis.com
7  SCOPELITIS GARVIN LIGHT HANSON & FEARY, P.C.
   10 West Market Street, Suite 1400
8  Indianapolis, IN 46204
   P: 317-637-1777
9  F: 317-687-2414

10 Charles Andrewscavage (Admitted *Pro Hac Vice*)
   candrewscavage@scopelitis.com
11 Jared S. Kramer (Admitted *Pro Hac Vice*)
   jskramer@scopelitis.com
12 SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
   30 West Monroe Street, Suite 600
13 Chicago, IL 60603
   P: 312-255-7200
14 F: 312-422-1224

15 Attorneys for Defendant,
   CRST EXPEDITED, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER DUEKER, on behalf of himself and all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CRST EXPEDITED, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-08751-MCS-FFM<br><br>**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br><br>Hearing Date: N/A<br>Time: N/A<br>Judge: Mark C. Scarsi |

1  Defendant, CRST Expedited, Inc. ("CRST"), respectfully submits this Notice of Supplemental Authority to bring to the Court's attention a recent decision—*Pavloff v. Cardinal Logistics Management Corp.*, 2020 WL 6821072 (C.D. Cal. Oct. 7, 2020), attached as Exhibit A—that is relevant to its consideration of Plaintiff's Motion to Certify Class. At the November 9, 2020 hearing, the Court asked the parties to address whether the Court could certify a class without the support of testimony from Plaintiff's experts. *Pavloff* (which became available on Westlaw after the November 9, 2020 hearing) is relevant to that question and supports a conclusion that, with or without expert testimony, the Court should not certify a class regarding Plaintiff's minimum wage claim for time spent in the sleeper berth of a truck, wage statement claims, rest break claim, and waiting time claim. *Id.* at *8-11.

Dated: November 25, 2020

Respectfully submitted,

*/s/ Charles Andrewscavage*
Charles Andrewscavage

Attorney for Defendant,
CRST Expedited, Inc.

4835-3615-2275, v. 3