1  Adam Blair Corren, SBN: 183067
   Spencer D. Sinclair, SBN: 294340
2  LAW OFFICES OF CORREN & CORREN
   3425 Brookside Road, Suite B
3  Stockton, CA 95219
   Tel: (209) 478-2621
4  Fax: (209) 478-3038
   acorren@correnlaw.com
5  ssinclair@correnlaw.com

6  Attorneys for Plaintiff Christopher Dueker

7
   Christopher C. McNatt, Jr. (SBN 174559)
8  cmcnatt@scopelitis.com
   Megan E. Ross (SBN 227776)
9  mross@scopelitis.com
   SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
10 2 North Lake Avenue, Suite 560
   Pasadena, CA 91101
11 Tel: (626) 795-4700
   Fax: (626) 795-4790

12
   Charles Andrewscavage (Admitted *Pro Hac Vice*)
13 candrewscavage@scopelitis.com
   SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
14 30 West Monroe Street, Suite 600
   Chicago, IL 60603
15 Tel: (312) 255-7200
   Fax: (312) 422-1224

16
   Attorneys for Defendant, CRST EXPEDITED, INC.

17

18              ADDITIONAL COUNSEL LISTED ON NEXT PAGE

19
                      UNITED STATES DISTRICT COURT
20                   CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 21  CHRISTOPHER DUEKER, on behalf of himself and all persons similarly 22  situated, | Case No. 2:18-cv-08751-FMO-FFM |
| 23             Plaintiffs, | **JOINT STIPULATION TO EXTEND DEADLINE TO FILE MOTIONS FOR SUMMARY** |
| 24        vs. | **JUDGMENT** |
| 25  CRST EXPEDITED, INC., and DOES 1 through 50, inclusive, 26 | |
| 27             Defendants. | |

28

1  James H. Hanson (Admitted *Pro Hac Vice*)
   jhanson@scopelitis.com
2  R. Jay Taylor, Jr. (Admitted Pro Hac Vice)
   jtaylor@scopelitis.com
3  SCOPELITIS GARVIN LIGHT HANSON & FEARY, P.C.
   10 West Market Street, Suite 1400
4  Indianapolis, IN 46204
   Tel: (317) 637-1777
5  Fax: (317) 687-2414

6  Attorneys for Defendant, CRST EXPEDITED, INC.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Plaintiff Christopher Dueker ("Dueker") and Defendant CRST Expedited, Inc.

2  ("CRST") respectfully submit this Joint Stipulation to Extend the Deadline to File

3  Motions for Summary Judgment.

4        1.    The Court's Order Re: Jury Trial issued on December 28, 2020 (Doc.

5  101) scheduled the deadline to file motions for summary judgment as January 25,

6  2021, and the last day for such motions to be heard as March 1, 2021.

7        2.    The parties agree that additional time is needed to file their respective

8  motions for summary judgment.  Primarily, Plaintiff requests additional time to file

9  such a motion because Plaintiff's counsel will be on paternity leave for the majority

10  of January 2021.

11       3.    The Court only recently ruled on Plaintiff's Motion for Class

12  Certification, and thereafter, the deadline to file motions for summary judgment was

13  set approximately one month following said ruling.

14       4.    The parties request that the Court grant a 30-day extension of the stated

15  deadlines, rescheduling them as follows:

16       • Deadline to File Motions for Summary Judgment: **February 24, 2021**

17       • Hearing on Motions for Summary Judgment: **March 22, 2021**

18       **IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.**

19

20  Dated: January 5, 2021              **LAW OFFICES OF CORREN**
                                       **& CORREN**
21

22
                                       By:   */s/ Adam Blair Corren*
23                                           Adam Blair Corren
                                             Attorney for Plaintiff
24

25

26

27

28

1    Dated: January 5, 2021

**SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.**

By:    */s/ Charles Andrewscavage*
       Charles Andrewscavage
       Attorney for Defendant

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Charles Andrewscavage, counsel for Defendant, and that I have obtained the authorization from Charles Andrewscavage to affix his electronic signature to this document.

Dated: January 5, 2021            **LAW OFFICES OF CORREN & CORREN**

By:    /s/ Adam Blair Corren
       Adam Blair Corren
       Attorney for Plaintiff

Case No. 2:18-cv-08751-FMO-FFM
Joint Stipulation to Extend Certain Deadlines