1

2

Adam Blair Corren, SBN: 183067
Spencer D. Sinclair, SBN: 294340
LAW OFFICES OF CORREN & CORREN
3425 Brookside Road, Suite B
Stockton, CA 95219
Tel: (209) 478-2621
Fax: (209) 478-3038
acorren@correnlaw.com
ssinclair@correnlaw.com

3

4

5

6

Attorneys for Plaintiff Christopher Dueker

7

8

Christopher C. McNatt, Jr. (SBN 174559)
cmcnatt@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
2 North Lake Avenue, Suite 560
Pasadena, CA 91101
Tel: (626) 795-4700
Fax: (626) 795-4790

9

10

11

12

Charles Andrewscavage (Admitted *Pro Hac Vice*)
candrewscavage@scopelitis.com
Jared Kramer (Admitted *Pro Hac Vice*)
jskramer@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
30 West Monroe Street, Suite 1600
Chicago, IL 60603
Tel: (312) 255-7200
Fax: (312) 422-1224

13

14

15

16

Attorneys for Defendant, CRST EXPEDITED, INC.

17

18

ADDITIONAL COUNSEL LISTED ON NEXT PAGE

19

20

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

21

22

| | |
|---|---|
| CHRISTOPHER DUEKER, on behalf of himself and all persons similarly situated, | Case No. 2:18-cv-08751-MCS-FFM |
| Plaintiffs, | **JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE TO PLAINTIFF'S CLAIMS PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |
| vs. | |
| CRST EXPEDITED, INC., and DOES 1 through 50, inclusive, | |
| Defendants. | |

23

24

25

26

27

28

1  James H. Hanson (Admitted *Pro Hac Vice*)
   jhanson@scopelitis.com
2  R. Jay Taylor, Jr. (Admitted *Pro Hac Vice*)
   jtaylor@scopelitis.com
3  Elizabeth M. Bolka (Admitted *Pro Hac Vice*)
   ebolka@scopelitis.com
4  SCOPELITIS GARVIN LIGHT HANSON & FEARY, P.C.
   10 West Market Street, Suite 1400
5  Indianapolis, IN 46204
   Tel: (317) 637-1777
6  Fax: (317) 687-2414

7  Adam. C. Smedstad (SBN 303591)
   asmedstad@scopelitis.com
8  SCOPELITIS GARVIN LIGHT HANSON & FEARY, P.C.
   3214 W. McGraw Street, Ste. 301F
9  Seattle, WA 98199
   Tel: (206) 288-6192
10 Fax: (206) 299-9375

11

12 Attorneys for Defendant, CRST EXPEDITED, INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

Case No. 2:18-cv-08751-MCS-FFM

Joint Stipulation of Voluntary Dismissal with Prejudice to Plaintiff's Claims and Without Prejudice to the
Class' Claims Pursuant to F.R.C.P. 41(a)(1)(A)(ii)

1
2
3
4
5
6

Plaintiff Christopher Dueker ("Plaintiff"), through his counsel of record, and CRST Expedited, Inc. ("Defendant"), through its counsel of record, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that Plaintiff's claims and causes of action against Defendants be dismissed with prejudice. The Parties also stipulate that the class' claims and causes of action against Defendant are dismissed without prejudice. Each party will bear their own attorney's fees and costs.

7

8

**IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.**

9

10   Dated: February 9, 2021

11

12

13

14

15   Dated: February 9, 2021

16

17

18

**LAW OFFICES OF CORREN & CORREN**

By:   */s/Adam Blair Corren*
Adam Blair Corren
Attorney for Plaintiff

**SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.**

By:   */s/Charles Andrewscavage*
Charles Andrewscavage
Attorney for Defendant

19

20

**SIGNATURE CERTIFICATION**

21

22

23

I hereby certify that the content of this document is acceptable to Adam Blair Corren, counsel for Plaintiff, and that I have obtained the authorization from Adam Blair Corren to affix his electronic signature to this document.

24

25   Dated: February 9, 2021

26

27

28

*/s/Charles Andrewscavage*
Charles Andrewscavage

4812-6979-3755, v. 3

Case No. 2:18-cv-08751-MCS-FFM
Joint Stipulation of Voluntary Dismissal with Prejudice to Plaintiff's Claims and Without Prejudice to the Class' Claims Pursuant to F.R.C.P. 41(a)(1)(A)(ii)